# EXHIBIT A

# Special Multi-Flex

## Business Insurance Policy



**THE HARTFORD**

HFIC00001

1

THIS SPECIAL MULTI-FLEX POLICY IS PROVIDED BY THE STOCK INSURANCE COMPANY(S) OF
THE HARTFORD INSURANCE GROUP, SHOWN BELOW.

   POLICY NO.: 13 UUN BL4042   K1

C O M M O N   P O L I C Y   D E C L A R A T I O N S

N A M E D   I N S U R E D   A N D       SA HOSPITALITY GROUP LLC
                                        SEE IH1204
M A I L I N G   A D D R E S S:          136 E 57TH ST STE 600
                                        NEW YORK, NY  10022
                                        (NEW YORK COUNTY)

P O L I C Y   P E R I O D:              FROM   06/01/19   TO   06/01/20
   12:01 A.M., STANDARD TIME AT
   YOUR MAILING ADDRESS SHOWN ABOVE.

A G E N T'S   O R   B R O K E R'S   C O D E: 659335
A G E N T'S   O R   B R O K E R'S   N A M E: SCIROCCO GROUP

   PREVIOUS POLICY NO.:  13 UUN BL4042

N A M E D   I N S U R E D   I S: LLC

D E S C R I P T I O N   O F   Y O U R   B U S I N E S S:
   RESTAURANT - WITH SALES OF ALCOHOLIC BEV

NOTICE : THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE LAW AND REGULATIONS. HOWEVER, THE FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.

I N S U R A N C E   P R O V I D E D:
   IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS
   OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN
   THIS POLICY.

   THE COVERAGE PARTS THAT ARE A PART OF THIS POLICY ARE LISTED BELOW OR
   ON THE EXTENSION SCHEDULE ATTACHED. THE ADVANCE PREMIUMS SHOWN MAY BE
   SUBJECT TO ADJUSTMENT.

S U M M A R Y   O F   C O V E R A G E   P A R T S,   I N S U R A N C E
C O M P A N Y   A N D   P R E M I U M:

                    SEE EXTENSION SCHEDULE (FORM HM0012)


        PREMIUM PAYABLE AT INCEPTION:
          PREMIUM EXCLUDING AUTOMOBILE              $188,029.00
          PREMIUM FOR AUTOMOBILE                     $27,781.00
          FLORIDA FIRE COLLEGE SURCHARGE                 $11.34
          PREMIUM FOR AUTOMOBILE NYMVLEF                 $60.00
          NEW YORK FIRE FEE                             $255.07

        **TOTAL PREMIUM PAYABLE AT INCEPTION**      $216,136.41




                    COUNTERSIGNED BY      _____
          (WHERE REQUIRED BY LAW)   AUTHORIZED REPRESENTATIVE          DATE

HFIC00002
X

C O M M O N   P O L I C Y   D E C L A R A T I O N S   (CONTINUED)


POLICY NO.: 13 UUN BL4042   K1



F O R M   N U M B E R S   O F   C O V E R A G E   P A R T S ,
F O R M S   A N D   E N D O R S E M E N T S   T H A T   A R E   A
P A R T   O F   T H I S   P O L I C Y   A N D   T H A T   A R E
N O T   L I S T E D   I N   T H E   C O V E R A G E   P A R T S :

HM0001 HM00121185T IL00171198 IH01150795 IH09850115T IH12040312T
IH99400409 IH99410409T IL01830808 PC00010109T HA00250615T HC00100798T
HC00180295T HC00200295T

```
C O M M O N   P O L I C Y   D E C L A R A T I O N S
E X T E N S I O N   S C H E D U L E


      POLICY NO.: 13 UUN BL4042   K1



ITEM
8. S U M M A R Y   O F   C O V E R A G E   P A R T S ,   I N S U R A N C E
   C O M P A N Y   A N D   P R E M I U M :

-------------------------------------------------------------------------------
   PROPERTY                        ADVANCE PREMIUM:        $63,326.00
-------------------------------------------------------------------------------

      P R O P E R T Y   C H O I C E   C O V E R A G E   P A R T

      COMPANY NAME AND ADDRESS:
      HARTFORD FIRE INSURANCE COMPANY
      ONE HARTFORD PLAZA
      HARTFORD, CONNECTICUT 06155
        COMPANY CODE:  1


-------------------------------------------------------------------------------
   AUTOMOBILE                      ADVANCE PREMIUM:        $27,781.00
-------------------------------------------------------------------------------

      C O M M E R C I A L   A U T O   C O V E R A G E   P A R T

      COMPANY NAME AND ADDRESS:
      TRUMBULL INSURANCE COMPANY
      ONE HARTFORD PLAZA
      HARTFORD, CT 06155
        COMPANY CODE:  H


-------------------------------------------------------------------------------
   GENERAL LIABILITY               ADVANCE PREMIUM:        $124,703.00
-------------------------------------------------------------------------------

      C O M M E R C I A L   G E N E R A L   L I A B I L I T Y
            C O V E R A G E   P A R T

      L I Q U O R   L I A B I L I T Y   I N S U R A N C E
            C O V E R A G E   P A R T

      E M P L O Y E E   B E N E F I T S   L I A B I L I T Y
            C O V E R A G E   P A R T


      COMPANY NAME AND ADDRESS:
      HARTFORD FIRE INSURANCE COMPANY
      ONE HARTFORD PLAZA
      HARTFORD, CONNECTICUT 06155
        COMPANY CODE:  1
```



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

 Copyright, Insurance Services Office, Inc., 1998 HFIC000005

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Lisa Levin, Secretary

Douglas Elliot, President



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADVANCE PREMIUM - NEW YORK

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL AUTO COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL GLASS COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYEE BENEFITS LIABILITY COVERAGE PART
> HEALTH CARE FACILITIES LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> SPECIAL PROPERTY COVERAGE PART

The following is added to DEFINITIONS:

> "Advance Premium" means the estimated premium computed based on the exposures you told us about at the inception of the policy.

**Form IH 01 15 07 95**

Copyright Hartford Fire Insurance Company, 1995

1

THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR
POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE
TERRORISM RISK INSURANCE ACT.

DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

TERRORISM PREMIUM

| COVERAGE: | PREMIUM (IF COVERED): |
|---|---|
| PROPERTY | $    4,037.00 |
| GENERAL LIABILITY | $       0.00 |
| TOTAL | $    4,037.00 |

A. DISCLOSURE OF PREMIUM
   IN ACCORDANCE WITH THE FEDERAL TERRORISM RISK INSURANCE ACT, AS AMENDED
   (TRIA), WE ARE REQUIRED TO PROVIDE YOU WITH A NOTICE DISCLOSING THE
   PORTION OF YOUR PREMIUM, IF ANY, ATTRIBUTABLE TO COVERAGE FOR "CERTIFIED
   ACTS OF TERRORISM" UNDER TRIA. THE PORTION OF YOUR PREMIUM ATTRIBUTABLE
   TO SUCH COVERAGE IS SHOWN ABOVE IN THIS ENDORSEMENT.

B. THE FOLLOWING DEFINITION IS ADDED WITH RESPECT TO THE PROVISIONS OF
   THIS ENDORSEMENT:
   A "CERTIFIED ACT OF TERRORISM" MEANS AN ACT THAT IS CERTIFIED BY THE
   SECRETARY OF THE TREASURY, IN ACCORDANCE WITH THE PROVISIONS OF TRIA, TO
   BE AN ACT OF TERRORISM UNDER TRIA. THE CRITERIA CONTAINED IN TRIA FOR A
   "CERTIFIED ACT OF TERRORISM" INCLUDE THE FOLLOWING:

   1. THE ACT RESULTS IN INSURED LOSSES IN EXCESS OF $5 MILLION IN THE
      AGGREGATE, ATTRIBUTABLE TO ALL TYPES OF INSURANCE SUBJECT
      TO TRIA; AND
   2. THE ACT RESULTS IN DAMAGE WITHIN THE UNITED STATES, OR OUTSIDE THE
      UNITED STATES IN THE CASE OF CERTAIN AIR CARRIERS OR VESSELS OR THE
      PREMISES OF AN UNITED STATES MISSION; AND
   3. THE ACT IS A VIOLENT ACT OR AN ACT THAT IS DANGEROUS TO HUMAN LIFE,
      PROPERTY OR INFRASTRUCTURE AND IS COMMITTED BY AN INDIVIDUAL OR
      INDIVIDUALS AS PART OF AN EFFORT TO COERCE THE CIVILIAN POPULATION OF
      THE UNITED STATES OR TO INFLUENCE THE POLICY OR AFFECT THE CONDUCT
      OF THE UNITED STATES GOVERNMENT BY COERCION.

HFIC00008

C. DISCLOSURE OF FEDERAL SHARE OF TERRORISM LOSSES UNDER TRIA
THE UNITED STATES DEPARTMENT OF THE TREASURY WILL REIMBURSE INSURERS FOR
A PORTION OF SUCH INSURED LOSSES AS INDICATED IN THE TABLE BELOW THAT
EXCEEDS THE APPLICABLE INSURER DEDUCTIBLE:

| CALENDAR YEAR | FEDERAL SHARE OF TERRORISM LOSSES |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 AND LATER | 80% |

HOWEVER, IF AGGREGATE INSURED LOSSES ATTRIBUTABLE TO "CERTIFIED ACTS OF
TERRORISM" UNDER TRIA EXCEED $100 BILLION IN A CALENDAR YEAR, THE
TREASURY SHALL NOT MAKE ANY PAYMENT FOR ANY PORTION OF THE AMOUNT OF
SUCH LOSSES THAT EXCEEDS $100 BILLION. THE UNITED STATES GOVERNMENT HAS
NOT CHARGED ANY PREMIUM FOR THEIR PARTICIPATION IN COVERING TERRORISM
LOSSES.

D. CAP ON INSURER LIABILITY FOR TERRORISM LOSSES UNDER TRIA
IF AGGREGATE INSURED LOSSES ATTRIBUTABLE TO "CERTIFIED ACTS OF
TERRORISM" UNDER TRIA EXCEED $100 BILLION IN A CALENDAR YEAR AND WE HAVE
MET,OR WILL MEET, OUR INSURER DEDUCTIBLE UNDER TRIA WE SHALL NOT BE
LIABLE FOR THE PAYMENT OF ANY PORTION OF THE AMOUNT OF SUCH LOSSES THAT
EXCEEDS $100 BILLION. IN SUCH CASE, YOUR COVERAGE FOR TERRORISM LOSSES
MAY BE REDUCED ON A PRO-RATA BASIS IN ACCORDANCE WITH PROCEDURES
ESTABLISHED BY THE TREASURY, BASED ON ITS ESTIMATES OF AGGREGATE
INDUSTRY LOSSES AND OUR ESTIMATE THAT WE WILL EXCEED OUR INSURER
DEDUCTIBLE. IN ACCORDANCE WITH TREASURY PROCEDURES, AMOUNTS PAID FOR
LOSSES MAY BE SUBJECT TO FURTHER ADJUSTMENTS BASED ON DIFFERENCES
BETWEEN ACTUAL LOSSES AND ESTIMATES.

E. APPLICATION OF OTHER EXCLUSIONS
THE TERMS AND LIMITATIONS OF ANY TERRORISM EXCLUSION, THE
INAPPLICABILITY OR OMISSION OF A TERRORISM EXCLUSION, OR THE INCLUSION
OF TERRORISM COVERAGE, DO NOT SERVE TO CREATE COVERAGE FOR ANY LOSS
WHICH WOULD OTHERWISE BE EXCLUDED UNDER THIS COVERAGE FORM, COVERAGE
PART OR POLICY.

F. ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME.

HFIC00009

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY

AMENDMENT OF THE DECLARATIONS -
ADDITIONAL PERSONS OR ORGANIZATIONS
DESIGNATED AS NAMED INSUREDS


SA HOSPITALITY GROUP LLC
GD RESTAURANT ASSOCIATES LLC
1000 MADISON AVENUE LLC DBA SANT AMBROEUS
ASTORIA CAKES LLC
CAFE FOCCACIA INC DBA FELICE WINE AND BAR
REALTEK LLC DBA SANT AMBROEUS
S A MIDTOWN LLC T/A CASA LEVER
BAILEY'S RESTAURANT LLC DBA SANT AMBROEUS
SA SPECIAL EVENTS INC
EIGHTY THIRD AND FIRST LLC T/A FELICE
BAILEY'S BUTTERY INC
265 LAFAYETTE RISTORANTE LLC DBA SANT AMBROEUS DBA CAFFE FALAI
FELICE GOLD STREET LLC T/A FELICE 15 GOLD STREET
SA 61ST MANAGEMENT LLC
SA ART CAFE MANAGEMENT LLC
SA PALM BEACH LLC
SA YORK AVE LLC FORMERLY KNOWN AS SAHG SPECIAL EVENTS LLC
SA THIRD AVENUE LLC
SABF LLC
FELICE CHAMBERS LLC
FELICE WATER STREET LLC


THIS ENDORSEMENT DOES NOT CHANGE THE POLICY EXCEPT AS SHOWN.


FORM IH12040312T   SEQ NO 01   PRINTED IN U.S.A.   PAGE 1.1
HHIC00010



# U.S. DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy.  You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by the United States.  **Please read this Notice carefully.**

The Office of Foreign Assets Control ("OFAC") of the U.S. Department of the Treasury administers and enforces economic and trade sanctions based on U.S. foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States.  OFAC acts under Presidential national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze assets under U.S. jurisdiction.  OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries.  It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific.  Collectively, such individuals and companies are called "Specially Designated Nationals and Blocked Persons" or "SDNs".  Their assets are blocked and U.S. persons are generally prohibited from dealing with them.  This list can be located on OFAC's web site at – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is an SDN, as identified by OFAC, the policy is a blocked contract and all dealings with it must involve OFAC.  When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC.

1

NAMED INSURED: SA HOSPITALITY GROUP LLC

POLICY NUMBER: 13 UUN BL4042

EFFECTIVE DATE:06/01/2019                    EXPIRATION DATE:06/01/2020

COMPANY NAME:  HARTFORD FIRE INSURANCE COMPANY


        THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.


            TRADE OR ECONOMIC SANCTIONS ENDORSEMENT


THIS INSURANCE DOES NOT APPLY TO THE EXTENT THAT TRADE OR ECONOMIC
SANCTIONS OR OTHER LAWS OR REGULATIONS PROHIBIT US FROM PROVIDING
INSURANCE, INCLUDING, BUT NOT LIMITED TO, THE PAYMENT OF CLAIMS.


ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

IL 01 83 08 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART - LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
FORM

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**FRAUD**

We do not provide coverage for any insured ("insured") who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

However, with respect to insurance provided under the COMMERCIAL AUTOMOBILE COVERAGE PART, we will provide coverage to such "insured" for damages sustained by any person who has not made fraudulent statements or engaged in fraudulent conduct if such damages are otherwise covered under the policy.

HFIC00013

**PROPERTY CHOICE**



# QUICK REFERENCE
## PROPERTY CHOICE COVERAGE PART

### Property Choice Conditions and Definitions

A. General Conditions
1. Abandonment
2. Application of Waiting Period
3. Appraisal
4. Claim Settlement
5. Concealment, Misrepresentation or Fraud
6. Control of Property
7. Coverage Territory
8. Equipment Breakdown - Suspension
9. Equipment Breakdown - Inspection
10. If Two or More Coverages Apply
11. Legal Action Against Us
12. Liberalization
13. Loss Payee - Standard
14. Mortgageholders and Lender Loss Payees
15. Contract of Sale and Building Owner Loss Payable Clauses
16. No Benefit to Bailee
17. Other Insurance
18. Policy Period
19. Recovered Property
20. Standard Fire Policy
21. Transfer of Rights (Subrogation)

B. General Duties in Event of Loss
1. Your Duties
   a. Notify Police
   b. Notify Us

c. Protect Property
d. Take Inventory
e. Permit us to Inspect Property, Books and Records
f. Proof of Loss
g. Cooperate
h. Resumption of Business
2. Our Right - Examine You Under Oath

C. General Definitions
1. Building Glass
2. Computer Equipment
3. Electronic Data
4. Fungus
5. Money
6. Policy Year
7. Pollutants and Contaminants
8. Scheduled Premises
9. Securities
10. Sinkhole Collapse
11. Specified Causes of Loss
12. Sprinkler Leakage
13. Stock
14. Tenant Improvements and Betterments
15. Theft
16. Valuable Papers
17. Volcanic Action

### Property Choice Coverage Form

A. Coverage
1. Covered Property Definitions
   a. Building
   b. Business Personal Property
2. Property Not Covered
3. Covered Causes of Loss - See separate form

B. Exclusions - See separate form
C. Limits of Insurance

D. Deductible
E. Loss Payment and Valuation Conditions
1. Replacement Cost
2. Actual Cash Value
3. Specific Property Valuations
   a. Accounts Receivable
   b. Animals
   c. Building Glass
   d. Electronic Data and Valuable Papers

e.  Fine Arts
f.  Party Wall
g.  Property of Others
h.  Stock
i.  Tenant Improvements and Betterments
j.  Transit

k.  Vehicles
4.  Value Enhancements
   a.  Architect and Engineering Fees
   b.  Customs Duty, Sales Tax
   c.  Extended Warranties

---

## Property Choice - Specialized Property Insurance Coverages

Section A.   Additional Coverages

1.  Accounts Receivable
2.  Brands and Labels
3.  Building Glass Repairs
4.  Business Travel Including Sales Representative Samples
5.  Claim Expenses
6.  Contract Penalties
7.  Debris Removal
8.  Employee Personal Effects
9.  Errors in Description
10. Exhibitions
11. Extra Expense and Expediting Expenses
12. Fine Arts
13. Fire Department Service Charge
14. Fire Device Recharge
15. Fungus, Wet Rot, Dry Rot, Bacteria and Virus – Limited Coverage
16. Inflation Guard
17. Installment or Deferred Sales
18. Loss of Master Key

19. New Construction at Scheduled Premises
20. Newly Acquired Property
21. Non-Owned Detached Trailers
22. Ordinance or Law
23. Outdoor Trees, Shrubs, Sod, Plants and Lawns
24. Pairs or Sets
25. Pollutants and Contaminants Clean Up
26. Preservation of Property
27. Rewards
28. Sewer and Drain Backup
29. Transit
30. Transition to Replacement Premises
31. Unnamed Premises
32. Utility Service Interruption
33. Water Damage Building Tear Out and Repair
34. Water Seepage
35. Windblown Debris

Section B. - Combined Additional Protection

Section C. - Tenant Lease Coverage

---

## Property Choice - Covered Causes of Loss and Exclusions Form

A.  Covered Causes of Loss
B.  Exclusions

1.  a.  Acts Errors or Omissions
   b.  Animals
   c.  Collapse (Related to Earthquake or Flood)
   d.  Earth Movement
   e.  Water
   f.  Fungus, Wet Rot, Dry Rot, Bacteria or Virus
   g.  Governmental Action
   h.  Electronic Vandalism or Corruption of Electronic Data or Corruption of Computer Equipment
   i.  Nuclear Hazard
   j.  Ordinance or Law

   k.  Pathogenic or Poisonous Biological or Chemical Materials
   l.  Pollutants and Contaminants
   m.  Utility Services Interruption
   n.  War and Military Action
2.  We will not pay for loss or damage caused by or resulting from any of the following:
   a.  Artificially Generated Electrical, Magnetic or Electromagnetic Energy
   b.  Accounting Errors
   c.  Changes of Temperature, Dampness or Dryness
   d.  Delay, Loss of Use or Loss of Market
   e.  Dishonest Acts
   f.  Docks, Piers, Wharves

g. Loss Due To By-Products of Production or Processing Operations

h. Mechanical Breakdown

i. Missing Property

j. Neglect to Protect Property

k. Rain, Snow, Ice, Sleet to Property in the Open

l. Settling, Cracking to Buildings or Structures

m. Smoke (agricultural or Industrial)

n. Steam Explosions

o. Testing

p. Theft of Laptops as Checked Baggage

q. Unauthorized Transfer of Property

r. Voluntary Parting

3. We will not pay for loss or damage caused by or resulting from any of the following. But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

a. Wear and tear, or change in color, texture, or finish;

b. Rust, corrosion, decay, or deterioration;

c. Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

d. Maintenance;

e. Smog; or

f. Shrinkage, evaporation, or loss of weight of Stock.

C. Limitations

D. Additional Coverage –  Equipment Breakdown

P R O P E R T Y   C H O I C E
C O V E R A G E   P A R T - D E C L A R A T I O N S


POLICY NUMBER:  13 UUN BL4042


THIS PROPERTY CHOICE COVERAGE PART CONSISTS OF:
A.   THIS DECLARATIONS;
B.   THE PROPERTY CHOICE SCHEDULE OF PREMISES AND COVERAGES;
C.   THE PROPERTY CHOICE CONDITIONS;
D.   THE PROPERTY COVERAGE FORM;
E.   THE COVERED CAUSES OF LOSS AND COMMON EXCLUSIONS FORM; AND
F.   ANY OTHER COVERAGE FORMS, CONDITIONS FORMS, ENDORSEMENTS AND SCHEDULES
     ISSUED TO BE A PART OF THIS COVERAGE PART AND LISTED BELOW.


VARIOUS PROVISIONS IN THIS COVERAGE PART RESTRICT COVERAGE.   READ THE ENTIRE
COVERAGE PART CAREFULLY TO DETERMINE RIGHTS, DUTIES AND WHAT IS AND IS NOT
COVERED.

THROUGHOUT THIS COVERAGE PART THE WORDS "YOU" AND "YOUR" REFER TO THE NAMED
INSURED SHOWN IN THE DECLARATIONS.   THE WORDS "WE", "US" AND "OUR" REFER TO
THE COMPANY PROVIDING THIS INSURANCE.

OTHER WORDS AND PHRASES THAT APPEAR IN QUOTATION MARKS HAVE SPECIAL MEANING.
REFER TO GENERAL DEFINITIONS IN THE PROPERTY CHOICE CONDITIONS.


                              ADVANCE PREMIUM:      $63,326.00


AUDIT PERIOD:


EXCEPT IN THIS DECLARATIONS, WHEN WE USE THE WORD "DECLARATIONS" IN THIS
COVERAGE PART, WE MEAN THIS "DECLARATIONS" OR THE "COMMON POLICY
DECLARATIONS".

ALL SCHEDULES LISTED ON THIS DECLARATIONS ARE PART OF THIS DECLARATIONS.


F O R M   N U M B E R S   O F   C O V E R A G E   F O R M S,
E N D O R S E M E N T S,   A N D   S C H E D U L E S   T H A T   A R E
A   P A R T   O F   T H I S   C O V E R A G E   P A R T:

PC00910113 PC00020113T PC50590113 PC20230109 PC34311014 PC35311014
PC20250109T PC20260109T PC20280109T PC00900113 IH09740115 PC26020113
PC00100113 PC00200113 PC00300113 PC10100113 PC10200113 PC10400113
PC10830916 PC20220508 PC20440916 PC25140113 PC00970109 PC00500109
PC30310114 PC31310518 PC32300699 PC32310699 PC40010109
IH12011185T PC10810109 - VACANCY EXCLUSIONS AND LIMITATIONS
IH12011185T PC20240109 - PROPERTY REVISED LIMITS OF INSURANCE

NOTICE : THESE POLICY FORMS AND THE APPLICABLE
RATES ARE EXEMPT FROM THE FILING REQUIREMENTS
OF THE NEW YORK STATE INSURANCE LAW AND
REGULATIONS. HOWEVER, THE FORMS AND RATES
MUST MEET THE MINIMUM STANDARDS OF THE
NEW YORK INSURANCE LAW AND REGULATIONS.

FORM PC 00 01 01 09T  PRINTED IN U.S.A.   (NS)

POLICY NO.: 13 UUN BL4042

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COVERAGE AND LIMITS OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INSURANCE APPLIES ON A BLANKET BASIS ONLY TO A COVERAGE FOR WHICH A LIMIT
OF INSURANCE IS SHOWN BELOW IN THE BLANKET DESCRIPTION OF COVERAGE OR
PROPERTY.  THE MAXIMUM WE WILL PAY FOR LOSS OR DAMAGE IN ANY ONE OCCURRENCE
IS THE SMALLEST APPLICABLE LIMIT OF INSURANCE SHOWN IN THE DECLARATIONS,
SCHEDULES, OR ENDORSEMENT(S).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BLANKET DESCRIPTION OF COVERAGE OR PROPERTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC INSURED PREMISES SEE:  PROPERTY
CHOICE - SCHEDULED PREMISES.

LIMIT(S) OF INSURANCE
IN ANY ONE OCCURRENCE

BUSINESS PERSONAL PROPERTY                              $27,687,308

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
VALUATION PROVISION:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPLACEMENT COST (SUBJECT TO LIMITATIONS) APPLIES TO THE TYPES OF COVERED
PROPERTY INSURED UNDER THIS POLICY.  FOR VALUATION THAT APPLIES TO A
SPECIFIC PREMISES SEE:  PROPERTY CHOICE - SCHEDULED PREMISES.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION - BLANKET DESCRIPTION OF COVERAGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

LIMITS OF INSURANCE
IN ANY ONE OCCURRENCE

SPECIAL BUSINESS INCOME:                                $21,600,000
 24 HOUR WAITING PERIOD APPLIES
 PAYROLL IS INCLUDED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COINSURANCE PROVISION:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNLESS OTHERWISE ELSEWHERE STATED IN THIS POLICY, COINSURANCE DOES NOT
APPLY TO THE COVERAGES SHOWN ON THIS POLICY.

P R O P E R T Y - S E C T I O N   C O V E R A G E   F O R M
P R E M I S E S   A N D   C O V E R A G E S   (CONTINUED)

POLICY NO.:  13 UUN BL4042

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSES OF LOSS - EARTHQUAKE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

ALL COVERAGES AS PROVIDED AND LIMITED UNDER THIS POLICY AT ALL INSURED
SCHEDULED PREMISES IN TOTAL SITUATED IN:

| | POLICY YEAR LIMIT OF INSURANCE |
|---|---|
| CALIFORNIA | NOT COVERED |
| ALABAMA | NOT COVERED |
| GEORGIA | NOT COVERED |
| LOUISIANA | NOT COVERED |
| NORTH CAROLINA | NOT COVERED |
| ALL OTHER STATES | $4,000,000 |

CAUSES OF LOSS - EARTHQUAKE DOES NOT APPLY TO ANY DEPENDENT PROPERTIES OR
ANY UNNAMED PREMISES OR ANY UTILITY SERVICES ADDITIONAL COVERAGE.
THE LARGEST POLICY YEAR LIMIT OF INSURANCE IS THE MOST WE WILL PAY UNDER
THIS POLICY IN TOTAL IN ANY ONE POLICY YEAR EVEN IF THE LOSS OR DAMAGE
INVOLVES MORE THAN ONE POLICY YEAR LIMIT OF INSURANCE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSES OF LOSS - FLOOD
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

|  | POLICY YEAR LIMIT OF INSURANCE |
|---|---|
| ALL COVERAGES AS PROVIDED AND LIMITED UNDER THIS POLICY AT ALL INSURED SCHEDULED PREMISES SITUATED IN ZONE PREFIXED (C) AS DESIGNATED BY THE NATIONAL FLOOD INSURANCE ACT OF 1968 (OR ANY SUBSEQUENT AMENDMENT): | $2,000,000 |
| ALL COVERAGES AS PROVIDED AND LIMITED UNDER THIS POLICY AT ALL INSURED SCHEDULED PREMISES SITUATED IN ZONE PREFIXED (B) AS DESIGNATED BY THE NATIONAL FLOOD INSURANCE ACT OF 1968 (OR ANY SUBSEQUENT AMENDMENT): | $1,000,000 |
| ALL COVERAGES AS PROVIDED AND LIMITED UNDER THIS POLICY AT ALL INSURED SCHEDULED PREMISES SITUATED IN ZONE PREFIXED (A) AS DESIGNATED BY THE NATIONAL FLOOD INSURANCE ACT OF 1968 (OR ANY SUBSEQUENT AMENDMENT): | $2,000,000 |

POLICY NO.: 13 UUN BL4042

CAUSES OF LOSS - FLOOD DOES NOT APPLY TO ANY DEPENDENT PROPERTIES OR ANY
UNNAMED PREMISES OR ANY UTILITY SERVICES ADDITIONAL COVERAGE.

THE LARGEST FLOOD POLICY YEAR LIMIT OF INSURANCE IS THE MOST WE WILL PAY
UNDER THIS POLICY IN TOTAL IN ANY ONE POLICY YEAR EVEN IF THE LOSS OR
DAMAGE INVOLVES MORE THAN ONE POLICY YEAR LIMIT OF INSURANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSES OF LOSS - ELECTRONIC VANDALISM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELECTRONIC VANDALISM LIMIT OF INSURANCE IN ANY ONE OCCURRENCE:

    $300,000 IN TOTAL FOR ALL COVERED BUILDING OR BUSINESS PERSONAL
PROPERTY
    $300,000 IN TOTAL FOR ALL COVERED BUSINESS INCOME, RENTAL INCOME OR
EXTRA EXPENSE

   6 HOUR WAITING PERIOD APPLIES TO ELECTRONIC VANDALISM - BUSINESS INCOME
OR RENTAL INCOME LOSS.

THE FOLLOWING COVERAGES ARE FOUND IN THE CAUSES OF LOSS - ELECTRONIC
VANDALISM FORM AND ARE IN ADDITION TO THE CAUSES OF LOSS - ELECTRONIC
VANDALISM CAUSES OF LOSS - LIMIT OF INSURANCE IN ANY ONE OCCURRENCE:

DENIAL OF SERVICE - BUSINESS INCOME:                $25,000
12 HOUR WAITING PERIOD APPLIES TO DENIAL OF SERVICE - BUSINESS INCOME
LOSS.

GOOD FAITH ADVERTISING EXPENSE:                 $25,000 IN ANY ONE
                                                     POLICY YEAR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT BREAKDOWN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

THE MOST WE WILL PAY IN ANY ONE EQUIPMENT BREAKDOWN ACCIDENT TO EQUIPMENT
BREAKDOWN PROPERTY IS THE LESSER OF THE APPLICABLE BUILDING, BUSINESS
PERSONAL PROPERTY AND BUSINESS INTERRUPTION LIMITS OF INSURANCE OR
$100,000,000.

COVERAGE EXTENSIONS:  THE FOLLOWING COVERAGE EXTENSIONS LIMITS OF INSURANCE
ARE INCLUDED IN THE CAUSES OF LOSS - ADDITIONAL COVERAGE - EQUIPMENT
BREAKDOWN LIMIT OF INSURANCE AND APPLY IN ANY ONE EQUIPMENT BREAKDOWN
ACCIDENT TO EQUIPMENT BREAKDOWN PROPERTY.

P R O P E R T Y   C H O I C E   C O V E R A G E   F O R M
P R E M I S E S   A N D   C O V E R A G E S (CONTINUED)

POLICY NO.:  13 UUN BL4042


                                                LIMITS OF INSURANCE

CFC REFRIGERANTS:                               INCLUDED IN THE LIMIT
                                                OF INSURANCE APPLICABLE
                                                TO EQUIPMENT BREAKDOWN
HAZARDOUS SUBSTANCES:                                 $100,000
SPOILAGE:                                             $100,000
EXPEDITING EXPENSES:                                  $100,000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEDUCTIBLES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR DEDUCTIBLES THAT APPLY TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

THE FOLLOWING DEDUCTIBLE(S) SHALL APPLY TO LOSS OR DAMAGE:


BY EARTHQUAKE:
   IN ANY ONE OCCURRENCE:          $50,000
     AS RESPECTS BUSINESS INCOME COVERAGE,  24 HOUR WAITING PERIOD APPLIES.

BY FLOOD:

   ALL PREMISES IN ANY ONE OCCURRENCE
   SITUATED IN ZONE PREFIXED (C)
   AS DESIGNATED BY THE NATIONAL FLOOD
   INSURANCE ACT OF 1968 (OR ANY
   SUBSEQUENT AMENDMENT):          $25,000

   ALL PREMISES IN ANY ONE OCCURRENCE
   SITUATED IN ZONE PREFIXED (B)
   AS DESIGNATED BY THE NATIONAL FLOOD
   INSURANCE ACT OF 1968 (OR ANY
   SUBSEQUENT AMENDMENT):          $100,000

   ALL PREMISES IN ANY ONE OCCURRENCE
   SITUATED IN ZONE PREFIXED (A)
   AS DESIGNATED BY THE NATIONAL FLOOD
   INSURANCE ACT OF 1968 (OR ANY
   SUBSEQUENT AMENDMENT):          $500,000

AS RESPECTS BUSINESS INCOME COVERAGE,  24 HOUR WAITING PERIOD APPLIES.

BY ANY OTHER COVERED LOSS,
   IN ANY ONE OCCURRENCE:          $2,500

POLICY NO.: 13 UUN BL4042

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - SCHEDULED PREMISES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE FOLLOWING LIMITS OF INSURANCE APPLY IN ANY ONE OCCURRENCE UNLESS
OTHERWISE STATED.

* * * * * * * * * * * * * *

PREMISES NO.   1

ADDRESS:

  1000 MADISON AVE
  NEW YORK, NY  10075
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                   LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):         INCLUDED IN BLANKET
                                                       BUSINESS PERSONAL
                                                        PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION                LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                               INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                       SPECIAL BUSINESS
                                                          INCOME LIMIT

   PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.   2

ADDRESS:

  136 E 57TH ST STE 600
  NEW YORK, NY  10022
  NEW YORK  COUNTY

1

P R O P E R T Y   D E C L A R A T I O N S   C O N T I N U E D
Case 3:20-cv-01038-VLB   Document 11-3   Filed 09/21/20   Page 24 of 132
P R E M I S E S   A N D   C O V E R A G E S   (CONTINUED)

POLICY NO.:  13 UUN BL4042

PREMISES  2   CONTINUED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):      INCLUDED IN BLANKET
                                                    BUSINESS PERSONAL
                                                    PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                           INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                   SPECIAL BUSINESS
                                                     INCOME LIMIT
   PAYROLL IS INCLUDED


* * * * * * * * * * * * * * *

PREMISES NO.  3

ADDRESS:

   328 E 112TH ST
   NEW YORK, NY  10029
   NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):      INCLUDED IN BLANKET
                                                    BUSINESS PERSONAL
                                                    PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

POLICY NO.:  13 UUN BL4042


PREMISES  3  CONTINUED


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                   INCOME LIMIT

   PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  4

ADDRESS:

   259 W 4TH ST
   NEW YORK, NY  10014
   NEW YORK  COUNTY


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY              LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):    INCLUDED IN BLANKET
                                                  BUSINESS PERSONAL
                                                   PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                   INCOME LIMIT

   PAYROLL IS INCLUDED

POLICY NO.:  13 UUN BL4042


* * * * * * * * * * * * * *

PREMISES NO.   5

ADDRESS:

  1166 1ST AVE
  NEW YORK, NY  10065
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                    PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                          INCLUDED IN BLANKET
  24 HOURS WAITING PERIOD APPLIES                   SPECIAL BUSINESS
                                                     INCOME LIMIT
  PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.   6

ADDRESS:

  390 PARK AVE
  NEW YORK, NY  10022
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                    PROPERTY LIMIT

POLICY NO.: 13 UUN BL4042


PREMISES 6 CONTINUED


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
  24 HOURS WAITING PERIOD APPLIES                  SPECIAL BUSINESS
                                                   INCOME LIMIT

  PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  7

ADDRESS:

  30 S MAIN ST
  SOUTHAMPTON, NY  11968
  SUFFOLK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY              LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):    INCLUDED IN BLANKET
                                                  BUSINESS PERSONAL
                                                  PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
  24 HOURS WAITING PERIOD APPLIES                  SPECIAL BUSINESS
                                                   INCOME LIMIT

  PAYROLL IS INCLUDED

POLICY NO.: 13 UUN BL4042

PREMISES   7   CONTINUED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSE OF LOSS - FLOOD:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE FOLLOWING POLICY YEAR LIMIT OF INSURANCE IS APPLICABLE TO THIS
SCHEDULED PREMISES ONLY AND IS INCLUDED IN AND NOT  IN ADDITION TO ANY
FLOOD POLICY YEAR LIMIT OF INSURANCE PROVIDED BY THIS POLICY:

                                                   POLICY YEAR
                                                LIMIT OF INSURANCE

                                                  $1,000,000

EXCESS OF FEDERAL FLOOD INSURANCE PROGRAM PROVISION APPLIES TO THIS .
SCHEDULED PREMISES .

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEDUCTIBLES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE FOLLOWING DEDUCTIBLE(S) SHALL APPLY TO LOSS OR DAMAGE:


  BY WINDSTORM OR HAIL:
    IN ANY ONE OCCURRENCE:          $10,000

    AS RESPECTS BUSINESS INCOME COVERAGE,  24 HOUR WAITING PERIOD
    APPLIES

  BY ANY OTHER COVERED LOSS,
    IN ANY ONE OCCURRENCE:           $2,500


* * * * * * * * * * * * * *

PREMISES NO.  8

ADDRESS:

  1591-1593 1ST AVE
  NEW YORK, NY  10028
  NEW YORK  COUNTY

POLICY NO.: 13 UUN BL4042

PREMISES 8 CONTINUED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY               LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                   PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION           LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                          INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                  SPECIAL BUSINESS
                                                     INCOME LIMIT

   PAYROLL IS INCLUDED


* * * * * * * * * * * * * * *

PREMISES NO.  9

ADDRESS:

   15 GOLD ST
   NEW YORK, NY  10038
   NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY               LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                   PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

1

P R O P E R T Y   Case 3:20-cv-01033-VLB  Document 1-3  Filed 09/21/20  Page 30 of 132
P R E M I S E S   A N D   C O V E R A G E S   (CONTINUED)

POLICY NO.:  13 UUN BL4042


PREMISES  9  CONTINUED


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                   INCOME LIMIT
   PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  10

ADDRESS:

   255-265 LAFAYETTE ST
   NEW YORK, NY  10012
   NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY              LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):    INCLUDED IN BLANKET
                                                  BUSINESS PERSONAL
                                                  PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
   AUTOMATIC FIRE ALARM
   AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                   INCOME LIMIT
   PAYROLL IS INCLUDED

POLICY NO.:  13 UUN BL4042


* * * * * * * * * * * * * *

PREMISES NO.  11

ADDRESS:

  540 PARK AVE
  NEW YORK, NY  10065
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):      INCLUDED IN BLANKET
                                                    BUSINESS PERSONAL
                                                     PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION       LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                       INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES              SPECIAL BUSINESS
                                                 INCOME LIMIT

   PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  13

ADDRESS:

  1334 YORK AVE
  NEW YORK, NY  10021
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):      INCLUDED IN BLANKET
                                                    BUSINESS PERSONAL
                                                     PROPERTY LIMIT

POLICY NO.:  13 UUN BL4042


PREMISES  13   CONTINUED


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                    INCOME LIMIT

   PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  14

ADDRESS:

  1136 3RD AVE
  NEW YORK, NY  10065
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY              LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):    INCLUDED IN BLANKET
                                                  BUSINESS PERSONAL
                                                   PROPERTY LIMIT


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                         INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                 SPECIAL BUSINESS
                                                    INCOME LIMIT

   PAYROLL IS INCLUDED

POLICY NO.:  13 UUN BL4042


* * * * * * * * * * * * * *

PREMISES NO.  17

ADDRESS:

  413-415 E 119TH ST
  NEW YORK, NY  10035
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                    PROPERTY LIMIT


PROTECTIVE SYSTEMS - FIRE APPLIES TO THIS PREMISES FOR:
  AUTOMATIC FIRE ALARM
  AUTOMATIC FIRE EXTINGUISHING SYSTEM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                          INCLUDED IN BLANKET
  24 HOURS WAITING PERIOD APPLIES                  SPECIAL BUSINESS
                                                    INCOME LIMIT
  PAYROLL IS INCLUDED


* * * * * * * * * * * * * *

PREMISES NO.  21

ADDRESS:

  13-15 W 56TH ST
  NEW YORK, NY  10019
  NEW YORK  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY          LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):     INCLUDED IN BLANKET
                                                   BUSINESS PERSONAL
                                                    PROPERTY LIMIT

POLICY NO.:  13 UUN BL4042


PREMISES  21   CONTINUED


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                           INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                    SPECIAL BUSINESS
                                                        INCOME LIMIT
   PAYROLL IS INCLUDED


* * * * * * * * * * * * * * *

PREMISES NO.  22

ADDRESS:

  55 WATER ST
  BROOKLYN, NY  11201
  KINGS  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):      INCLUDED IN BLANKET
                                                     BUSINESS PERSONAL
                                                       PROPERTY LIMIT


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION            LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SPECIAL BUSINESS INCOME:                           INCLUDED IN BLANKET
   24 HOURS WAITING PERIOD APPLIES                    SPECIAL BUSINESS
                                                        INCOME LIMIT
   PAYROLL IS INCLUDED

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROPERTY CHOICE - SPECIALIZED PROPERTY INSURANCE COVERAGES FOR RESTAURANTS - DELUXE

**SUMMARY of COVERAGE LIMITS and INDEX**
This is a summary of the limits of insurance and coverages provided by this endorsement.
No coverage is provided by this summary.

| Item No. | PROPERTY CHOICE COVERAGE FORM SECTION A. - ADDITIONAL COVERAGES | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) | PAGE No. |
|---|---|---|---|
| 1. | ACCOUNTS RECEIVABLE: | $250,000 at all "Scheduled Premises"; while in the due course of Transit; or while at Unnamed Premises. | 3 |
| 2. | BRANDS AND LABELS: | Included in the Limit of Insurance applicable to Business Personal Property - Stock. | 3 |
| 3. | BUILDING GLASS REPAIRS: | Included in the Building Limit of Insurance. | 3 |
| 4. | BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES: | $50,000. | 3 |
| 5. | CLAIM EXPENSES: | $50,000. | 4 |
| 6. | CONTRACT PENALTIES: | $50,000. | 4 |
| 7. | DEBRIS REMOVAL  - (ADDITIONAL AMOUNT): | $250,000. | 4 |
| 8. | EMPLOYEE PERSONAL EFFECTS: | $50,000. | 4 |
| 9. | ERRORS IN DESCRIPTION: | See provision. | 5 |
| 10. | EXHIBITIONS: | $50,000. At any one Exhibition. | 5 |
| 11. | EXTRA EXPENSE AND EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES): | $50,000. | 5 |
| 12. | FINE ARTS: | $75,000. | 5 |
| 13. | FIRE DEPARTMENT SERVICE CHARGE: | $50,000. | 5 |
| 14. | FIRE DEVICE RECHARGE: | $50,000. | 6 |
| 15. | FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE: | $50,000. At Each Premises in any one "Policy Year". | 6 |
| 16. | INFLATION GUARD: | Consumer Price Index up to 8%. | 6 |
| 17. | INSTALLMENT OR DEFERRED SALES: | Up to $50,000. | 7 |
| 18. | LOSS OF MASTER KEY | $25,000. | 7 |
| 19. | NEW CONSTRUCTION AT SCHEDULED PREMISES: | $1,000,000. | 7 |
| 20. | NEWLY ACQUIRED PROPERTY: BUILDINGS: | $2,000,000. | 7 |
| | NEWLY ACQUIRED PROPERTY: BUSINESS PERSONAL PROPERTY: | $1,000,000. | 7 |
| 21. | NON OWNED DETACHED TRAILERS: | $50,000. | 8 |
| 22. | ORDINANCE OR LAW COVERAGE (VALUE OF THE UNDAMAGED BUILDING): | Included in the Limit of Insurance applicable to Building. | 8 |
| | ORDINANCE OR LAW COVERAGE (DEMOLITION & INCREASED COST OF CONSTRUCTION): | $1,000,000. | 8 |

© 2015 The Hartford
HFIC00034

| 23. | OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS: | $50,000. | 9 |
|---|---|---|---|
| 24. | PAIRS AND SETS: | Included in the Limit of Insurance applicable to Business Personal Property - Stock. | 9 |
| 25. | POLLUTANTS AND CONTAMINANTS CLEANUP: | $50,000. at each "Scheduled Premises" in any one "Policy Year". | 9 |
| 26. | PRESERVATION OF PROPERTY: | 180 days. | 9 |
| 27. | REWARD COVERAGE: | $50,000. | 10 |
| 28. | SEWER AND DRAIN BACKUP: | Included in the Limit of Insurance. | 10 |
| 29. | TRANSIT: | $50,000. | 10 |
| 30. | TRANSITION TO REPLACEMENT PREMISES: | Included within the Limit of Insurance applicable to the Covered Property that is moved. | 11 |
| 31. | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUILDINGS: | $100,000. | 11 |
|  | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY: | $50,000. | 11 |
|  | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY - INSTALLATION: | $25,000. At any one Installation. | 11 |
| 32. | UTILITY SERVICE  INTERRUPTION: | $50,000. | 11 |
| 33. | WATER DAMAGE BUILDING TEAR OUT AND REPAIR: | Included. | 12 |
| 34. | WATER SEEPAGE: | $25,000. | 12 |
| 35. | WIND BLOWN DEBRIS: | $2,500. | 13 |
| 36. | CHANGE IN TEMPERATURE: | $25,000. | 13 |
| 37. | COMPUTER EQUIPMENT: | $25,000. | 13 |
| 38. | CHECK ROOM THEFT COVERAGE: | $25,000. | 13 |
| 39. | OUTDOOR SIGNS: | $25,000. | 13 |
| 40. | PAVEMENTS AND WALKWAYS: | $25,000. | 14 |
| 41. | SELLING PRICE - LIQUORS AND WINES: | Included. | 14 |
| 42. | VALUABLE PAPERS AND RECORDS: | $50,000. | 14 |
|  |  |  |  |
|  | SECTION B. - COMBINED ADDITIONAL PROTECTION: | Up to $250,000. | 14 |
|  |  |  |  |
|  | SECTION C. - TENANT LEASE COVERAGES: BUILDING GLASS: | Included in Business Personal Property Limit. | 14 |
| 1. |  |  |  |
| 2. | LEASE ASSESSMENT: | $2,500. | 14 |
| 3. | LEASEHOLD IMPROVEMENTS: | $25,000. | 15 |
| 4. | MISCELLANEOUS INTERIOR BUILDING PROPERTY: | $25,000. | 15 |
| 5. | THEFT DAMAGE: | Included in Business Personal Property Limit. | 15 |
| 6. | LEGAL LIABILITY - BUILDING COVERAGE FORM (PC 00 30) ATTACHES TO AND FORMS PART OF THIS POLICY LEGAL LIABILITY - BUILDING LIMIT OF INSURANCE: | $25,000. In any one accident. | 15 |

| | | | |
|---|---|---|---|
| | **SECTION D - PROPERTY CHOICE COMMON CRIME COVERAGE FORM IS ADDED:** | | **15** |
| | EMPLOYEE THEFT: | $100,000. | |
| | FORGERY OR ALTERATION: | $25,000. | |
| | MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY: | $25,000. | |
| | INSIDE THE PREMISES THEFT OF MONEY AND SECURITIES: | $25,000. | |
| | OUTSIDE THE PREMISES THEFT OF MONEY AND SECURITIES: | $25,000. | |

For Insurance that applies to a Specific Scheduled Premises see: Property Choice - Scheduled Premises.

## SECTION A. - ADDITIONAL COVERAGES

The following Additional Coverages are added to the Property Choice Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverages or by endorsement to this policy:

1. **ACCOUNTS RECEIVABLE**

   **Coverage:** We will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable.   Accounts Receivable, means all amounts due from your customers that you are unable to collect; due to a covered direct physical loss or covered direct physical damage to inscribed, printed, written or electronic records of accounts receivable. We will also pay for:

   a. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   b. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   c. Other reasonable expenses that you incur to re-establish your records of accounts receivable.

   **Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage to records of Accounts Receivable in any one occurrence is $250,000 at all "Scheduled Premises"; while in the due course of Transit; or while at Unnamed Premises.  This is an additional amount of Insurance.

2. **BRANDS AND LABELS**

   **Coverage:** In the event of covered direct physical loss or covered direct physical damage to "Stock", and "Stock" is Covered Property that is branded or labeled, we will take all or part of the damaged "stock" at an agreed or appraised value.  This will include:

   a. Expenses incurred to:

      (1) Stamp salvage on the "Stock" or its containers, if the stamp will not physically damage the merchandise; or

      (2) Remove the brands or labels, if doing so will not physically damage the "Stock". You must relabel the "Stock" and its containers to comply with the law.

   b. Any reduction in the salvage value of the damaged "Stock" as the result of the removal of the brand or label.

   **Limit of Insurance:** The most we will pay under this Additional Coverage - Brands and Labels in any one occurrence is the limit of insurance applicable to Business Personal Property - "stock" where the direct physical loss or direct physical damage occurred.

3. **"BUILDING GLASS" REPAIRS**

   **Coverage:** In the event of covered direct physical loss or covered direct physical damage to "Building Glass", we will pay in any one occurrence your expenses to:

   a. Install temporary plates or board up openings if repair or replacement of damaged "Building Glass" is delayed.

   b. Make necessary repairs or replace the frames immediately encasing the damaged "Building Glass".

   **Limit of Insurance:** This Additional Coverage is included within the Limit of Insurance applicable to Building(s) where the direct physical loss or direct physical damage occurred.

4. **BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES**

   **Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverage for Business Personal Property, then we will pay for direct physical loss or direct physical

damage by a Covered Cause of Loss to Business Personal Property including Sales Representative Samples while in the custody of:

**a.** Your sales representatives; or

**b.** Any officer, employee or yourself;

while traveling anywhere in the world on authorized company business.

Business Travel Coverage does not include property owned by and for exclusive personal use by you or your officers, partners, employees, residents or students.

Property eligible for Business Travel Coverage is not eligible under any other Coverage in this Coverage Form.

**Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage to Business Travel Including Sales Representative Samples in any one occurrence is $50,000. This is an additional limit of insurance.

**5.  CLAIM EXPENSES**

**Coverage:** You may extend the insurance provided by this Coverage Form to apply to the actual, necessary and reasonable expenses you incur in preparing claim data when we require it. Claim expenses as used in this Additional Coverage means the cost of taking inventories, making appraisals and preparing other documents that we request in writing to you.

**Limit of Insurance:** The most we will pay in any one occurrence for the preparation of claim data under this Additional Coverage is $50,000. This is an additional amount of insurance.

We will not pay for any expenses incurred, directed or billed by and payable to insurance agents, brokers, adjusters or their affiliates or subsidiaries or any costs as provided in or incurred due to the GENERAL CONDITION - Appraisal.

**6.  CONTRACT PENALTIES**

**Coverage:** We will pay for written contract penalties you are required to pay due to your failure to provide your product or service which is the direct result of a Covered Cause of Loss during the policy period to "Stock" and "Stock" is Covered Property under this Coverage Part.

**Limit of Insurance:** The most we will pay for all penalties in any one occurrence resulting from a Covered Cause of Loss is $50,000. This is an additional amount of insurance.

**7.  DEBRIS REMOVAL**

**a.  Coverage:** We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or resulting from a Covered Cause of Loss that occurs

during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage. This Additional Coverage does not apply to:

**(1)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(2)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(3)** Remove deposits of mud or earth from the grounds of the described premises;

**(4)** Costs to extract "pollutants" from land or water; or

**(5)** Costs to remove restore or replace polluted land or water.

**b.  Limit of Insurance:**

**(1)** Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Property Choice Schedule of Premises and Coverages for the damaged Covered Property. The most we will pay under this Additional Coverage is 25% of the amount that we pay for the direct physical loss of or direct physical damage to Covered Property, plus the deductible in this policy applicable to that loss or damage.

**(2)** When the debris removal expense exceeds the above 25% limitation or the sum of loss or damage to Covered Property and the expense for removal of the Covered Property debris exceeds the applicable Limit of Insurance for the damaged Covered Property, we will pay an additional amount for debris removal expense of up to $250,000 at all "Scheduled Premises" in total in any one occurrence.

**(3)** However, if no Covered Property has sustained direct physical loss or direct physical damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each "Scheduled Premises".

**8.  EMPLOYEE PERSONAL EFFECTS**

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to your Employee Personal Effects at a "Scheduled Premises".

Employee Personal Effects means personal effects owned by you or your officers, partners, employees, members, or managers and used exclusively by the individual owner for their own personal use such as personally owned laptops, Personal Digital Assistants and cell phones. This coverage does not apply at a place of residence.

**Limit of Insurance:** The most we will pay in total in any one occurrence for all direct physical loss or direct physical damage to all employee personal effects is $50,000. We will not pay more than $25,000 in total for direct physical loss or direct physical damage to personal effects belonging to any one employee in any one occurrence regardless of the number or types of personal effects lost or damaged.

Coverage for Employee Personal Effects is extended to apply up to 1000 feet outside the "Scheduled Premises" boundary.

This is an additional limit of insurance.

9. **ERRORS IN DESCRIPTION**

Any unintentional error in the description of the occupancy or location address of Covered Property will not impair this insurance, provided you report the error to us as soon as the error becomes known to you.

10. **EXHIBITIONS**

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverage for Business Personal Property then we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Business Personal Property while on temporary public display, or being used, at fairs, exhibitions, expositions or trade shows or while in transit to and from these temporary sites.

**Limit of Insurance:** The most we will pay for all direct physical loss or direct physical damage at any one exhibition is $50,000. This is an additional limit of insurance. Property eligible for Exhibitions Coverage is not eligible under any other Coverage of this Coverage Form.

11. **EXTRA EXPENSE AND EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES)**

**Coverage:** In the event of a Covered Cause of Loss to Covered Property at a "Scheduled Premises" you may extend the insurance provided by this coverage form to apply to the actual, necessary and reasonable:

a. Extra expenses you incur to continue as nearly as possible your normal business operations immediately following the covered loss or damage.

b. Additional expenses you incur to:

(1) Make temporary repairs of damaged covered property;

(2) Expedite permanent repair or replacement of damaged covered property; or

(3) Provide training on replacement machines or equipment that are covered property.

This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

c. **Limit of Insurance:** The most we will pay in total for all expenses incurred under this Additional Coverage in any one occurrence is $50,000. This is an additional limit of insurance.

12. **FINE ARTS**

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property then, we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Fine Arts. Fine Arts mean paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit, owned by you or others in your care, custody or control.

Fine Arts do not include artwork that is computerized or classified as data.

**Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage in any one occurrence is $75,000, regardless of the number or types of Fine Arts damaged. We will not pay more than $10,000 for any one item of Fine Arts in any one occurrence.  A pair or set will be deemed to be one item. This is an additional limit of insurance.

13. **FIRE DEPARTMENT SERVICE CHARGE**

**Coverage:** In the event that the fire department responds to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

a. Assumed by contract or agreement prior to the covered loss event; or

b. Required by local ordinance.

No deductible applies to this Additional Coverage.

**Limit of Insurance:** The most we will pay for Fire Department Service Charge in any one occurrence is $50,000. This is an additional amount of insurance. Such Limit is the most we will pay regardless of the number of responding fire departments or fire units and regardless of the number or type of services performed. This is an additional amount of insurance.

**14. FIRE DEVICE RECHARGE**

    **a.** **Coverage:** In the event that a manual or automatic fire extinguishing device is discharged:

        **(1)** To fight a fire;

        **(2)** As the result of Covered Cause of Loss; or

        **(3)** Due to accidental discharge;

    we will pay expenses you incur to recharge such equipment.

    **b.** We will not pay for:

        **(1)** Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device or fire fighting, suppressing or controlling substance;

        **(2)** Halon;

        **(3)** The recharge of any device used for demonstration or testing purposes; or

        **(4)** Recharge due to maintenance of any device or system.

    **c.** **Limit of Insurance:** The most we will pay for Fire Device Recharge in any one occurrence is $50,000. This is an additional limit of insurance.

**15. "FUNGUS", WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE**

    **a.** The coverage described below only applies when the "fungus", wet or dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

        **(1)** A "specified cause of loss" other than fire or lightning;

        **(2)** Equipment Breakdown Accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the affected premises; or

        **(3)** Flood, if the Causes of Loss Flood endorsement applies to the affected premises.

    **b.** We will pay for loss or damage by "fungus", wet rot, dry rot, bacteria and virus. As used in this Limited Coverage, the term loss or damage means:

        **(1)** Direct physical loss or direct physical damage to Covered Property caused by "fungus", wet rot, dry rot, bacteria or virus, including the cost of removal of the "fungus", wet rot, dry rot, bacteria or virus;

        **(2)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot, dry rot, bacteria or virus; and

        **(3)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot, dry rot, bacteria or virus is present.

    **c.** The coverage described under this Limited Coverage is limited to $50,000 at each "Scheduled Premises". Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning), Equipment Breakdown Accident that occurs to Equipment Breakdown Property and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot, dry rot, bacteria or virus, we will not pay more than $50,000 at each "Scheduled Premises" in any one "Policy Year" applicable to "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage even if the "fungus", wet rot, dry rot, bacteria or virus continues to be present or active, or recurs, in a later policy period.

    **d.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot, dry rot, bacteria or virus, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet rot, dry rot, bacteria or virus, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot, bacteria or virus causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

    The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverage - Water Damage Repair of this Form.

**16. INFLATION GUARD**

    **Coverage:** In the event of a Covered Cause of Loss or damage to Covered Property at a "Scheduled Premises", the Limits of Insurance that apply to the damaged Buildings and Business Personal Property at "Scheduled Premises" where

the loss or damage occurs will automatically increase by a factor based on the accumulated U.S. Government Consumer Price Index (CPI) for the months from the inception of this policy until the date of loss.

**Limit of Insurance:** But in no event will we pay more than an additional 8% of the applicable Limit of Insurance.

### 17. INSTALLMENT OR DEFERRED SALES

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, coverage is extended to apply to direct physical loss or direct physical damage by a Covered Cause of Loss to your financial interest in Business Personal property that you have sold under a deferred or installment payment plan during the policy period and after you have made delivery to your customer during the policy period.

Direct physical Loss or direct physical damage to such Business Personal Property must be by a Covered Cause of Loss during the policy period. Theft or conversion by your customer or failure of your customer to make payments under the payment plan are not Covered Causes of Loss.

**Limit of Insurance:** The most we will pay for Installment or Deferred Sales in any one occurrence is the lesser of your remaining financial interest in the Business Personal Property sold under a deferred or installment plan or $50,000. This is an additional limit of insurance.

### 18. LOSS OF MASTER KEY

We will pay for the reasonable and necessary costs you incur to replace keys, adjust locks to accept new keys or if required, install new locks, due to direct physical loss or direct physical damage to a master key or grand master key caused by or resulting from a Covered Cause of Loss.

**Limit of Insurance:** The most we will pay for Loss of Master Key in any one occurrence is $25,000. This is an additional limit of insurance.

### 19. NEW CONSTRUCTION AT "SCHEDULED PREMISES"

a. **Coverage:** We will pay for direct physical loss or direct physical damage, including the cost of labor, caused by or resulting from a Covered Cause of Loss to New Construction at "Scheduled Premises". New Construction at "Scheduled Premises" applies to buildings you begin to construct after the inception of this policy and will end when any of the following first occurs:

   (1) This policy expires;

   (2) 180 days expire after you begin to construct the building; or

   (3) The building is specifically insured on this Coverage Form or elsewhere.

b. We will charge you additional premium from the date you begin to construct the building.

c. **Limit of Insurance:** The most we will pay for New Construction at "Scheduled Premises" in any one occurrence is $1,000,000. This is an additional limit of insurance.

### 20. NEWLY ACQUIRED COVERED PROPERTY

a. We will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Property. Newly Acquired Property means buildings or business personal property you acquire, purchase or lease after the inception of this policy, but does not include:

   (1) Any property acquired through any foreclosure process;

   (2) Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work;

   (3) Any property covered by any other part of this Coverage Form; or

   (4) Any property that is not covered under this policy.

b. Coverage for Newly Acquired Covered Property will end when any of the following first occurs:

   (1) This policy expires;

   (2) 180 days expire after you newly acquire the Building;

   (3) 180 days expire after you newly acquire the Business Personal Property at newly acquired premises;

   (4) 60 days expire after you newly acquire Business Personal Property at "Scheduled Premises";

   (5) You report values to us; or

   (6) The property is specifically insured on this Coverage Form or elsewhere.

c. We will charge you additional premium from the date you acquire the property.

d. The most we will pay for Newly Acquired Covered Property in any one occurrence is:

   (1) Buildings: $2,000,000.

   (2) Business Personal Property: $1,000,000.

These are additional limits of insurance.

### 21. NON-OWNED DETACHED TRAILERS

**Coverage:** Business Personal Property coverage at "Scheduled Premises", Unnamed Premises and Newly Acquired Premises is extended to apply to

detached trailers owned by others, that are in your care, custody or control, while being loaded, unloaded, awaiting transport or used for temporary storage or similar usage, including while the trailer is moved at your premises. This Additional Coverage does not apply to trailers leased by you on a temporary or long-term basis.

**Limit of Insurance:** The most we will pay for Non-Owned Detached Trailers in any one occurrence is $50,000. This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

## 22. ORDINANCE OR LAW

Value of the Undamaged Buildings, Demolition Costs and Increased Cost of Construction Coverages described in **a.** and **b.** below, apply in the event there is a Covered Cause of Loss to covered Buildings at "Scheduled Premises" and to covered "Tenant Improvements and Betterments" at "Scheduled Premises" that results in the enforcement of an ordinance or law that:

**i.** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

**ii.** Requires the demolition of parts of the same building that are not damaged by a Covered Cause of Loss; and

**iii.** Is in force at the time of that Covered Cause of Loss.

**a. Value of the Undamaged Buildings**

We will pay for the value of the undamaged portion of the building that was required to be demolished by a requirement to comply with a building, zoning or land use ordinance or law. We will do this on the same valuation basis that applies to the entire building. This does not include any increased costs to repair, replace or rebuild the property due to a requirement to comply with any ordinance or law.

**b. Demolition Costs and Increased Cost of Construction**

**(1)** We will pay the actual cost to demolish the undamaged portion of the covered building and to clear the site of the undamaged portion of the building when required to do so by a requirement to comply with a building, zoning or land use ordinance or law; and

**(2) (a)** If the covered building is subject to the Replacement Cost Valuation provision as shown in the Property Choice - Schedule of Premises and Coverages, and you rebuild the building, we will pay for the actual increased costs to repair, replace or rebuild the building at the same premises or at another premises, if it is a requirement to comply with an ordinance or law, for the same general size and same general use, to the minimum standards to comply with such ordinance or law.

**(b)** We will not pay for these increased costs until the building is actually repaired or replaced.

**(c)** You may choose to replace the Building at another premises, however, we will not pay more for increased cost of construction at the new premises than the amount of such costs we would have paid to replace the building at the original premises.

**c. Ordinance or Law Exclusions:**

The following exclusions apply to both Value of Undamaged Buildings and Demolition and Increased Cost of Construction Coverages:

**(1)** We will not pay for the enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants and contaminants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet rot, dry rot, bacteria or virus.

**(2)** We will not pay for any costs associated with the enforcement of or compliance with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants" or "fungus", wet rot, dry rot, bacteria or virus.

**(3)** We will not pay for loss due to any ordinance or law that you were required to comply with before the loss or damage, but you did not comply with, even though the building was undamaged at that time.

**(4)** We will not pay for the compliance of any ordinance or law unless the repairs or replacement are made as soon as reasonably possible after the loss or damage not to exceed two years. We may extend this period in writing during the two years.

d. **Ordinance or Law Limits of Insurance**

(1) As respects Value of the Undamaged Buildings, this is included within the Limit of Insurance applicable to the damaged Building or damaged "Tenant Improvements and Betterments" and applies in any one occurrence.

(2) As respects Demolition Costs and Increased Cost of Construction:

(a) For Building property, the most we will pay in any one occurrence as respects this Additional Coverage Ordinance or Law - Demolition Cost and Increased Cost of Construction is $1,000,000. This is an additional amount of insurance.

(b) For "Tenant Improvements and Betterments" property, the most we will pay in any one occurrence as respects this Additional Coverage where "Tenant Improvements and Betterments" applies is 25% of the insured value of "Tenant Improvements and Betterments" up to $500,000. This is an additional amount of insurance.

23. **OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS**

a. Outdoor trees, shrubs, sod, plants and lawns, when used for landscaping are covered only for direct physical loss or direct physical damage caused by or resulting from the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion;

(5) Aircraft; or

(6) Vehicles operated by persons other than you or your employees.

b. The most we will pay for direct physical loss or direct physical damage in any one occurrence under this Additional Coverage is $50,000, but not more than:

(1) $10,000 for any one tree, shrub or plant;

(2) $10,000 for lawns or sod in total at any one insured premises.

c. The Limit of Insurance applicable to these types of property includes their debris removal expense. Such debris removal expenses are not included in the Debris Removal - Additional Coverage.

d. These limits apply in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

24. **PAIRS OR SETS**

**Coverage:** If parts of pairs or sets of covered Business Personal Property - "Stock" are damaged by a Covered Cause of Loss, we will pay the reduction in value of the undamaged parts of such damaged pairs or sets in any one occurrence.

**Limit of Insurance:** This Additional Coverage is included within the Limit of Insurance applicable to the damaged Business Personal Property - "Stock".

25. **"POLLUTANTS AND CONTAMINANTS" CLEAN UP**

a. **Coverage:** We will pay for your expense to extract "Pollutants and Contaminants" from land or water at a "Scheduled Premises", if the discharge, dispersal, seepage, migration, release or escape of the "Pollutants and Contaminants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

b. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "Pollutants and Contaminants". But we will pay for testing which is performed in the course of extracting the "Pollutants and Contaminants" from land or water.

c. **Limit of Insurance:** The most we will pay under this Additional Coverage at each "scheduled premises" is $50,000 for all covered expenses arising out of Covered Causes of Loss occurring during each "Policy Year". This is an additional amount of insurance.

26. **PRESERVATION OF PROPERTY**

a. **Coverage:** If it is necessary to move Covered Property to preserve it from imminent loss or damage by Flood or a Covered Cause of Loss, we will pay in any one occurrence for any direct physical loss or direct physical damage to that property while being moved to or while at the temporary storage location.

b. This Additional Coverage will end 180 days after the property is first moved.

c. **Limit of Insurance:** This Coverage is included within the Limit of Insurance applicable to the Covered Property that is moved.

**27. REWARD COVERAGE**

    **a. Coverage:** We will reimburse you for rewards you have paid leading to:

        **(1)** The successful return of substantially undamaged stolen articles to a law enforcement agency; or

        **(2)** The arrest and conviction of any persons for having damaged or stolen any of your Covered Property.

    **b. Limit of Insurance:** We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of any stolen articles) up to $50,000 for Reward Coverage in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage. This is an additional amount of insurance.

**28. SEWER AND DRAIN BACKUP**

**Coverage:** This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water that backs up from a sewer or drain.

**Limit of Insurance:** The most we will pay in any one occurrence is the Limit of Insurance applicable to the Covered Property where the direct physical loss or direct physical damage occurred. This Additional Coverage is included within the Covered Property Limits of Insurance.

**THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the back-up or overflow to such conditions.

Flood as used in this Additional Coverage means:

    **a.** Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not; or

    **b.** Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

    **c.** Water under the ground surface pressing on, or flowing or seeping through:

        **(1)** Foundations, walls, floors or paved surfaces;

        **(2)** Basements, whether paved or not; or

        **(3)** Doors, windows or other openings.

    **d.** Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **a.** or **c.** above

regardless of the proximity of the back-up to such conditions.

    **e.** All flooding in a continuous or protracted event will constitute a single flood.

**29. TRANSIT**

    **a. Coverage:** This insurance is extended to apply to direct physical loss or direct physical damage by a Covered Cause of Loss to the following Covered Property while in the due course of transit:

        **(1)** Your Business Personal Property; and

        **(2)** Business Personal Property owned by others.

    **b.** Exclusions **B.1.d. Earth Movement** and **B.1.e. Water** as found in the Property Choice - Covered Causes of Loss And Exclusions Form do not apply to this Additional Coverage - TRANSIT.

    **c.** This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination.

    **d.** We will not pay for loss or damage to property:

        **(1)** Where you are responsible for loss or damage to property as a carrier for hire; or

        **(2)** Where you are in the business of arranging transportation or consolidations for others.

    **e.** You must retain accurate records of all shipments of Covered Property for one year.

    **f. Transit Coverage Extensions**

        **(1) F.O.B. Shipments**

        We will pay for covered direct physical loss or covered direct physical damage to outgoing shipments, which you have sold under conditions where the risk of loss or damage is transferred to the buyer when such property leaves your premises.

        You must use all reasonable means to collect the amount due you from the buyer before making a claim under this Coverage.

        We will not make payment under this Coverage until you grant us the right of recovery against the buyer.

**(2) Repack and Reship**

We will pay the necessary additional expenses you incur to inspect, repackage and reship property damaged by a Covered Cause of Loss.

**(3) General Average and Salvage Charges**

In accordance with applicable law and usage, we will pay General Average and Salvage Charges that may be assessed against your covered shipments that are waterborne.

**(4) Loading and Unloading**

We will also pay for covered direct physical loss or covered direct physical damage to Covered Property during loading and unloading of the transporting conveyance.

**(5) Return Shipments**

We will also pay for covered direct physical loss or covered direct physical damage to outgoing shipments that have been rejected by the consignee or are not deliverable, while being returned to you.

**g. Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage to Business Personal Property in the due course of transit is $50,000. This is an additional limit of insurance.

**30. TRANSITION TO REPLACEMENT PREMISES**

If Covered Business Personal Property is moved to new premises from a "Scheduled Premises" being vacated, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved.  This coverage ends when any one of the following first occurs:

**a.** 90 days after the move begins;

**b.** the move is completed; or

**c.** this policy expires.

**31. UNNAMED PREMISES**

**a. Coverage:** You may extend the insurance that applies to Building (if Building is Covered Property) and to Business Personal Property (if Business Personal Property is Covered Property) to pay for direct physical loss or direct physical damage by a Covered Cause of Loss to Buildings  and Business Personal Property while at:

**(1)** Premises that you own, lease, or occupy other than at a "Scheduled Premises";

**(2)** Premises not described in the Property Choice    Schedule    of    Premises

and Coverages, which you do not own, lease or occupy;

**(3)** Premises where you are temporarily performing work or installing Business Personal Property.

**(4)** Coverage as respects you installing Business Personal Property continues until one of the following first occurs:

**(a)** the installation is accepted by the customer;

**(b)** this policy expires; or

**(c)** the installation is specifically insured on this policy or elsewhere.

**(5)** Unnamed Premises does not include any:

**(a)** Premises or property insured under any other Coverage or Additional Coverage of this Coverage Form;

**(b)** Waste disposal or transfer sites;

**(c)** Property while in the due course of transit;

**(d)** Intermediate site while in the due course of transit;

**(e)** Premises of a Web Site or Communication Services provider; or

**(f)** Premises or property that is not covered or excluded from coverage under this Coverage Part.

**b. Limits of Insurance:**

**(1)** The most we will pay as respects Building in any one occurrence in total at all Unnamed Premises is $100,000. This is an additional limit of insurance.

**(2)** The most we will pay as respects Business  Personal Property in any one occurrence in total at all Unnamed Premises (Except premises where you are temporarily performing work or installing Business Personal Property) is $50,000. This is an additional limit of insurance.

**(3)** The most we will pay as respects Business  Personal Property in any one occurrence in total at all Unnamed Premises where you are temporarily performing work or installing Business Personal Property is $25,000. This is an additional limit of insurance.

**32. UTILITY SERVICE INTERRUPTION**

**a. Coverage:** We will pay for direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", caused by or

resulting from the interruption of the following utility services:

**(1)** Water Supply Services, meaning the following types of property supplying water to the "Scheduled Premises":

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

**(3)** Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

**b.** As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**c.** The interruption must be caused by or result from direct physical loss or direct physical damage by a Covered Cause of Loss to utility services property. We will not pay for any resulting loss or damage due to temperature change or spoilage to business personal property.

**d.** **Limit of Insurance:** The most we will pay for all Utility Service Interruption in total in any one occurrence is $50,000. This is an additional limit of insurance.

## 33. WATER DAMAGE BUILDING TEAR OUT AND REPAIR

**a.** **Coverage:** when we pay for direct physical loss or direct physical damage caused by the escape of water or other liquid, powder, or molten material, we will also pay the cost to tear out and replace the parts of the building or structure (whether or not such property is damaged) to repair the broken or cracked system or appliance from which such substances escaped.

**b.** We will not pay the cost to repair any defect to the system or appliance from which such substances escaped. But we will pay the cost to repair or replace damaged parts of Automatic Fire Extinguishing Systems if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**c.** **Limit of Insurance:** This Coverage is included within the applicable Covered Property Limit of Insurance.

**d.** Automatic Fire Extinguishing System means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protective mains.

**(2)** Non-automatic fire protective systems, hydrants, standpipes and outlets, all when supplied from an automatic fire protective system.

## 34. WATER SEEPAGE

**a.** **Coverage:** This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water under the ground surface pressing on, or flowing or backing up or seeping through:

**(1)** Foundations, walls, floors or paved surfaces;

**(2)** Basements, whether paved or not;

**(3)** Doors, windows or other openings; or

**(4)** Septic or sump systems.

**b.** This Additional Coverage does not apply to loss or damage resulting from sewer or drain back up.

**c.** **THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the ground surface pressing on, or flowing or seeping through to such conditions.

**d.** Flood as used in this Additional Coverage means:

(1) Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not;

(2) Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground: or

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

If such water under the ground surface pressing on, or flowing or seeping through is caused by any of the conditions in **d. (1)** or **d. (2)** above regardless of the proximity of the foundations, walls, floors or paved surfaces; basements, whether paved or not; or doors, windows or other openings to such conditions.

(d) Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **d. (1)** or **d. (2)** above regardless of the proximity of the back-up to such conditions.

(e) All flooding in a continuous or protracted event will constitute a single flood.

e. **Limit of Insurance:** The most we will pay for Water Seepage in any one occurrence is $25,000. This is an additional amount of insurance.

## 35. WINDBLOWN DEBRIS

**Coverage:** We will pay your expense to remove debris (including trees) windblown onto "Scheduled Premises" from the premises of others that occurs during the policy period.

**Limit of Insurance:** The most we will pay in any one occurrence in total for the removal of all windblown debris under this Additional Coverage is $2,500. This is an additional amount of insurance.

## 36. CHANGE IN TEMPERATURE

**Coverage:** We will pay for your consequential loss of perishable stock due to spoilage caused by temperature or humidity change due to complete or partial lack of power to operate the refrigeration, cooling, heating or humidity control system caused by or resulting from direct physical loss or direct physical damage by a Covered Cause of Loss to utility generating plants, switching stations, substations, transformers, and transmission lines. We will not pay for spoilage, under this coverage, as a result of an Equipment Breakdown Accident to utility generating plants, switching stations, substations, transformers, and transmission lines.

We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

As used in this coverage, perishable stock means business personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

**Limit of Insurance:** The most we will pay in any one occurrence is $25,000.

## 37. COMPUTER EQUIPMENT

**Coverage:** We will pay for direct physical loss or direct physical damage by a Covered Cause of Loss to "computer equipment" while at a "Scheduled Premises".

**Limit of Insurance:** The most we will pay in any one occurrence is $25,000. This is an additional amount of insurance.

## 38. CHECKROOM THEFT COVERAGE

**Coverage:** We will pay for the "theft" of personal property checked with you by your guests, customers, or members by "theft" or attempted "theft" within a checkroom within the "scheduled premises".

**Limit of Insurance:** We will pay not more than $5,000 for any one item. The most we will pay for all direct physical loss or direct physical damage in any one occurrence is $25,000. This limit applies in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence. A deductible of $250 will apply to any one item.

## 39. OUTDOOR SIGNS

**Coverage:** We will pay for direct physical loss or direct physical damage by a Covered Cause of Loss to your outdoor signs at a "Scheduled Premises"

**Limit of Insurance:** The most we will pay for all direct physical loss or direct physical damage in any one occurrence is $25,000. This is the only limit of insurance that applies to outdoor signs.

## 40. PAVEMENTS AND WALKWAYS

**a. Coverage:** Pavements and walkways are covered only for loss or damage caused by or resulting from the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion; or

(5) Aircraft.

**b. Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage in any one occurrence under this Additional Coverage is $25,000.

## 41. SELLING PRICE - LIQUORS AND WINES

**a.** We will determine the value of "Stock" consisting of liquors and wines at your "Scheduled Premises" at the selling price less discounts and expenses you otherwise would have incurred.

**b.** The following applies to any Business Income Coverage Form attached to this policy:

The amount payable as net income will be offset by any amount made payable as selling price applicable to "stock" consisting of liquors and wines.

## 42. VALUABLE PAPERS

**Coverage:** We will pay for direct physical loss of or direct physical damage to "Valuable Papers" by a Covered Cause of Loss.

**Limit of Insurance:** The most we will pay is $50,000 in any one occurrence. This is the only limit of insurance that applies to "Valuable Papers".

## SECTION B. - COMBINED ADDITIONAL PROTECTION

1. If covered direct physical loss or if covered direct physical damage exceeds the Limits of Insurance for one or more of the following Coverages or Additional Coverages at a "Scheduled Premises":

   **a.** Accounts Receivable;

   **b.** Building;

   **c.** Business Personal Property;

   **d.** Debris Removal - Covered Property;

   **e.** Employee Personal Effects;

   **f.** Fine Arts;

   **g.** Leasehold Improvements (Tenant Lease Coverage);

   **h.** Legal Liability - Building (Legal Liability - Building Coverage Form (PC 00 30) which attaches to and forms part of this policy.);

   **i.** Outdoor Trees, Shrubs, Sod, Plants and Lawns;

   **j.** Pairs or Sets;

2. **Limit of Insurance:**

   We will pay up to the lesser of:

   **a.** 25% of the total Scheduled Premises Building and Business Personal Property Limits of Insurance; or

   **b.** $250,000. in total in any one occurrence regardless of the number of items lost or damaged or Coverages or Additional Coverages involved in any one occurrence for the sum of all such uninsured loss or damage in excess of the applicable deductible. You may apportion this limit among the applicable coverages as you choose.

   **c.** As respects item **i.** Outdoor Trees, Shrubs, Sod, Plants and Lawns the most we will pay for any one item is still limited to:

      (1) $10,000 for any one tree, shrub or plant;

      (2) $10,000 for lawns or sod in total at any one insured premises.

   **d.** As respects items **1. b.** Buildings and **1. c.** Business Personal Property listed above, this Combined Additional Protection does not apply to Buildings and Business Personal Property at "Scheduled Premises" that were not insured under this Coverage Part for limits equal to their full Replacement Cost or Actual Cash Value as applicable at the inception date of this Coverage Part.

## SECTION C. - TENANT LEASE COVERAGES

These Coverages apply to your interest as a tenant or to your responsibility as a tenant under a written lease agreement as a tenant at "Scheduled Premises":

1. **"Building Glass"**

   Your Business Personal Property is extended to apply to damage to "Building Glass" caused by any cause of loss. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs.

2. **Lease Assessment**

   **a.** Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to building property which is not paid in the building owners policy, as agreed to in your written lease agreement.

   **b.** This Coverage is subject to a separate deductible of $500 in any one occurrence. No other deductible applies.

   **c.** We will not pay more than $2,500 in any one occurrence for Lease Assessment. This is an additional amount of insurance.

3. **Leasehold Improvements**

   a. If your lease is canceled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant and you cannot legally remove "Tenant Improvements and Betterments" we will extend Business Personal Property coverage to apply to the unamortized value of the "Tenant Improvements and Betterments" that remains and you were forced to abandon.

   b. The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000 for Leasehold Improvements. This is an additional amount of insurance.

4. **Miscellaneous Interior Building Property**

   Business Personal Property is extended to apply to miscellaneous interior Building property items that pertain only to the area you occupy as a tenant and you are required to insure as a tenant. The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered direct physical loss or covered direct physical damage occurs and applies in any one occurrence.

5. **Theft Damage**

   Your Business Personal Property is extended to apply to damage to the building where you are a tenant and you are liable for such damages, caused by or resulting from actual or attempted "theft".

This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or damage occurs and applies in any one occurrence.

6. **Legal Liability - Building**

   Legal Liability - Building Coverage Form (PC 00 30) attaches to and forms part of this policy. The most we will pay in any one accident is $25,000.

### SECTION D. - BUSINESS CRIME IS ADDED

The Property Choice Common Crime Coverage Form is made a part of this policy, and is subject to the following stated Limits of Insurance:

| Coverage | Limit of Insurance |
|---|---|
| Employee Theft | $100,000. |
| Forgery or Alteration | $25,000. |
| Inside the Premises - Theft of Money and Securities | $25,000. |
| Outside the Premises  - Theft of Money and Securities | $25,000. |
| Money Orders and Counterfeit Paper Currency | $25,000. |

As respects coverage for employee theft, the employee benefits plans provision applies to any welfare or pension benefit plan that is subject to the employee retirement income security act of 1974 (ERISA).

These Limits are in addition to any other Limit of Insurance that may be shown in the Property Choice Schedule of Premises and Coverages applicable to these Coverages.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GREEN CHOICE - ADDITIONAL COVERAGES

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE FORM
PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

**Schedule information if not stated here, will be stated in the Property Choice - Schedule of Premises and Coverages.**

**Schedule**

**Green Choice Limit of Insurance**

**A.** The following Additional Coverage is added to the PROPERTY CHOICE COVERAGE FORM:

**Costs to Upgrade to "Green" Alternatives**

1. If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to Covered Property we will also pay for the reasonable additional costs that you incur to:

   **a.** Repair or replace the lost or damaged Covered Property using products or materials that are "Green" alternatives to the lost or damaged Covered Property, in accordance with:

      **(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

      **(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage, provided that the "Green"

alternatives are otherwise of comparable quality and function to the lost or damaged Covered Property.

   **b.** Employ "Green" methods or processes of construction, disposal or recycling including ventilation or flush out of air systems, in the course of the repair and replacement of the lost or damaged Covered Property, in accordance with:

      **(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

      **(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage.

   **c.** Hire a design professional(s) accredited by a "Green Authority" to participate in

**Form PC 20 23 01 09**

© 2009, The Hartford

HFIC00049

the reconstruction, replacement or repair of the Covered Property;

**d.** Hire an engineer(s) accredited by a "Green Authority" to supervise the repair or replacement of the Covered Property to verify that replacement systems and mechanicals have been installed and configured to perform to building design or manufacturer's specifications;

**e.** Apply to a "Green Authority" for certification of your "Scheduled Premises" in connection with the repair or replacement of the lost or damaged Covered Property.

**2.** Costs to Upgrade to "Green" Alternatives applies only if replacement cost valuation applies to the lost or damaged Covered Property and then only if the lost or damaged property is actually repaired or replaced as soon as reasonably possible after the loss or damage (not to exceed two years from the date of loss or damage).

**3.** This Additional Coverage does not apply to any expenses incurred to exceed your pre-loss level of certification, if you had attained certification by a "Green Authority" for the Covered Property prior to the Covered Cause of Loss.

**4.** This Additional Coverage does not require you to pursue, nor guarantee success of, certification by a "Green Authority".

**5. a.** The most we will pay in any one occurrence for Costs to Upgrade to "Green" Alternatives under this endorsement is $100,000 for all "Scheduled Premises" unless a different limit of insurance is shown in the above Schedule.

**b.** If a different limit of insurance is shown in the above Schedule then that different limit of insurance is the most we will pay in any one occurrence for all "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

**c.** The limit for Costs to Upgrade to "Green" Alternatives applies in any one occurrence, regardless of the number of "Scheduled Premises" or buildings damaged in that occurrence.

**d.** If a Green Choice - Limit of Insurance is shown as applying to a "Scheduled Premises" in the Property Choice Schedule of Premises and Coverages, then that limit of insurance is the most

we will pay in any one occurrence at that "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

**e.** This is an additional amount of insurance.

**B.** This section **B.** applies only when any of the following are attached to this policy:

PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM

PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM

PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

The following Additional Coverage is added:

**Green Alternatives – Increased Period of Restoration**

**1.** If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to covered building property at a "Scheduled Premises", Business Income coverage is revised to include the actual loss of income you sustain during the reasonable and necessary increase in the period of restoration that is actually incurred to:

**a.** Repair or replace the lost or damaged Covered Property as stated in A.1.a.

**b.** Employ "Green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged Covered Property as stated in A.1.b.

**2.** The Increased Period of Restoration provided by this endorsement is subject to a maximum period of up to 30 consecutive days from the date the period of restoration would have otherwise ended had "Green" alternatives not been used.

**3.** This Additional Coverage Green Alternatives – Increased Period of Restoration is included in, and does not increase the applicable Limit of Insurance in the above referenced Coverage Forms.

**4.** The term Period of Restoration as found in the above referenced Coverage Forms and as used in this endorsement does not include any increased Period of Restoration due to:

**a.** Review and/or approval by a "Green Authority" regarding your application for certification of your "scheduled premises", should you elect to pursue certification; or

**b.** Conducting test and balance analysis of the heating, ventilation or air conditioning systems to confirm that they have been installed properly and meet manufacturer's and design professional's standards.

## C. ADDITIONAL EXCLUSIONS

**1.** Coverage provided by this endorsement does not apply to any "Scheduled Premises" where:

**a.** Replacement Cost valuation does not apply;

**b.** Ordinance or Law Additional Coverage does not apply; or

**c.** Building(s) are vacant.

**2.** This endorsement does not apply to "stock".

**3.** Coverage provided by this endorsement does not include any increase in costs, loss or damage attributable to any "Green" standards for which you were under order or mandate from an existing authority, but you did not comply with, before the loss or damage.

## D. ADDITIONAL DEFINITIONS

As used in this endorsement:

**1.** "Green" means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize their impact on the environment.

**2.** "Green Authority" means the United States Green Building Council (LEED® Green Building Rating System); the Green Building Initiative™ (Green Globes™ Assessment And Rating System); or the Environmental Protection Agency and the Department of Energy (EnergyStar® requirements).



**PROPERTY CHOICE**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - FUNGUS, WET ROT AND DRY ROT

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE PART

**A.** In the Property Choice – Covered Causes of Loss and Exclusion Form and Mortgageholders Errors And Omissions Coverage Form, the exclusion titled "Fungus", Wet Rot, Dry Rot, Bacteria and Virus and the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria Found in the Property Choice – Specialized Property Insurance Coverages forms is deleted. Under these forms, the following exclusion is added:

We will not pay for loss or damage caused by or resulting from "fungus", wet rot or dry rot. However, this exclusion does not apply when "fungus", wet rot or dry rot results from a Covered Cause of Loss.

**B.** Paragraph **c.** Ordinance or Law Exclusions, items **(1)** and **(2)** of Ordinance Or Law Coverage found in the Property Choice – Specialized Property Insurance Coverages forms is replaced by the following:

We will not pay for:

**1.** Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants"; or

**2.** The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**C.** Paragraph **A.** 12. of Ordinance Or Law – Increased Period Of Restoration found in the Property Choice Business Income or Extra Expense – Additional Coverages forms is replaced by the following:

If a Covered Cause of Loss occurs to property at the "Scheduled Premises" described in the Property Choice Schedule of Premises and Coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of operations caused by or resulting from a requirement to comply with any ordinance or law that:

**1.** Regulates the construction or repair of any property;

**2.** Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

**3.** Is in force at the time of loss.

However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires:

**1.** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants"; or

**2.** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

© 2014, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

HFIC00052



**PROPERTY CHOICE**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK - EXCLUSION OF LOSS
# DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part.

**C.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part.

© 2014, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

HFICO0053

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.


PROPERTY CHOICE BUSINESS INTERRUPTION - ADDITIONAL COVERAGES -
  REVISED LIMITS OF INSURANCE


THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE RENTAL INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE EXTRA EXPENSE - ADDITIONAL COVERAGES


                              SCHEDULE
THE FOLLOWING REVISED LIMIT OF INSURANCE IS THE MOST WE WILL PAY FOR THAT
PARTICULAR ADDITIONAL COVERAGE:

    ADDITIONAL COVERAGE                 REVISED LIMIT OF INSURANCE

BUSINESS INTERRUPTION:
UTILITY SERVICES:                       $1,000,000

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.


PROPERTY CHOICE BUSINESS INTERRUPTION - ADDITIONAL COVERAGES -
  REVISED WAITING PERIODS


THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE RENTAL INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE EXTRA EXPENSE - ADDITIONAL COVERAGES


                              SCHEDULE

    ADDITIONAL COVERAGE                REVISED WAITING PERIOD

CIVIL AUTHORITY:                           24 HOURS

DEPENDENT PROPERTIES:                      24 HOURS

BUSINESS INCOME
WINDSTORM OR HAIL:                         24 HOURS

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.


PROPERTY CHOICE BUSINESS INTERRUPTION - ADDITIONAL COVERAGES -
 REVISED TIME PERIODS OF COVERAGE


THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE RENTAL INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE EXTRA EXPENSE - ADDITIONAL COVERAGES


                            SCHEDULE
THE COVERAGE PERIOD IN THE FOLLOWING ADDITIONAL COVERAGE(S)
IS REVISED AS FOLLOWS:

    ADDITIONAL COVERAGE              REVISED COVERAGE PERIOD

CIVIL AUTHORITY:                        180 DAYS



# PROPERTY CHOICE CONDITIONS AND DEFINITIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to section **C. DEFINITIONS**.

The following conditions apply to all coverages that are a part of the Property Choice Coverage Part or Property Choice Policy and are in addition to the Common Policy Conditions unless stated otherwise in coverage forms and endorsements.

## A. GENERAL CONDITIONS

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Application of Waiting Period

In the event that more than one Waiting Period is applicable, we will apply only the longest waiting period.

### 3. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim on the grounds that it is not covered under this policy.

### 4. Claim Settlement

**a.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**b.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

### 5. Concealment, Misrepresentation or Fraud

This Coverage Part is void in any case of fraud by you as it relates to this coverage at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The property covered under this insurance;

**c.** Your interest in the property covered under this insurance; or

**d.** A claim under this Coverage Part.

### 6. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

### 7. Coverage Territory

The coverage territory is the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**Exceptions for the following Additional Coverages:**

**a. Business Travel**

For the Business Travel Additional Coverage, the Coverage Territory is anywhere in the world.

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)
HTFIC00057

**b. Exhibitions**

For the Exhibition Additional Coverage, the Coverage Territory is anywhere in the world.

**c. Transit**

For the Transit Additional Coverage, the Coverage Territory is within or between the United States of America, (including its territories and possessions), Puerto Rico and Canada; however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land.

**8. Equipment Breakdown - Suspension**

When any Equipment Breakdown Property is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Equipment Breakdown Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as stated in the Property Choice Schedule of Premises and Coverages, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**9. Equipment Breakdown - Jurisdictional Inspections**

If any Equipment Breakdown Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**10. If Two or More Coverages Apply**

If two or more coverages in this policy apply to the same loss or damage, we will not pay more than the actual amount of loss or damage.

**11. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

For coverage under the Business Crime Coverage Forms, the words **the direct physical loss or damage occurred** are replaced by the words **you discover the loss**.

**12. Liberalization**

If we adopt any revision that would broaden this Coverage Part, without additional premium, within 45 days prior to inception of this policy or during this policy period, the broadened coverage will immediately apply to you.

**13. Loss Payee**

**a.** For Covered Property in which both you and the Loss Payee as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement have an insurable interest, we will:

**(1)** Adjust losses with you; and

**(2)** Pay any claim for loss or damage jointly to you and the loss payee, as interests may appear.

**b.** If we cancel this policy, we will give written notice to the loss payee at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(3)** If we elect not to renew this policy, we will give written notice to the loss payee at least 10 days before the expiration date of this Coverage Part.

**14. Mortgageholders and Lender Loss Payees**

**a.** We will pay each of the following for their interest in covered loss or damage, as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement in the order of their precedence, as their interest may appear:

**(1) Mortgageholder** for their interest in buildings or structures. The term mortgageholder includes trustees.

**(2) Lender** for their interest as a creditor, established by such written instruments as warehouse receipts, a contract for deed, bills of lading, financing statements; or mortgages, deeds of trust, or security agreements.

**b.** The applicable mortgageholder or lender has the right to receive loss payment even if they have started foreclosure or similar action on the property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the applicable mortgageholder or lender will still have the right to receive loss payment if such mortgageholder or lender:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder or lender.

All of the terms of this Coverage Part will then apply directly to the mortgageholder or lender.

d. If we pay the mortgageholder or lender for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's or lender's right to recover the full amount of their applicable claims will not be impaired.

At our option, we may pay to the mortgageholder or lender the whole principal on the mortgage or debt plus any accrued interest. In this event:

i. For mortgageholder relationships, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us;

ii. For lender relationships, you will pay your debt to us.

e. If we cancel this policy, we will give written notice to the mortgageholder or lender at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

f. If we elect not to renew this policy, we will give written notice to the mortgageholder or lender at least 10 days before the expiration date of this Coverage Part.

**15. Contract Of Sale and Building Owner Loss Payable Clauses**

We will pay each of the following for their interest in covered loss or damage, as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement in the order of their precedence, as their interest may appear:

a. **Contract Of Sale Loss Payable Clause**
If the Loss Payee shown in the Property Choice - Schedule of Premises and Coverages or by endorsement is a person or organization you have entered a contract with for the sale of Covered Property:

(1) For Covered Property in which both you and the Loss Payee have an insurable interest we will:

(a) Adjust losses with you; and

(b) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

(2) The following is added to the **Other Insurance** Loss Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

b. **Building Owner Loss Payable Clause -** If the Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant:

(1) We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

(2) We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

**16. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**17. Other Insurance**

a. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that described in **17. a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**18. Policy Period**

In this Coverage Part, we only cover direct physical loss or direct physical damage which occurs during the policy period stated in the Declarations.

**19. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

You will pay us the amount of all recoveries of Accounts Receivable you receive for a loss paid by us. But any recoveries in excess of the amount we have paid belong to you.

**20. Standard Fire Policy**

If the Standard Fire Policy (165 Lines) is required by state statute to be attached to this policy, only the provisions of the Standard Fire Policy that are broader than the provisions contained in this policy shall apply.

**21. Transfer of Rights of Recovery Against Others To Us (Subrogation)**

If any person or organization to whom or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a covered loss or damage, or

**b.** After a covered loss only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm that you own or control;

**(3)** A business firm or individuals, that owns or controls you; or

**(4)** Your tenant.

This written waiver will not restrict your insurance.

**Exceptions:**

**(i)** For their interest in building repair or construction, you may not waive your rights to recover damages from architects or engineers except as agreed to in writing by us.

**(ii)** For property in the due course of transportation, we will not pay for loss or damage if you impair our rights to recover damages from any carrier for hire, bailee or third party.

However, you may accept bills of lading, receipts or contracts of transportation from carriers for hire, which contain a limitation of value.

**B. YOUR GENERAL DUTIES IN EVENT OF LOSS**

**1.** In event of loss or damage, you must see that the following are done:

**a. Notify Police**

Notify the police if a law may have been broken.

**b. Notify Us**

Give us prompt notice of the loss or damage. Include a description of the property involved.

As soon as possible, give us a description of how, when and where the loss or damage occurred.

We will not deny coverage due to your unintentional failure to notify us about the occurrence of loss or damage provided notice is give as soon as practicable after you become aware of such loss or damage.

**c. Protect Property**

Take all reasonable steps to protect the property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the applicable Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

Also, if feasible, set the damaged property aside and in the best possible order for examination.

**d. Take Inventory**

At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**e. Inspect Property, Books and Records**

As often as may be reasonably required, permit us to:

**(1)** Inspect the damaged and undamaged property and take samples for testing and analysis.

**(2)** Examine and make copies of your books and records Including electronic records and data.

**f. Proof of Loss**

Send us a signed, sworn proof of loss containing the information we request during our investigation of your claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**g. Cooperate**

Cooperate with us in the investigation or settlement of the claim.

**h. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Examination Under Oath**

We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**C. DEFINITIONS**

**1. "Building Glass"** means glass that is part of the building or structure, including glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation.

This does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

**2. "Computer Equipment"** includes the following equipment:

**a.** Computer hardware, laptops, Personal Digital Assistants, including micro-processors and related component parts;

**b.** Peripheral equipment, such as printers and modems;

**c.** Computer network equipment; and

**d.** Electronic communications equipment.

**3. "Electronic data"** means:

Information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**4. "Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5. "Money"** means:

**a.** Currency, coins and bank notes; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**6. "Policy Year"** means the period of time that:

**a.** Begins with the inception or anniversary date of this policy; and

**b.** Ends at the expiration or at the next anniversary date of this policy.

**7. "Pollutants and Contaminants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare. Waste includes materials to be recycled, reconditioned or reclaimed.

**8. "Scheduled Premises"** means any premises listed by location address in the Scheduled Premises section of the Property Choice Schedule of Premises and Coverage.

**9. "Securities"** means negotiable and non-negotiable instruments or contracts representing either "Money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter); and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not of your own issue;

but does not include "Money".

Lottery tickets held for sale and Postage stamps in current usage are not "Securities".

**10. "Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

This cause of loss does not include:

**a.** The cost of filling sinkholes; or

**b.** Sinking or collapse of land into man-made underground cavities.

**11. "Specified Causes of Loss"** means fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; "Sinkhole Collapse"; "Volcanic Action"; falling objects; weight of snow, ice or sleet; water damage, "Sprinkler Leakage"; "Theft"; or "Building Glass" breakage.

**a.** Falling objects does not include loss or damage to:

   **(1)** Personal property in the open; or

   **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall or the building structure is first damaged by a falling object.

**b.** Water damage means:

   **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the "Scheduled Premises" and contains water or steam; and

   **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the "Scheduled Premises" and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear. But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear. To the extent that accidental discharge or leakage of water falls within the criteria set forth in **b.(1)** or **b.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

**12. "Sprinkler Leakage"** means a leakage or discharge of a substance (except halon) from an Automatic Fire Extinguishing System, including collapse of a tank that is part of the system.

**13. "Stock"** means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

**14. "Tenant Improvements and Betterments"** means fixtures, alterations, installations or additions made a part of the Building you occupy but do not own; and:

   **a.** Made at your expense; or

   **b.** You acquired from the prior tenant at your expense; and

you cannot legally remove.

Tenant Improvements and Betterments includes fences, signs, and radio or television towers, antennas and satellite dishes (including attached equipment).

**15. "Theft"** means any act of stealing except as defined in the Property Choice Common Crime Coverages Form.

**16. "Valuable Papers"** means: Inscribed, printed or written documents, manuscripts, patterns or records including abstracts, books, deeds, drawings, films, maps or mortgages.

**"Valuable Papers"** does not mean:

   **(1)** "Money" or "Securities", whether or not in current circulation.

   **(2)** Property that cannot be replaced with other property of like kind and quality.

   **(3)** Fine Arts or Accounts Receivable.

   **(4)** "Electronic data".

**17. "Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **a.** Airborne volcanic blast or airborne shock waves;

   **b.** Ash, dust or particulate matter; or

   **c.** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to property.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A. Disclosure Of Federal Share Of Terrorism Losses**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 or later | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, as amended (TRIA) exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**B. Cap On Insurer Liability For Terrorism Losses**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

**1.** The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

**2.** The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and

**3.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of Terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion and the War And Military Action Exclusion.

© 2015, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

IHFIC00063

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES

This endorsement modifies insurance under the following:
**PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM**
SUMMARY of COVERAGE LIMITS and INDEX
This is a summary of the limits of insurance and coverages provided by this endorsement.
No coverage is provided by this summary.

| Item No. | PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM - ADDITIONAL COVERAGES: | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) | Starts on Page No. |
|---|---|---|---|
| 1. | **BUSINESS TRAVEL:** | **Included in Special Business Income Limit of Insurance.** | **2** |
| 2. | **CIVIL AUTHORITY (72 HOUR WAITING PERIOD APPLIES):** | **30 Days.** | **2** |
| 3. | **DEPENDENT PROPERTIES INCLUDING WORLDWIDE COVERAGE TERRITORY (72 HOUR WAITING PERIOD APPLIES):** | **$100,000. From All Dependent Properties.** | **2** |
| 4. | **SECONDARY DEPENDENCIES - CONTRIBUTING AND RECIPIENT LOCATIONS** | **Included in Dependent Properties Limit of Insurance.** | **3** |
| 5. | **EXTENDED INCOME (180 DAYS):** | **Included in Special Business Income Limit of Insurance.** | **4** |
| 6. | **FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE:** | **Actual Loss Sustained for 30 Days.** | **5** |
| 7. | **FUTURE EARNINGS:** | **Included in Special Business Income Limit of Insurance.** | **5** |
| 8. | **INGRESS AND EGRESS (24 HOUR WAITING PERIOD APPLIES):** | **$50,000.** | **5** |
| 9. | **LESSOR'S TENANT MOVE BACK EXPENSE:** | **$10,000.** | **6** |
| 10. | **MACHINERY TESTING AND TRAINING:** | **Included in Special Business Income Limit of Insurance.** | **6** |
| 11. | **NEWLY ACQUIRED PREMISES:** | **Included in Special Business Income Limit of Insurance.** | **6** |
| 12. | **ORDINANCE OR LAW COVERAGE (INCREASED PERIOD OF RESTORATION):** | **Included in Special Business Income Limit of Insurance.** | **6** |
| 13. | **POLLUTANTS AND CONTAMINANTS CLEANUP:** | **$25,000. In any one "Policy Year".** | **7** |
| 14. | **SEWER AND DRAIN BACKUP:** | **Included in Special Business Income Limit of Insurance.** | **7** |
| 15. | **TRANSIT:** | **$100,000.** | **7** |

© 2013 The Hartford
HFIC00064

| 16. | UNNAMED PREMISES: | $100,000. | 8 |
|-----|-------------------|-----------|---|
| | UNNAMED PREMISES:  AT ANY ONE INSTALLATION: | Included in Special Business Income Limit of Insurance. | 8 |
| | UNNAMED PREMISES:  AT ANY ONE EXHIBITION: | Included in Special Business Income Limit of Insurance. | 8 |
| 17. | UTILITY SERVICE INTERRUPTION (24 HOUR WAITING PERIOD APPLIES): | $25,000. | 8 |
| 18. | WEB SITE AND INTERNET SERVICES (12 HOUR WAITING PERIOD APPLIES): | Lesser of Actual Loss Sustained for 30 days or $100,000. | 9 |

For Insurance that may apply to a Specific Scheduled Premises see: Property Choice - Scheduled Premises.

**A. ADDITIONAL COVERAGES -** The following Additional Coverages are added to the Property Choice Special Business Income Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverage or by endorsement to this policy:

**1. Business Travel**

a. We will pay for the actual loss of Business Income and the actual, necessary and reasonable Extra Expenses your incur due to direct physical loss or direct physical damage by a Covered Cause of Loss to Your Business Personal Property including Sales Representative Samples while in the custody of:

(1) Your sales representatives; or

(2) Any officer, employee or yourself;

while traveling on authorized company business.

b. This Additional Coverage is Included within the Special Business Income Limit of Insurance.

**2. Civil Authority**

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur when access to your "Scheduled Premises" is specifically prohibited by order of a civil authority as the direct result of a Covered Cause of Loss to property in the immediate area of your "Scheduled Premises".

b. The coverage for Business Income will begin after a Waiting Period of 72 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverage or is shown by endorsement) after the order of a civil authority and coverage will end at the earlier of:

(1) When access is permitted to your "Scheduled Premises"; or

(2) 30 consecutive days after the order of the civil authority.

c. The coverage for Extra Expense will begin immediately after the order of a civil authority and coverage will end at the earlier of:

(1) When access is permitted to your "Scheduled Premises"; or

(2) 30 consecutive days after the order of the civil authority.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**3. Dependent Properties**

a. We will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary suspension of your operations during the Period of Restoration. The suspension must be caused by direct physical loss of or direct physical damage to a Dependent Property caused by or resulting from a Covered Cause of Loss. However, coverage under this Additional Coverage does not apply when the only loss to a Dependent Property is loss or damage to "Electronic Data", including destruction or corruption of "Electronic Data". If the Dependent Property sustains loss or damage to "Electronic Data" and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt or replaced. The term "Electronic Data" has the meaning set forth in the Coverage Form to which this endorsement applies.

b. Period of Restoration, with respect to dependent property means the period of time that:

**(1)** Begins 72 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverage or is shown by endorsement) after the time of the Covered Cause of Loss occurred for Business Income Coverage;

**(2)** Begins immediately after the time of the Covered Cause of Loss for Extra Expense Coverage;

**(3)** Ends on the earlier of:

**(a)** the date when the property at the premises of the Dependent Property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** when the applicable limit of insurance is exhausted.

Period of Restoration does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the Period of Restoration.

**c.** Dependent Properties means property at premises owned and operated by others that you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Location);

But any property which delivers any of the following services is not a Contributing Location with respect to such services:

**(a)** Water supply services;

**(b)** Power supply services; or

**(c)** Wastewater removal services; or

**(d)** Communication supply services, including services relating to internet access or access to any electronic network;

**(2)** Accept your products or services (Recipient Location);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Location); or

**(4)** Attract customers to your business premises (Leader Locations).

**d.** With respect to the coverage provided under this provision (Dependent Properties), the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**e.** The most we will pay for the sum of all actual loss of Business Income and actual, necessary and reasonable Extra Expense you incur in any one occurrence regardless of the types or number of Dependent Properties involved in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

**4. Secondary Dependencies - Contributing and Recipient Locations**

**a.** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the Period of Restoration. The suspension must be caused by direct physical loss of or direct physical damage to property at a secondary contributing location or at a secondary recipient location, caused by or resulting from a Covered Cause of Loss, which in turn results in partial or complete interruption of the materials or services provided to you by a dependent property, thereby resulting in the suspension of your operations.

**b.** This Additional Coverage does not apply when the only loss at the secondary contributing location or secondary recipient location is loss or damage to "Electronic Data", including destruction or corruption of "Electronic Data". If the secondary contributing location or secondary recipient location sustains loss or damage to "Electronic Data" and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt or replaced. The term "Electronic Data" has the meaning set forth in the Coverage Part to which this provision applies.

**c.** With respect to a suspension of your operations covered under this provision, the maximum amount payable is the Limit of Insurance applicable to Dependent Properties. This provision,

does not increase the Limit Of Insurance for Dependent Properties, as any amount payable under this provision is considered part of, not in addition to, such Dependent Properties Limit of Insurance, even if the suspension of your operations is caused by direct physical loss of or damage to dependent property and property at one or more secondary contributing locations or secondary recipient locations.

**d.** Secondary contributing location is an entity which:

    **(1)** Is not owned or operated by a Contributing Location; and

    **(2)** Delivers materials or services to a Contributing Location, which in turn are used by that Contributing Location in providing materials or services to you.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary contributing location.

**e.** Any property which delivers any of the following services is not a secondary contributing location with respect to such services:

    **(1)** Water supply services;

    **(2)** Power supply services;

    **(3)** Wastewater removal services; or

    **(4)** Communication supply services, including services relating to Internet access or access to any electronic network.

**f.** Secondary recipient location is an entity which:

    **(1)** Is not owned or operated by a Recipient Location; and

    **(2)** Accepts materials or services from a Recipient Location, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary recipient location.

**g.** With respect to the coverage provided under this provision (Secondary Dependencies - Contributing and Recipient Locations), the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**5. Extended Income**

**a.** If the necessary suspension of your operations (applies to all operations except educational institutional operations) produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    **(1)** Begins on the date property (except "Stock" you have finished manufacturing) is actually repaired, rebuilt or replaced and business operations are resumed; and

    **(2)** Ends on the earlier of:

        **(a)** The date you could restore your business operations, with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or direct physical damage had occurred; or

        **(b)** 180 days that immediately follows after the date determined in **a. (1)** above.

**b.** As respects educational operations, the following applies:

In the event of a covered Business Income loss, we will pay for the actual loss of Business Income you sustain during the school term following the date the property is actually repaired, rebuilt or replaced, if that date is 60 days or less before the scheduled opening of the next school term.

**c.** However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

**d.** Loss of Business Income must be caused by direct physical loss or direct physical damage at the insureds premises caused by or resulting from a Covered Cause of Loss.

**e.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

6. **"Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage**

   a. The coverage described below only applies when the "fungus", wet rot, dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

      (1) A "specified cause of loss" other than fire or lightning;

      (2) Equipment breakdown accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the effected premises; or

      (3) Flood, if the Causes of Loss - Flood endorsement applies to the effected premises.

   b. The following applies only if Business Income and/or Extra Expense coverage applies to the "Scheduled Premises" and only if the necessary interruption of your business operations satisfies all terms and conditions of this Coverage Part.

      (1) If the loss which results in "fungus", wet rot, dry rot, bacteria or virus does not in itself necessitate a necessary interruption of your business operations, but such interruption is necessary due to loss or damage to property caused by "fungus", wet rot, dry rot, bacteria or virus, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

      (2) If a covered necessary interruption of your business operations was caused by loss or damage other than "fungus", wet rot, dry rot, bacteria or virus prolongs the Period of Restoration, we will pay for loss and/or expense sustained during the delay (regardless of when such delay occurs during the Period of Restoration), but such coverage is limited to 30 days in total. The days need not be consecutive.

      (3) This Additional Coverage is included within the Special Business Income Limit of Insurance.

7. **Future Earnings**

   a. In the event of a covered Business Income loss at "Scheduled Premises", we will pay for the actual loss of Business Income you subsequently and necessarily sustain after the Period of Restoration and the Extended Income period ends and that the actual loss in Business Income is directly attributable to the Covered Cause of Loss occurrence.

   b. However, Future Earnings does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

   c. This coverage will apply to the actual loss of business income you sustain within 2 years from the date the Covered Cause of Loss occurred.

   d. This Additional Coverage is included within the Special Business Income Limit of Insurance.

8. **Ingress or Egress**

   a. This insurance is extended to apply to the actual loss of Business Income you sustain when ingress or egress to your "Scheduled Premises" is specifically prohibited as the direct result of a Covered Cause of Loss to property at premises that is contiguous to your "Scheduled Premises".

   b. Coverage for Business Income will begin after a Waiting Period of 24 hours (unless a different Waiting Period applicable to this Additional Coverage is shown by endorsement) after the time of the Covered Cause of Loss and will end at the earlier of:

      (1) When ingress or egress is permitted to or from your "Scheduled Premises"; or

      (2) 30 consecutive days.

   c. This Additional Coverage does not apply if:

      (1) The direct physical loss or direct physical damage is caused by or results from flood or earthquake even if flood or earthquake are Covered Causes of Loss; or

      (2) The ingress to or egress from your "Scheduled Premises" is prohibited by civil authority.

**d.** The most we will pay for loss in any one occurrence under this Additional Coverage is $50,000. This Additional Coverage is Included within the Special Business Income Limit of Insurance.

**9. Lessor's Tenant Move Back Expenses**

**a.** In the event that your tenants must temporarily vacate the covered Building property at "Scheduled Premises" due to untenantability caused by direct physical loss or direct physical damage by a Covered Cause of Loss to the covered Building, we will pay for the following expenses you actually incur to move those tenants back into your covered Building. We will only pay for the following expenses:

**(1)** Packing, transporting and unpacking the tenants' Business Personal Property, including the cost of insuring the move back and any necessary assembly or setup of furniture and equipment, and

**(2)** The net cost to re-establish the tenants' utility and telephone services, after any refunds due the tenants.

**b.** We will only pay for these expenses that you actually incur within 60 days from the date that the damaged building has been repaired or rebuilt and if needed a certificate of occupancy has been granted.

**c.** The most we will pay the sum in any one occurrence of covered loss under this Additional Coverage is $10,000. This is an additional amount of insurance.

**10. Machinery Testing and Training**

In the event it was necessary to replace machinery damaged by a Covered Cause of Loss, we will extend the Period of Restoration to include:

**a.** The additional time to test that replacement machinery; and

**b.** The additional time to train employees on the differences in operating the damaged machinery and the replacement machinery.

This Additional Coverage is included within the Special Business Income Limit of Insurance.

**11. Newly Acquired Premises**

**a.** We will pay for the actual loss of Business Income you sustain due to direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Premises. Newly Acquired Premises means premises you acquire, purchase or lease after the inception of this policy, but does not include:

**(1)** Any premises acquired through any foreclosure process;

**(2)** Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work; or

**(3)** Any premises covered by any other part of this Coverage Form.

**b.** Insurance for each Newly Acquired Premises will end when any of the following first occurs, but will not cut short the Period of Restoration:

**(1)** This policy expires;

**(2)** 180 days expire after you acquire the property;

**(3)** You report values to us: or

**(4)** The property is more specifically insured.

We will charge you additional premium from the date you acquire the premises.

**c.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**12. Ordinance or Law - Increased Period of Restoration**

**a.** If a Covered Cause of Loss occurs to property at "Scheduled Premises", coverage is extended to include the amount of the actual loss of Business Income and the actual, necessary and reasonable Extra Expense you incur during the increased period of suspension of operations caused by or resulting from a requirement to comply with any ordinance or law that:

**(1)** Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

**(2)** Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; and

**(3)** Is in force at the time of loss.

**b.** Coverage is not extended under this Additional Coverage to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law:

  **(1)** Which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot, bacteria or virus; or

  **(2)** Which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "Pollutants and Contaminants", "fungus", wet or dry rot, bacteria or virus.

**c.** Period of Restoration is revised to include any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss that regulates the construction or repair, or requires the tearing down of any property.

**d.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**13. "Pollutants and Contaminants" Clean Up**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur if business operations are interrupted due to the enforcement of any ordinance or law that requires you to extract "Pollutants and Contaminants" from land or water at "Scheduled Premises" caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

**b.** Such loss must be reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

**c.** The most we will pay for the sum of all Business Income and Extra Expense in any one "Policy Year" under this Additional Coverage is $25,000. This is an additional amount of insurance.

**14. Sewer and Drain Backup**

**a.** We will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to direct physical loss of or direct physical damage to property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water that backs up from a sewer or drain.

**b.** This Additional Coverage is included within the Special Business Income Limit of Insurance.

**c. THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the back-up or overflow to such conditions.

Flood as used in this provision means:

  **(1)** Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not; or

  **(2)** Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

  **(3)** Water under the ground surface pressing on, or flowing or seeping through:

   **(a)** Foundations, walls, floors or paved surfaces;

   **(b)** Basements, whether paved or not; or

   **(c)** Doors, windows or other openings.

  **(4)** Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **(1)** or **(3)** above regardless of the proximity of the back-up to such conditions.

  **(5)** All flooding in a continuous or protracted event will constitute a single flood.

**15. Transit**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to the following property while in the due course of transit:

**(1)** Your Business Personal Property; and

**(2)** Business Personal Property owned by others.

**b.** This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination, but this will not cut short the Period of Restoration.

**c.** You must retain accurate records of all shipments of Covered Property for one year.

**d.** The most we will pay for the sum of all Business Income and Extra Expense in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

**16. Unnamed Premises**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage by a Covered Cause of Loss to Property while at:

**(1)** Premises that you own, lease, or occupy other than a "Scheduled Premises";

**(2)** Premises not described in the Property Choice Schedule of Premises and Coverages, which you do not own, lease or occupy;

**(3)** Premises where you are temporarily performing work or installing Business Personal Property and your insurable interest continues until the installation is accepted by the customer.

**b.** Unnamed Premises does not include any:

**(1)** Premises or property covered under any other coverage of this Coverage Form;

**(2)** Waste disposal or transfer sites;

**(3)** Intermediate site while in the due course of transit; or

**(4)** Premises of a Web Site or Internet Services provider.

**c.** The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at all unnamed premises other than at any one installation or at any one exhibition is $100,000.

**d.** The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at any one installation is the limit of insurance applicable to Special Business Income. This is included in the Special Business Income Limit of Insurance.

**e.** The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at any one exhibition is the limit of insurance applicable to Special Business Income Limit. This is included in the Special Business Income Limit of Insurance.

**17. Utility Service Interruption**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur at "Scheduled Premises", "Newly Acquired Premises" and Unnamed Premises caused by the interruption of specific services.

The interruption must result from direct physical loss or direct physical damage by a Covered Cause of Loss to property outside the insured premises boundary and which provides the following services:

**(1)** Water Supply Property, meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)** Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises, other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities.

Coverage under this endorsement does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding.

(3) Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, such as:

    (a) Communication transmission lines, including optic fiber transmission lines;

    (b) Coaxial cables; and

    (c) Microwave radio relays except satellites.

(4) Power Supply Property, meaning the following types of property supplying electricity, steam or gas to the described premises:

    (a) Utility generating plants;

    (b) Switching stations;

    (c) Substations;

    (d) Transformers; and

    (e) Transmission lines.

**b.** As used in this endorsement, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**c.** This Additional Coverage does not include any loss or damage due to temperature change or spoilage.

**d.** This Additional Coverage does not apply to the Dependent Properties Additional Coverage.

**e.** We will not pay for Business Income loss you sustain during the 24 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverage or is shown by endorsement) that immediately follow after the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

**f.** The most we will pay for the sum of all actual loss of Business Income and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage is $25,000. This is an additional amount of insurance.

## 18. Web Site and Internet Services

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual necessary and reasonable Extra Expense you incur caused by direct physical loss or direct physical damage by a Covered Cause of Loss to property that you depend on for Website and Internet Services.

Website and Internet Services means:

(1) Internet access, e-mail, web hosting and application software services at the premises of others, or

(2) Router infrastructure services, including cable and wireless, located outside your premises boundary.

**b.** We will not pay for any Business Income loss under this Coverage that you sustain during the 12 hours (unless a different Waiting Period for this Coverage is indicated in the Property Choice Schedule of Premises or Coverages or by endorsement) that immediately follow the time when you first discovered the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

**c.** The most we will pay for the actual loss of Business Income or necessary and reasonable Extra Expense in any one occurrence under this Additional Coverage is the lesser of:

(1) The amount of the actual loss of Business Income you sustain during the 30 day period immediately following the Waiting Period and the necessary and reasonable Extra Expense you incur when you first discovered the Covered Cause of Loss (during the Waiting Period) and for a 30 day period immediately following the Waiting Period; or

(2) $100,000.

**d.** With respect to Web Sites, this coverage applies only if you have a back-up copy of your Web Page stored at a location other than the site of the Web Site vendor.

**e.** This is an additional amount of insurance.

PROPERTY CHOICE



# PROPERTY CHOICE COVERAGE FORM

## (PROPERTY)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Property Choice Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss. Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.** Covered Property for which a Limit of Insurance and a premises address is shown in the Property Choice - Schedule of Premises and Coverages.

### 1. Covered Property

**a. Building** means buildings or structures that:

**(1)** You own; or

**(2)** Are responsible for insuring.

Building also includes:

**(1)** Buildings or structures in the course of construction;

**(2)** Alterations, repairs or additions to the building;

**(3)** Foundations;

**(4)** Underground pipes, flues or drains necessary for the service of the building;

**(5)** Excavations, grading, backfilling or filling that are necessary to repair, rebuild or replace the building or its foundation;

**(6)** Permanently installed machinery and equipment;

**(7)** Awnings, "Building Glass" and floor coverings;

**(8)** Materials, equipment and supplies, used in the construction, alteration or repair of buildings;

**(9)** Radio or television towers, antennas and satellite dishes (including attachments), fences, signs and other outdoor fixtures;

**(10)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(11)** Property owned by you for the maintenance or service of the building or its premises, including fire extinguishing equipment, alarm, communication and monitoring systems, and lawn maintenance or snow removal equipment;

**(12)** Retaining walls attached to buildings;

**(13)** Swimming pools whether or not attached to the building;

**(14)** Appurtenant structures whether or not attached to the building;

**(15)** Electronic car charging stations;

**(16)** Solar panels attached to the building;

**(17)** Walks, roadways, patios or other paved surfaces at a "Scheduled Premises".

**b. Business Personal Property**

**(1)** Business Personal Property means:

**(a)** All of Your Business Personal Property owned by your business; and

**(b)** Business Personal Property owned by others, that is in your

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

HFIC00073

care, custody or control (including leased property as provided in a written lease agreement);

**(2)** Business Personal Property also includes:

**(a)** Furniture, fixtures, machinery and equipment;

**(b)** "Stock";

**(c)** "Computer Equipment";

**(d)** "Electronic Data" and "Valuable Papers";

**(e)** Patterns, dies, molds and forms;

**(f)** Your interest in the labor, materials or services furnished or arranged by you on Business Personal Property you have installed or repaired;

**(g)** "Tenant Improvements and Betterments";

**(h)** Tools and equipment owned by your employees that are used in your business operations;

**(i)** Building components while removed from the premises for service or repair;

**(j)** Lottery tickets held for sale and postage stamps in current usage;

**(k)** Electronic car charging stations if not covered under Building.

**(3)** Coverage applies to Business Personal Property up to 1000 feet outside the premises boundary.

**2.  Property Not Covered**

Covered Property does not include the following unless an endorsement is added to this Coverage Part:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, "money", notes or "securities".

**b.** Animals, except animals inside buildings, and:

**(1)** Owned by others and boarded by you; or

**(2)** Owned by you as "Stock".

**c.** Property owned by and for exclusive personal use by you or your officers, members, partners or employees.

**d.** Property owned by your residents, patients, or students.

**e.** Property owned by your tenants.

**f.** Contraband, or property in the course of illegal transportation or trade.

**g.** Growing crops or standing timber.

**h.** Grain, hay, straw or other crops which have been harvested, but are outside of buildings or structures.

**i.** Outdoor trees, shrubs, plants and sod (other than those held for sale) and lawns.

**j.** Land (including land on which the property is located), land values, water (except water contained within any storage tank, for use in your manufacturing or processing operations), dams, underground mines, and caverns.

**k.** Vehicles, and self-propelled machines, including aircraft and watercraft, except the following are Covered Property:

**(1)** Vehicles and self-propelled machines, (including aircraft and watercraft) that you manufacture, process, warehouse or hold for sale (except automobiles held for sale) while located at insured premises;

**(2)** Vehicles and self-propelled machines, (except aircraft and watercraft) that you operate principally on your insured premises, that are not licensed or registered for use on public roads; and

**(3)** Canoes and rowboats while out of the water at insured premises.

**l.** Business Personal Property that you have sold under:

**(1)** Conditional sale;

**(2)** Trust agreement;

**(3)** Installment payment;

**(4)** Other deferred payment plan; or

**(5)** Other agreement under which you have retained a security interest;

**m.** Property that is more specifically covered, insured or described under another coverage form of this policy or any other policy, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**n.** Live eggs and embryos.

**o.** Retaining walls not attached to the building.

**3. Covered Causes of Loss**

See Property Choice - Covered Causes of Loss and Exclusions Form.

**B. EXCLUSIONS**

See the Property Choice - Covered Causes of Loss and Exclusions Form.

**C. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for direct physical loss or direct physical damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible stated in the Property Choice Schedule of Premises and Coverages or Endorsement(s). We will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

When claim is made for loss or damage to more than one type of property, coverage, premises, or Cause of Loss and different deductible amounts apply in the same occurrence, we will only apply the largest applicable deductible for the item for which claim is made unless specified by endorsement.

**E. LOSS PAYMENT AND VALUATION CONDITIONS**

Covered Property will be valued at either Replacement Cost or Actual Cash Value, as stated in the Property Choice Schedule of Premises and Coverages and as described below except for the items listed below in item **3. Specific Property Valuations**. We will not pay more than your financial interest in the lost or damaged property.

**1. Replacement Cost**

In the event of covered loss or damage, we will determine the value of Covered Property at the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss or damage, at the same site or another site, subject to the following:

**a.** We will not pay more for lost or damaged property than the least of

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The amount it costs to replace, on the same premises, the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount you actually spend that is necessary and reasonable to repair or replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose.

**(4)** In the event of a total loss to Building property, you may choose to replace your Building property at another premises, however, we will not pay more than the cost to replace the Building property at the original premises.

**(5)** In the event of a total loss to Business Personal Property, we retain our right to salvage such Business Personal Property.

**(6)** Replacement Cost does not include any increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**b.** We will pay you on an Actual Cash Value basis until the lost or damaged property is actually repaired, rebuilt or replaced.

**c.** If you do not repair, replace or rebuild on the same site or another site within 2 years of the date of loss, we will pay you on an Actual Cash Value basis.

**d.** Patterns, dies, molds and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis and within 60 months from the date of the covered loss and you need to repair or replace them, we will pay you, subject to the Conditions of this insurance, the difference between actual cash value and replacement cost when the patterns, dies, molds and forms are actually repaired or replaced.

**2. Actual Cash Value**

**a.** We will pay you on an Actual Cash Value basis if:

**(1)** The valuation of the lost or damaged property is designated in the Property Choice Schedule of Premises and Coverages as Actual Cash Value.

**(2)** You elect Actual Cash Value as the basis for loss payment at the time of loss or damage.

**b.** In the event of covered loss or damage, at our option, we will do one of the following, but not pay more than the Limit of Insurance applicable to the lost or damaged property:

   **(1)** Pay the value of the lost or damaged property at the time of loss;

   **(2)** Take all or any part of the property at an agreed or appraised value; or

   **(3)** Repair, rebuild or replace the property with other property of like kind and quality, or pay you the cost to do so.

**c.** In the event of a total loss to Business Personal Property, we retain our right to salvage such Business Personal Property.

**d.** Actual Cash Value does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**e.** If the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss is $25,000 or less (after the application of the applicable deductible), we pay the loss or damage on the basis of the Replacement Cost provisions described in **E.1.** above. This Exception does not apply to the following Specific Property Valuations.

**3.** **Specific Property Valuations**

   **a.** **Accounts Receivable**

     We will determine the amount of Accounts Receivable loss as follows:

     **(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

       **(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

       **(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

     **(2)** The following will be deducted from the total amount of accounts receivable, however that amount of accounts receivable is established:

       **(a)** The amount of the accounts for which there is no loss;

       **(b)** The amount of the accounts that you are able to re-establish or collect;

       **(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

       **(d)** All unearned interest and service charges.

   **b.** **Animals**

     We will determine the value of animals at the cost of replacement with animals of like kind and quality as when originally acquired by you.

   **c.** **"Building Glass"**

     We will determine the value of "Building Glass" at the cost of replacement with safety glazing material if required by law.

   **d.** **"Electronic Data" and "Valuable Papers"**

     We will determine the value of "Electronic Data" and "Valuable Papers" at your incurred cost of:

     **(1)** Blank materials for reproducing the records (including blank prepackaged programs when replaced); and

     **(2)** Labor to transcribe or copy the records and to research, replace or restore the lost information, copy the records, including research and development documentation.

   **e.** **Fine Arts**

     We will determine the value of Fine Arts, at the lesser of:

     **(1)** The market value at the time of loss or damage;

     **(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage; or

     **(3)** The cost of replacement with substantially identical property.

     For pairs or sets, we will either:

     **(1)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

     **(2)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

   **f.** **Party Wall**

     A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we

will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**g. Property of Others**

**(1)** If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the lesser of:

**(a)** amount for which you are liable under such contract;

**(b)** the replacement cost of the property; or

**(c)** the applicable Limit of Insurance.

**(2)** If no such contract exists we will not pay more than your financial interest in Personal Property of Others not to exceed:

**(a)** the Actual Cash Value of such property: or

**(b)** the applicable Limit of Insurance.

**(3)** At your option, we may adjust losses with the owners of lost or damaged property if other than you.  If we pay the owners:

**(a)** Such payments will only be for the account of the owner of the property and will satisfy your claims against us for the owners' property;

**(b)** We will not pay more than their financial interest in the property.

**(4)** We may elect to defend you against suits arising from claims of owners of property.  We will do this at our expense.

**h. "Stock"**

**(1) Manufactured Stock (including Selling Price)**

We will determine the value of "Stock" you have manufactured at the selling price less discounts and expenses you otherwise would have incurred. This also applies to component parts manufactured by others that will become a part of your finished product.

**(2) Mercantile Stock**

We will determine the value of "Stock", which you have purchased for resale and have sold but not delivered, at the selling price less discounts and expense you otherwise would have had.  This does not apply to "Stock" you have manufactured.

**(3) Stock in Process**

We will determine the value of "Stock" in process of manufacture at the replacement cost of the raw materials, plus labor expended and the proper proportion of overhead charges.

**(4) Commodity Stock**

For "Stock" that is bought and sold at an established market exchange, we will determine the value at:

**(a)** The posted market price as of the time and place of loss;

**(b)** Less discounts and expenses you otherwise would have had.

**i. "Tenant Improvements and Betterments"**

**(1)** If you do not repair or replace lost or damaged "Tenant Improvements and Betterments" within 2 years, we will pay the pro rata of the Actual Cash Value based on the duration of the lease and the installation date of the property.

**(2)** If others pay for repairs or replacement, we will not make loss payment to you.

**j. Transit**

We will determine the value of covered property in due course of transit at:

**(1)** The amount of invoice plus accrued costs, prepaid charges and charges since shipment; or

**(2)** In the absence of an invoice, the valuation provision otherwise applicable to that type of Covered Property as of the time of loss or damage.

**k. Vehicles**

**(1)** We will determine the value of covered vehicles and self-propelled machines, including aircraft, automobiles, contractor's equipment and watercraft on an Actual Cash Value basis. This also applies to coverage provided for trailers under the Non-Owned Detached Trailer Additional Coverage.

**(2)** New vehicles and machines you have manufactured will be subject to the valuation applicable to covered "Stock".

**4. Value Enhancements**

**a. Architect and Engineering Fees**

The value of Covered Property will include reasonable architect and engineering fees you incur in the course of repairing or reconstructing damaged property.

**b. Customs Duty, Sales Tax**

The value of Covered Property will include the cost of customs duties and sales taxes to repair or replace the property.

**c. Extended Warranties**

The value of Covered Property, that is a total loss during the policy period, will include the unused pro rata portion of non-refundable optional extended warranties or service contracts which you purchased for the damaged property prior to the covered loss or damage.

PROPERTY CHOICE



# PROPERTY CHOICE - SPECIAL BUSINESS INCOME COVERAGE FORM

### (BUSINESS INTERRUPTION)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay up to the Special Business Income Limit of Insurance stated in the Property Choice **-** Schedule of Premises and Coverages for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary interruption of your business operations during the Period of Restoration due to direct physical loss of or direct physical damage to property caused by or resulting from a Covered Cause of Loss at "Scheduled Premises" where a limit of insurance is shown for Special Business Income. If you are a tenant, this Coverage applies to that portion of the building which you rent, lease or occupy, and extends to common service areas and access routes to your area.

### Definitions

1. Business Income means:

   a. Net Income (Net Profit or Net Loss before income taxes), including Rental Income and Royalties, that would have been earned or incurred; and

   b. Continuing normal operating expenses incurred, including Payroll Expenses.

   c. For educational operations, Business Income also includes income from:

      (1) Tuition and related student fees including room, board, laboratories and other similar fees;

      (2) Bookstores;

      (3) Athletic events; or

      (4) Activity related to research grants.

   d. For manufacturing businesses, Net Income also includes the net sales value of production.

   e. For research and development operations, Business Income also includes awarded contract revenues, licensing fees, consulting fees, funding grants and progress (milestone) payments.

   f. As respects all insureds if you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

2. Extra Expense means the actual, necessary and reasonable expenses you incur during the Period of Restoration that you would not have incurred if there had been no direct physical loss of or direct physical damage to property caused by or resulting from a Covered Cause of Loss at "Scheduled Premises". We will pay Extra Expense (other than the expense to repair or replace property) to:

   a. Avoid or minimize the suspension of business and to continue operations at a "Scheduled Premises" or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

   b. Minimize the suspension of business if you cannot continue operations. We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

   c. Extra Expense Coverage does not apply to any expense related to any recall of products you manufacture, handle or distribute.

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

HFLCO0079

**3.** Interruption means the slowdown or cessation of any part of your business activities or the partial or total untenantability of the premises.

**4.** Payroll Expenses include:

  **a.** Payroll;

  **b.** Special compensation such as bonuses and other incentive compensation;

  **c.** Employee benefits, if directly related to payroll;

  **d.** FICA payments you pay;

  **e.** Union dues you pay; and

  **f.** Workers' compensation premiums.

**5.** **a.** Period of Restoration means the period of time that:

    **(1)** Begins at the time the Covered Cause of Loss occurred; and

    **(2)** Ends on the earlier of:

      **(a)** The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      **(b)** The date when business is resumed at a new permanent location.

    The expiration date of this policy will not cut short the Period of Restoration.

  **b.** For buildings under construction or undergoing additions or alterations, if the direct physical loss or direct physical damage delays the start of business operations, the Period of Restoration will begin the date business operations would have begun had the direct physical loss or direct physical damage not occurred.

  **c.** For educational institutions, the Period of Restoration ends on the earlier of:

    **(1)** The day before the opening of the next school term following the date the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    **(2)** The date when the school term is resumed at a new permanent location.

  **d.** Period of Restoration does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

    **(1)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants", except as covered in the "Pollutants and Contaminants" Clean Up Additional Coverage; or

    **(2)** Regulates the construction, use or repair, or requires the tearing down of any property, except as covered in the Ordinance or Law Additional Coverage.

**6.** Rental Income/Rental Value means Business Income that consists of:

  **a.** Net Income (Net Profit or Net Loss before income taxes) that would have been earned or incurred as income from tenant occupancy of the "Scheduled Premises" as furnished and equipped by you including fair rental value of any portion of the "Scheduled Premises" which is occupied by your tenants or you as a tenant; and

  **b.** Continuing normal operating expenses incurred in connection with that premises including:

    **(1)** Payroll Expenses; and

    **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

  **c.** If you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

**B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATION**

**1.** See Property Choice - Covered Causes of Loss and Exclusions Form.

**2.** The following **Exclusions** apply in addition to the **Exclusions** found in the Property Choice - Covered Causes of Loss and Exclusions Form attached to this Coverage Part:

  **a. Contract, Lease or License Cancellation**

  We will not pay for any increase of loss caused by or resulting from suspension, lapse or cancellation of any contract, lease or license (including consultation and funding grants).   But if such

suspension, lapse or cancellation is directly caused by a covered interruption of business operations, we will pay for such loss that affects your Business Income during the Period of Restoration and any extension of the Period of Restoration in accordance with the terms of the Extended Income Additional Coverage or the Future Earnings Additional Coverage.

**b. Manufactured "Stock"**

We will not pay for any loss caused by or resulting from damage or destruction of or the time required to reproduce "Stock" you have finished manufacturing.

**c. Satellite Communications**

We will not pay for any loss caused by or resulting from the disruption of communications or service to or from any satellite however caused. But this exclusion does not apply to land based satellite dishes.

**d. Strike Interference**

We will not pay for any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming business operations, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

**3. Limitation – Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a suspension of operations is caused by destruction or corruption of "Electronic Data", or any loss or damage to "Electronic Data".

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of operations caused by destruction or corruption of "Electronic Data", or any loss or damage to "Electronic Data".

**c.** This Additional Limitation does not apply when loss or damage to "Electronic Data" involves only "Electronic Data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

**D. DEDUCTIBLE**

We will not pay for the actual loss of Business Income you sustain in any one occurrence until the necessary interruption of your business operations exceeds the Waiting Period as stated in the Property Choice Schedule of Premises and Coverages or by Endorsement(s). We will not pay for the actual loss of Business Income you sustain in any one occurrence during such Waiting Period. No other deductible applies to Business Income coverage. No deductible or Waiting Period applies to Extra Expense.

**E. LOSS CONDITIONS**

The following Conditions apply in addition to the Common Policy Conditions and all of the Conditions as found in the Property Choice Conditions and Definitions Form:

**1. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Loss Determination**

**a. Business Income**

The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or direct physical damage occurred;

**(2)** The likely Net Income of the business if no physical loss or no physical damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

**(3)** The operating expenses, including payroll expenses, necessary to resume business operations with the same quality of service that existed just before the direct physical loss or direct physical damage, and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** **Extra Expense**

The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by business operations during the Period of Restoration if no direct physical loss or if no direct physical damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the Period of Restoration, once business operations are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance.

**(2)** All actual, necessary and reasonable expenses that reduce the Business Income loss otherwise incurred.

**3.** **Reductions in Amount We Pay**

**a.** We will reduce the amount of the Business Income loss payment to the extent you can resume your business operations, in whole or in part, by using:

**(1)** Damaged or undamaged property (including merchandise or "stock") at the insured premises or elsewhere;

**(2)** Any other available source of materials or other outlet for your products.

**b.** We will reduce the amount of Extra Expense loss payment to the extent you can return operations to normal and discontinue Extra Expenses.

**c.** If you do not resume business operations, or do not resume business operations as quickly as possible, we will pay based on the length of time it would have taken to resume business operations as quickly as possible.

**d.** We will reduce the amount of the Business Income loss payment to the extent that the reduction in volume of business income from the affected income channel is offset by an increase in the volume of business from other income channels.

PROPERTY CHOICE



# LEGAL LIABILITY - BUILDING COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay up to the applicable Legal Liability - Building Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages or in an endorsement attached to this Coverage Part for those sums that you become legally obligated to pay as damages because of direct physical loss or direct physical damage, including loss of use, to Covered Building Property caused by accident and arising out of a Covered Cause of Loss. We will have the duty to defend any suit seeking those damages. Suit includes an arbitration proceeding to which you must submit or submit with our consent. However, we have no duty to defend you against a suit seeking damages for direct physical loss or damage to which this insurance does not apply. We may investigate and settle any claim or suit at our discretion. But our duty to defend ends when we have used up the Legal Liability Building Limit of Insurance in the payment of judgments or settlements.

### 1. Covered Building Property

Covered Building Property means buildings or structures of others in your care, custody or control.

### 2. Covered Causes Of Loss

See the Property Choice - Covered Causes of Loss and Exclusions Form.

### 3. Additional Coverages

#### a. Supplementary Payments

We will pay, with respect to any claim or any suit against you that we defend:

**(1)** All expenses we incur.

**(2)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against you in the suit.

**(5)** Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

Payments under this Additional Coverage are in addition to the applicable Limit of Insurance.

#### b. Additional Insureds

Throughout this Coverage Form, if the Named Insured stated in the Property Choice Declarations is:

**(1)** A partnership or corporation, the words "you" and "your" include partners, executive officers, trustees, directors and stockholders of such partnership or corporation;

**(2)** A limited liability company, the words "you" and "your" include member and manager;

but only with respect to their duties as such.

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

HFICO0082

The existence of one or more Additional Insureds does not increase the Limit of Insurance.

**c. Newly Acquired Organizations**

Throughout this Coverage Form, the words "you" and "your" also include any organization (other than a partnership, joint venture or limited liability company) you newly acquire or form and over which you maintain ownership or majority interest if there is no other similar insurance available to that organization.

This Additional Coverage ends:

**(1)** 90 days after you acquire or form the organization; or

**(2)** At the end of the policy period stated in the Property Choice Declarations;

whichever is earlier.

This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before you acquired or formed the organization.

The existence of one or more Newly Acquired Organizations does not increase the Limit of Insurance.

**d. Newly Acquired Building Property**

**(1)** You may extend the insurance that applies to Covered Building Property, as used in this Coverage Form, to apply to your liability for Building property of others that comes under your care, custody or control after the beginning of the current policy period. This Additional Coverage is subject to all terms and Conditions of this Coverage Form.

The most we will pay as the result of any one accident for loss or damage to buildings covered under this Additional Coverage is $25,000 at each building.

**(2)** Insurance under this Additional Coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after the building property has come under your care, custody or control;

**(c)** You report values to us; or

**(d)** The property is more specifically insured.

We will charge you additional premium for values reported from the date the property comes under your care, custody or control.

**(3)** This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before the building property came under your care, custody or control.

**B. EXCLUSIONS AND LIMITATIONS**

**1.** See the Property Choice - Covered Causes of Loss and Exclusions Form.

**2.** The following additional exclusions apply to insurance under this Coverage Form:

**a. Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(1)** Your assumption of liability was executed prior to the accident; and

**(2)** The building is Covered Property under this Coverage Form.

**b. Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. LIMITS OF INSURANCE**

The most we will pay in damages as the result of any one accident is the applicable Limit of Insurance shown for Legal Liability – Building Limit of Insurance as shown in the Property Choice Schedule of Premises and Coverages or in an endorsement to this Coverage Part.

Payments under the Additional Coverages are in addition to the Limits of Insurance.

The existence of one or more:

**1.** Additional Insureds, or

**2.** Newly Acquired Organizations,

does not increase the Limit of Insurance.

**D. DEDUCTIBLE**

No deductible provision applies to this Coverage Form.

**E.   PROPERTY CHOICE CONDITIONS CHANGES**

For Coverage provided under this Coverage Form, the following changes are made to the Property Choice Conditions:

**1.   Duties In The Event Of Accident, Claim Or Suit**

The General Duties in Event of Loss Condition is replaced by the following:

**a.**   You must see to it that we are notified promptly of any accident that may result in a claim. Notice should include:

**(1)**   How, when and where the accident took place; and

**(2)**   The names and addresses of any witnesses.

Notice of an accident is not notice of a claim.

**b.**   If a claim is made or suit is brought against you, you must see to it that we receive prompt written notice of the claim or suit.

**c.**   You must:

**(1)**   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit;

**(2)**   Authorize us to obtain records and other information;

**(3)**   Cooperate with us in the investigation, settlement or defense of the claim or suit; and

**(4)**   Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to you because of damage to which this insurance may also apply.

**d.**   You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**2.   Legal Action Against Us**

The **Legal Action Against Us General Condition** is replaced by the following:

No person or organization has a right under this Coverage Form:

**a.**   To join us as a party or otherwise bring us into a suit asking for damages from you; or

**b.**   To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**3.   Transfer Of Rights (Subrogation)**

The **Transfer of Rights of Recovery Against Others To Us General Condition** is replaced by the following:

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. You must do nothing after loss to impair them. At our request, you will bring suit or transfer those rights to us and help us enforce them.

**F.   ADDITIONAL CONDITIONS**

The following conditions are added and apply in addition to the Common Policy Conditions, and the Property Choice Conditions:

**1.   Bankruptcy**

Bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Coverage Form.

**2.   Separation Of Insureds**

The insurance under this Coverage Form applies separately to you and each additional insured, except with respect to the Limits of Insurance.

PROPERTY CHOICE



# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERED CAUSES OF LOSS

Covered Causes of Loss means direct physical loss or direct physical damage that occurs during the Policy Period and in the Coverage Territory unless the loss or damage is excluded or limited in this policy.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

    **a. Acts, Errors or Omissions**

    Acts, errors or omissions by you or others, whether before or after the acquisition of any Covered Property, in any of the following activities:

    **(1)** Planning, zoning, developing, surveying, testing or siting property;

    **(2)** Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris; or

    **(3)** Any of the following as to any part of land, buildings, roads, water or gas mains, sewers, drainage ditches, levees, dams, other structures or facilities, or to or for any Covered Property:

    **(a)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; or

    **(b)** Furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction.

    The Acts, Errors or Omissions Exclusion applies whether or not the property or facilities described above are Covered Property under this policy or on or away from a "Scheduled Premises".

    But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage" results, we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler Leakage".

    **b. Animals**

    We will not pay for loss or damage to animals unless caused by a "Specified Cause of Loss". All other loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

    **c. Collapse**
    **(Related to Earth Movement or Flood)**

    Collapse, cracking, separating, shrinking, bulging, expansion, shifting, rising, settling, sinking, lateral movement or other movement, or other loss or damage to buildings or structures, including concrete or paved surfaces, which would not have occurred but for Earth Movement or Flood.

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

HFIC00086

**d. Earth Movement**

**(1)** Earthquake, meaning a shaking or trembling of the earth's crust, including tremors and aftershocks, resulting in breaking, shifting, rising, settling, sinking or lateral movement or other movement, including any related earth sinking, rising or shifting;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine Subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than "Sinkhole Collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other part of buildings or structures. Soil conditions include contraction, expansion, freezing, thawing, erosion, improper compaction of soil and the action of water under the ground surface.

This Exclusion applies regardless of whether any of the above is caused by weather, an act of nature or by an artificial, man-made or other cause.

But if direct physical loss or direct physical damage to Covered Property by fire or explosion results, we will pay for the resulting loss or damage caused by that fire or explosion.

**e. Water**

**(1)** Flood, which means surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man-made body of water from its boundaries, all whether driven by wind or not (including storm surge).

**(2)** Mudslide or mudflow, directly or indirectly caused by flooding or the accumulation of water under the ground.

**(3)** Water or other material that backs up or overflows from any sewer, septic tank, sump or drain.

**(4)** Release of water held by a dam, levee or dike, or by a water or flood control device.

**(5)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

**(6)** Waterborne material or other property carried or otherwise moved by any of the water referred to in Paragraphs **(1)**, **(3)** or **(4)**, or by mudslide or mudflow.

But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage" results, we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler Leakage".

This Exclusion applies regardless of whether any of the above, in Paragraphs **(1)** though **(6)**, is caused by weather, an act of nature or by an artificial, man-made, or other cause.

**f. "Fungus", Wet Rot, Dry Rot, Bacteria or Virus**

Presence, growth, proliferation, spread or any activity of "fungus," wet rot, dry rot, bacteria or virus.

But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss".

This Exclusion does not apply:

**(1)** When "fungus," wet rot, dry rot, bacteria or virus results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage(s) - "Fungus", Wet Rot, Dry Rot, Bacteria or Virus - Limited Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

**g. Governmental Action**

**(1)** Seizure or destruction of property by order of governmental authority.

**(2)** But we will pay for direct physical loss or direct physical damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**(3)** This Exclusion does not apply to coverage as provided under the Ordinance or Law Additional Coverage(s).

**h. Electronic Vandalism or Corruption of "Electronic Data" or Corruption of "Computer Equipment"**

Electronic Vandalism or Corruption of "Electronic Data" or Corruption of "Computer Equipment" which means:

**(1)** A virus, malicious code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

**(2)** Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as "theft";

**(3)** Errors or omissions in programming or processing "electronic data";

**(4)** Errors or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including "electronic data");

**(5)** Manipulation of your computer system, including "electronic data", by an employee, volunteer worker or contractor, for the purpose of diverting or destroying "electronic data" or causing fraudulent or illegal transfer of any property;

**(6)** Interruption in normal computer function or network service or function due to insufficient capacity to process transactions or to an overload of activity on the system or network;

**(7)** Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including "electronic data" and the inability to access or properly manipulate the "electronic data";

**(8)** Complete or substantial failure, disablement or shutdown of the Internet, regardless of the cause;

**(9)** The inability of a computer system to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

**i. Nesting or Infestation**

**(1)** We will not pay for loss or damage caused by, resulting from, or arising out of nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(2)** If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**(3)** This Exclusion does not apply to:

**(a)** "Computer Equipment", "Computer Media and Data" and "Valuable Papers"; and

**(b)** Accounts Receivable and Fine Arts Additional Coverages.

**j. Nuclear Hazard**

**(1)** Nuclear reaction, nuclear radiation or radioactive contamination, however caused, whether intentional or unintentional. This includes, but is not limited to, the release, dispersal or application of radioactive material, or the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination or radioactive force.

**(2)** When state standard fire policy law requires that we cover any resulting fire damage, we will pay only for the resulting damage caused by that resulting fire. We will pay only the Actual Cash Value for the damaged property. Therefore, we will not pay for any indirect or related loss(es), such as business income, extra expenses, legal liability, or leasehold interest loss(es).

**k. Ordinance or Law**

**(1)** The enforcement of, or compliance with, any ordinance or law:

**(a)** Regulating the construction, use or repair of any property; or

**(b)** Requiring the tearing down of any property, including the cost of removing its debris.

**(2)** This Exclusion applies whether the loss results from:

  **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

  **(b)** The increased costs incurred to comply with an ordinance or law while in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**l.  Pathogenic or Poisonous Biological or Chemical Materials**

  **(1)** The deliberate or intentional dispersal or application of any pathogenic or poisonous biological or chemical materials.

  **(2)** But if direct physical loss or direct physical damage to Covered Property by fire results, we will pay for the resulting loss or damage caused by that fire.

**m.  "Pollutants and Contaminants"**

  **(1)** Discharge, dispersal, seepage, migration, release or escape of "Pollutants and Contaminants".

  **(2)** But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss".

  **(3)** This Exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is itself caused by a "Specified Cause of Loss".

  **(4)** This Exclusion does not apply to:

  **(a)** "Computer Equipment" and "Valuable Papers";

  **(b)** Accounts Receivable, Business Travel, Exhibitions, Fine Arts and Transit Additional Coverages; or

  **(c)** The accidental or malicious application of chemicals to glass that is a part of a building, structure or showcase.

**n.  Utility Services Interruption**

  The failure of power, communication, water or other utility service supplied to a "Scheduled Premises" if the failure:

  **(1)** Originates away from a "Scheduled Premises"; or

  **(2)** Originates at a "Scheduled Premises", but only if such failure involves equipment used to supply the utility service to the "Scheduled Premises" from a source away from the "Scheduled Premises".

  Failure of any utility service includes lack of sufficient capacity and reduction in supply.

  Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

  Communication services include but are not limited to service relating to internet access or access to any electronic, cellular or satellite network.

  But if the failure of power, communication, water or other utility service supplied to the insured premises results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss to Covered Property.

  **(3)** This Exclusion does not apply to:

  **(a)** "Valuable Papers",

  **(b)** Accounts Receivable and Fine Arts Additional Coverages; and

  **(c)** Coverage provided under the Utility Service Additional Coverage(s).

**o.  War and Military Action**

  **(1)** War, including undeclared war;

  **(2)** Hostile or warlike action, in time of peace or war, including action in hindering, combating or defending against an actual or expected attack; by any of the following:

  **(a)** Government or sovereign power (including quasi and de facto forms), or by any authority maintaining or using military, naval or air forces;

  **(b)** Military, naval or air forces; or

  **(c)** An agent of any such government, power, authority or forces.

  **(3)** Invasion, insurrection, rebellion, revolution, civil war, usurped power, including action in hindering,

combating or defending against any such actual or expected event by any government, power, authority, forces or agents described in Paragraph **(2)(a)-(c)**.above.

Exclusions **B.1.a.** through **B.1.o.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   a. **Artificially Generated Electrical, Magnetic or Electromagnetic Energy**

   Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network.

   For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   (1) Electrical current, including arcing;

   (2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

   (3) Pulse of electromagnetic energy; or

   (4) Electromagnetic waves or microwaves.

   But if direct physical loss or direct physical damage to Covered Property by fire results, we will pay for the resulting loss or damage caused by that fire.

   b. **Accounting Errors**

   Errors or omissions in accounting, arithmetic, bookkeeping, or billing.

   c. **Change of Temperature, Dampness or Dryness**

   (1) Dampness or dryness of atmosphere; or

   (2) Changes in or extremes of temperature.

   But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

   (3) This Exclusion does not apply to:

   (a) "Computer Equipment" and "Valuable Papers";

   (b) Accounts Receivable and Fine Arts Additional Coverages; and

   (c) Coverage provided for Spoilage under the Equipment Breakdown - Additional Coverage.

   d. **Delay, Loss of Use or Loss of Market**

   We will not pay for loss or damage caused by, resulting from, or arising out of delay, loss of use, or loss of market.

   e. **Dishonest Acts**

   Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees, or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

   This Exclusion:

   (1) Applies whether or not an act occurs during your normal hours of operation;

   (2) Does not apply to:

   (a) Acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered; or

   (b) Property entrusted to carriers for hire.

   f. **Docks, Piers, Wharves**

   (1) Action of water or ice to bulkheads, docks, piers, seawalls, wharves, or property on such structures.

   (2) But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

   g. **Loss Due To By-Products of Production or Processing Operations**

   (1) We will not pay for loss or damage to "Scheduled Premises", caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the "Scheduled Premises". This

exclusion applies regardless of whether such operations are:

**(a)** Legally permitted or prohibited;

**(b)** Permitted or prohibited under the terms of the lease; or

**(c)** Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**(2)** If the loss or damage described in Paragraph **(1)** results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this policy, or under any other business interruption insurance if provided under this policy.

**(3)** The conduct of an insured or tenant production or processing operations will not be considered to be vandalism of the premises regardless of whether such operations are:

**(a)** Legally permitted or prohibited;

**(b)** Permitted or prohibited under the terms of a lease; or

**(c)** Usual to the intended occupancy of the premises.

**h. Mechanical Breakdown**

Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the direct physical loss or direct physical damage caused by that elevator collision.

**i. Missing Property**

Disappearance of property when there is no clear evidence to show what happened to it.  This would include a shortage disclosed on taking inventory or auditing records.  This Exclusion does not apply to property in the custody of a carrier for hire.

**j. Neglect to Protect Property**

Neglect to use all reasonable means to save and preserve property from further damage at and after time of the direct physical loss or damage.

**k. Rain, Snow, Ice, Sleet to Property in the Open**

Rain, snow, ice or sleet to personal property while in the open.  This Exclusion

does not apply to property in the custody of a carrier for hire.

**l. Settling, Cracking to Buildings or Structures**

**(1)** Settling, cracking, shrinking or expansion of buildings or structures, bridges, roadways, walks, patios or concrete or paved surfaces.

**(2)** But if direct physical loss or damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**m. Smoke (Agricultural or Industrial)**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**n. Steam Explosions**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**o. Testing**

**(1)** A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

**(2)** An insulation breakdown test of any type of electrical equipment.

**(3)** But if direct physical loss or damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss."

**p. Theft of Laptops as Checked Baggage**

"Theft" of laptop, palmtop and similar portable equipment while as checked baggage.

**q. Unauthorized Transfer of Property**

Unauthorized transfer of property that has been transferred to any person or to any place outside your premises on the basis of unauthorized instructions.

**r. Voluntary Parting**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.f.** But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, or change in color, texture, or finish;

**b.** Rust, corrosion, decay, or deterioration;

**c.** Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**d.** Maintenance;

**e.** Smog; or

**f.** Shrinkage, evaporation, or loss of weight of "Stock".

**C. Limitations**

The following limitations apply to all policy forms and endorsements:

We will not pay for loss of or damage to property, as described and limited below.  In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited below.

**1.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**2.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**3.** The interior of any building or structure, or personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**a.** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**b.** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**D. Additional Coverage - Equipment Breakdown**

The definition of Covered Causes of Loss includes Equipment Breakdown Accident to Equipment Breakdown Property, as defined and limited below:

**1. Equipment Breakdown**

**a.** Equipment Breakdown Accident means direct physical loss or direct physical damage as follows:

**(1)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(2)** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

**(3)** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**(4)** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**(5)** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**b.** Equipment Breakdown Property means property:

**(1)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**(2)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

Equipment Breakdown Property may utilize conventional design and technology or new or newly commercialized design and technology.

**c.** The following is not Equipment Breakdown Property:

**(1)** Any structure, foundation, cabinet, or compartment;

**(2)** Any insulating or refractory material;

**(3)** Any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(4)** Any draglines, excavation or construction equipment;

**(5)** Any equipment manufactured by you for sale;

**(6)** Any satellite, or any equipment mounted on a satellite; or

**(7)** Any vehicle or any equipment mounted on a vehicle. As used here, vehicle means any machine or apparatus that is used for transportation or moves under its own power. Vehicle includes, but is not limited to, car, truck, bus, trailer, train, aircraft, spacecraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a "Scheduled Premises" and that receives electrical power from an external power source will not be considered a vehicle.

**d.** **Limit of Insurance**: The most we will pay in any one Equipment Breakdown Accident to Equipment Breakdown Property is the lesser of the applicable Limit of Insurance for:

**(1)** Building and Business Personal Property or Business Interruption as shown in the Property Choice Schedule of Premises and Coverages or

**(2)** Equipment Breakdown Limit of Insurance as shown in the Property Choice Schedule of Premises and Coverages.

**2.** **Equipment Breakdown Coverage Extensions**

The following Coverage Extensions apply to loss or damage to Covered Property caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property:

**a.** **CFC Refrigerants**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had no refrigerant containing CFC (chlorinated fluorocarbon) substances been involved in the Equipment Breakdown Accident.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the CFC Refrigerants Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages, but not more than the least amount to:

**(1)** Repair the damaged property and replace any lost CFC refrigerant;

**(2)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(3)** Replace the system with one using a non-CFC refrigerant.

This Coverage Extension is included within the Covered Property Limit of Insurance.

**b.** **Hazardous Substances**

We will pay for the additional costs to repair or replace Covered Property beyond what would have been necessary had the Equipment Breakdown Accident not caused contamination by a Hazardous Substance. This includes the additional expenses to clean up or dispose of such property.

As used in this Coverage Extension, Hazardous Substance means any substance that has been declared to be hazardous to health by a governmental agency.

The most we will pay for each occurrence of covered loss or damage under this Coverage Extension is the Hazardous Substances Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages.

This Coverage Extension is included within the Covered Property Limit of Insurance.

**c.** **Spoilage**

We will pay for your loss of perishable goods due to:

**(1)** Spoilage; or

**(2)** Contamination caused by the release of refrigerants, including but not limited to ammonia; caused by or resulting from an Equipment Breakdown Accident to Equipment

Breakdown Property located at the premises.

We will not pay for loss or damage as a result of your failure to use all reasonable means to protect the perishable goods from damage following an Equipment Breakdown Accident.

We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

If you are unable to replace the perishable goods before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the perishable goods at the time of the Equipment Breakdown Accident, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

As used in this Coverage Extension, perishable goods means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

The most we will pay for in any one occurrence under this Coverage Extension is the Spoilage Limit of Insurance as stated in the Property Choice Schedule of Premises and Coverages.

This is included within the Covered Property Limit of Insurance.

**d.  Expediting Expenses**

**(Related to Equipment Breakdown)**

**(1)** In the event of a loss or damage caused by or resulting from an Equipment Breakdown Accident to Equipment Breakdown Property at "Scheduled Premises", "Newly Acquired Premises", and "Unnamed Premises", we will pay for the reasonable and necessary additional expenses you incur to:

**(a)** Make temporary repairs;

**(b)** Expedite permanent repair or replacement of damaged property; or

**(c)** Provide training on replacement machines or equipment.

**(2)** This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

**(3)** The most we will pay under this Coverage Extension is the applicable limit of insurance as shown in Property Choice Schedule of Premises and Coverages - Causes Of Loss – Additional Coverage - Equipment Breakdown Expediting Expenses. This is an additional amount of insurance.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAUSES OF LOSS - EARTHQUAKE

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A. COVERED CAUSES OF LOSS**

When Causes of Loss – Earthquake is added to the Property Choice Coverage Part, Covered Causes of Loss is revised to include for designated "Scheduled Premises" and applicable coverages as indicated in the Property Choice Schedule of Premises and Coverages:

Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground tectonic forces resulting in breaking, shifting, rising, settling, sinking or lateral movement or other movement.

All earthquake shocks that occur within any 168-hour period will be deemed to be a single Earthquake occurrence.  The expiration of this policy will not reduce the 168-hour period.

**B. EXCLUSIONS**

1. Earthquake does not apply as a Covered Cause of Loss to the following Additional Coverages found in the Property Choice Specialized Property Insurance Coverage(s) forms and/or any applicable Business Interruption Additional Coverages Form:

   **a.** Dependent Properties;

   **b.** Newly Acquired Premises, except as provided by this endorsement;

   **c.** Unnamed Premises; or

   **d.** Utility Service Interruption.

2. We will not pay for loss or damage caused directly or indirectly by Flood, as defined by the Flood Exclusion found in the Property Choice Covered Causes of Loss and Exclusions Form, even if attributable to an Earthquake.

3. This Coverage does not apply to any Earthquake occurrence that began prior to the inception of this Endorsement.

4. Under this Coverage Part, as set forth under Property Not Covered in the Property Choice Coverage Form to which this endorsement is attached, land is not covered property. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

5. Earthquake coverage as provided by this endorsement does not apply to the following Coverage Forms even if these Coverage Forms are attached to the Property Choice Coverage Part:

   **a.** Legal Liability - Building Coverage Form, PC 00 30.

   **b.** Mortgageholders Errors and Omissions Coverage Form, PC 00 40.

   **c.** 12 Month Business Income and Expense Coverage Form, PC 00 23.

**C. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the applicable Deductible shown in the Property Choice Schedule of Premises and Coverages or by endorsement. We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance.

**D. LIMITS OF INSURANCE**

The following is added to section **C.** Limits of Insurance of the Property Choice Coverage Form

The most we will pay for loss or damage caused by any Earthquake is:

1. The Earthquake "Policy Year" Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages is the most we will pay for all Earthquake loss or damage that occurs during any one "Policy Year", regardless of the number of premises

**Form PC 10 20 01 13**

© 2013 The Hartford

HFD-C00095

**Page 1 of 2**

covered under this policy, or the number of occurrences during the "Policy Year". Any amounts payable under any Coverage or Additional Coverage contained in this Coverage Part do not increase that Limit of Insurance except for Newly Acquired Property, as contained in this endorsement.

2. If two or more Earthquake "Policy Year" limits of Insurance are shown in the Property Choice Schedule of Premises and Coverages, the most we will pay under this policy in total in any one "Policy Year" is the largest Earthquake "Policy Year" limit of insurance even if the loss or damage involves more than one Earthquake "Policy Year" limit of insurance.

3. The Earthquake "Policy Year" Limit of Insurance as stated in the Property Choice Schedule of Premises and Coverages is a part of and is included in the Limit of Insurance which applies to your "Scheduled Premises" as stated in the Property Choice Schedule of Premises and Coverage. The Earthquake "Policy Year" Limit of Insurance is not an additional Limit of Insurance.

4. If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion, in the Property Choice Covered Causes of Loss and Exclusions Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay, for the total of all loss or damage caused by the Earthquake and other Covered Cause of Loss, is the Limit of Insurance applicable to such other Covered Cause of Loss. We will **not** pay the sum of the two Limits.

5. The most we will pay for loss or damage for Newly Acquired Premises under this endorsement is $250,000 in any one "Policy Year".

Insurance for each newly acquired premise you acquire by purchase or lease will end when any of the following first occurs:

a. This policy expires;

b. 180 days expire after you acquire the property;

c. You report values to us; or

d. The property is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property

**PROPERTY CHOICE**



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CAUSES OF LOSS - FLOOD

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A. COVERAGE**

Flood is added as a Covered Cause of Loss applicable to the coverages provided under the Property Choice Coverage Part as stated in the Property Choice Schedule of Premises and Coverages. This Cause of Loss applies only to "Scheduled Premises" as shown in the Property Choice Schedule of Premises and Coverages.

Flood means:

1. Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not; or

2. Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

3. Water under the ground surface pressing on, or flowing or seeping through:

   **a.** Foundations, walls, floors or paved surfaces;

   **b.** Basements, whether paved or not; or

   **c.** Doors, windows or other openings.

4. Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **1.** or **3.** above regardless of the proximity of the back-up to such conditions.

All flooding in a continuous or protracted event will constitute a single flood.

**B. EXCLUSIONS**

1. Flood does not apply as a Covered Cause of Loss under the following Additional Coverages found in the Property Choice Specialized Property Insurance Coverages Forms and/or any applicable Business Interruption Additional Coverage Forms:

   **a.** Dependent Properties;

   **b.** Newly Acquired Premises, except as provided by this endorsement;

   **c.** Unnamed Premises; or

   **d.** Utility Service Interruption.

2. The following items of property are not Covered Property under this Endorsement, whether or not they are Covered Property:

   **a.** Bulkheads, pilings, seawalls, docks, piers, wharves, retaining walls (whether or not attached to covered buildings), fences, and outdoor swimming pools.

   **b.** Open structures located on or partially over water.

   **c.** Personal property in the open or in open buildings or structures.

   **d.** Underground structures or underground equipment, and those portions of walls, driveways and other paved or poured surfaces outside the foundation walls of a covered structure.

   **e.** Structures which are primarily containers and their contents including storage tanks or similar equipment.  But we will pay for loss of or damage to silos and grain storage buildings and their contents.

   **f.** Any building or other property that is not eligible for flood insurance pursuant to the provisions of the Coastal Barrier Resources Act, 16 U.S.C. 3501 *et seq.* and the Coastal Barrier Improvement Act of 1190, Pub. L. 101-591, 16 U.S.C. 3501 *et seq.*

3. This Coverage does not apply to any Flood that began before the inception of this insurance.

4. Flood coverage as provided by this endorsement does not apply to the following Coverage Forms even if these Coverage Forms are attached to the Property Choice Coverage Part:

**Form PC 10 40 01 13**

© 2015 The Hartford

**Page 1 of 3**

HF|CN0097

**a.** Legal Liability - Building Coverage Form, PC 00 30

**b.** Mortgageholders Errors and Omissions Coverage Form, PC 00 40.

**c.** Property Choice - 12 Month Business Income and Expense Coverage Form, PC 00 23.

**5.** To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion, does not apply.

## C. DEDUCTIBLE

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage for all coverages exceeds the applicable deductible shown in the Property Choice Schedule of Premises and Coverages. This deductible applies to all coverages including but not limited to Business Income and Extra Expense if such coverages are provided under this Coverage Part. We will then pay the amount of loss or damage in excess of the deductible, up to the applicable Limit of Insurance.

**2.** If an hourly deductible is stated in the Property Choice Schedule of Premises and Coverage as applicable to Flood, then that hourly deductible is the only deductible that will apply to the Business Income loss caused by or resulting from Flood.

**3.** We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

**4.** If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

## D. LIMITS OF INSURANCE

**1.** The Flood "Policy Year" Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages is the most we will pay for all Flood loss or damage that occurs during any one "Policy Year", regardless of the number of premises covered under this policy, or the number of occurrences during the "Policy Year". Any amounts payable under any Coverage or Additional Coverage contained in this Coverage Part do not increase that Limit of Insurance except for Newly Acquired Property, as contained in this endorsement.

**2.** If two or more Flood "Policy Year" limits of Insurance are shown in the Property Choice Schedule of Premises and Coverages, the most we will pay under this policy in total in any one "Policy Year" is largest Flood "Policy Year" limit of insurance even if the loss or damage involves more than one Flood "Policy Year" limit of insurance.

**3.** The Flood "Policy Year" Limit of Insurance as stated in the Property Choice Schedule of Premises and Coverages is a part of and is included in the Limit of Insurance which applies to your "Scheduled Premises" as stated in the Property Choice Schedule of Premises and Coverage. The Flood "Policy Year" Limit of Insurance is not an additional Limit of Insurance.

**4.** In the event of covered ensuing loss, for example, loss caused by fire, explosion or sprinkler leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by flood, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and Flood Limits.

**5. Excess of Loss Limitation**

If EXCESS OF LOSS LIMITATION APPLIES is stated in the Property Choice Schedule of Premises and Coverages at a "Scheduled Premises" and if the flood loss is also covered under a National Flood Insurance Program (NFIP) policy, or if the property is eligible to be written under an NFIP policy but there is no such policy in effect, then we will pay only for the amount of loss in excess of the maximum limit that can be insured under that policy. This provision applies whether or not the maximum NFIP limit was obtained or maintained, and whether or not you can collect on the NFIP policy. We will not, under any circumstances, pay more than the applicable Limit of Insurance for Flood as stated in the Property Choice Schedule of Premises and Coverage.

This provision does not apply to loss which cannot be covered under provisions of the above Act or amendments. If we pay for loss subject to this provision, the benefit of any recovery or salvage on such loss is ours to the extent of our payment.

**6. Newly Acquired Premises**

The most we will pay for loss or damage for Newly Acquired Premises under this endorsement is $250,000 which applies to all such loss or damage in any one "Policy Year" regardless of the number of premises covered under this policy, or the number of occurrences during the "Policy Year". Insurance for each newly acquired property you acquire will end when any of the following first occurs:

**a.** This policy expires;

**b.** 180 days expire after you acquire the property;

**c.** You report values to us; or

**d.** The property is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

**E. ADDITIONAL COVERAGE- DEBRIS REMOVAL**

With respect to Flood Coverage, the Debris Removal Additional Coverage (and any additional limit for Debris Removal under a Limit of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**Debris Removal**

**1.** We will pay your expense to remove debris of Covered Property and other debris that is on the "Scheduled Premises", when such debris is caused by or results from Flood.

However, we will not pay to remove deposits of mud or earth from the grounds of the "Scheduled Premises".

**2.** We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the "Scheduled Premises" by Flood.

**3.** This coverage for Debris Removal, as set forth in **E.1.** and **E.2.** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property (and if applicable Business Income or Extra Expense) is the Limit of Insurance for Flood that applies to the affected "Scheduled Premises" covered under this endorsement.

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAUSE OF LOSS - ELECTRONIC VANDALISM

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A. COVERED CAUSE OF LOSS**

  **1. Electronic Vandalism**

  a. Electronic Vandalism, as defined and limited below, is added as a Covered Cause of Loss.

  b. We will not pay for any Business Income loss or Rental Income loss caused by Electronic Vandalism that you sustain during the 6 hours (unless a different Waiting Period for Electronic Vandalism is indicated in the Property Choice Schedule of Premises or Coverages or by endorsement) that immediately follow the time when you first discovered the Electronic Vandalism. This Waiting Period serves as a deductible. No other deductible applies to Business Income or Rental Income coverage. This Waiting Period does not apply to Extra Expense.

  c. Electronic Vandalism as used in this Cause of Loss means:

    (1) The willful or malicious alteration, manipulation or destruction of "Electronic Data" whether or not there has been any physical loss or physical damage to "Electronic Data"; or

    (2) The addition of a virus, malicious code or similar instruction that disrupts the normal operation of "Computer Equipment" whether or not there has been any physical loss or physical damage to "Computer Equipment" or "Electronic Data".

  **2. Denial of Service - Business Income, Rental Income or Extra Expense**

  Denial of Service Attack, as defined and limited below, is added as a Covered Cause of Loss with respect to the following coverages, if applicable: Business Income, Rental Income and Extra Expense. Denial of Service Attack means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

  This Coverage applies to Denial of Service Attacks:

  a. That originate anywhere in the world; and

  b. Whether or not there has been any physical loss or physical damage to "Electronic Data".

  c. We will not pay for any loss of Business Income or Rental Income that you sustain during the 12 hours (unless a different Waiting Period for this Coverage is indicated in the Property Choice Schedule of Premises or Coverages or by endorsement) that immediately follow the time when you first discovered the Denial of Service Attack. This Waiting Period serves as a deductible. No other deductible applies to Business Income or Rental Income coverage. This Waiting Period does not apply to Extra Expense.

  d. The most we will pay for the sum of all loss in any one occurrence due to Denial of Service Attack is $25,000.

  **3. Good Faith Advertising Expense**

  a. If we make payment for loss or damage caused by or resulting from Denial of Service or Electronic Vandalism as provided under the Denial of Service Attack, Electronic Vandalism or Web Site and Internet Services Coverages, we will pay for the reasonable advertising expenses you incur solely to regain customer good faith.

  b. The most we will pay for the sum of all reasonable advertising expenses under this provision in any one "Policy Year" is $25,000.

  **4. Electronic Extortion Demand**

  a. We will reimburse ransom monies paid by you resulting from a covered electronic

© 2016 The Hartford

HFI CN0100

extortion demand. Ransom monies mean money that you have surrendered to meet an actual electronic extortion demand which is first made during the "Policy Year". Electronic extortion demand means the introduction of malware into your computer system that causes the loss of use, of, inability to access, or inability to manipulate electronic data or the non-functionality of any computer processing equipment coupled with a demand of ransom monies for the subsequent removal of the malware from your computer system. All demands for the same malware attack will be deemed to constitute a single electronic extortion demand.

**b.** We will not pay any ransom monies:

**(1)** In connection with any claim for reimbursement for, based upon, arising from or in any way related to any fraudulent, dishonest or criminal acts by you, or any person authorized by you to have custody of ransom monies.

**(2)** Due to confiscation or expropriation of ransom monies by any governmental authority.

**(3)** Due to your failure to realize income.

**(4)** Due to your failure to comply with any of the following **Additional Conditions:**

**(a)** You shall give oral or written notice of an electronic extortion demand as soon as practicable to us;

**(b)** You shall make every reasonable effort to notify the police or other law enforcement agency having jurisdiction over such occurrence and comply with such agencies' recommendations and instructions;

**(c)** You shall determine, and aid in determining, that the electronic extortion demand is genuine and has actually occurred;

**(d)** You shall use all reasonable efforts not to disclose the existence of this Additional Coverage or any payments made hereunder;

**(e)** You shall use all due diligence and do all things reasonably practicable to avoid or diminish any payment; and

**(f)** You shall furnish to us affirmative proof of payment with full particulars of the loss sustained.

**c.** The most we will pay in total in any one "Policy Year" for all electronic extortion demands regardless of the number of electronic extortion demands made in any one "Policy Year" is $10,000. This is the only Limit of Insurance that applies to Electronic Extortion Demand. This Limit of Insurance is included in and not in addition to the limit(s) of insurance applicable to Electronic Vandalism.

## B. VALUATION

**1.** Loss or damage to "Electronic Data" will be valued at your incurred cost of restoration or replacement, including the cost of data entry, reprogramming and computer consultation services. But we will not pay the cost to duplicate research that led to the development of your "Electronic Data" or any proprietary or confidential information or intellectual property in any form. To the extent that "Electronic Data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "Electronic Data" was stored, with blank media of substantially identical type.

**2.** If you recover from a licenser, lessor or any other party for loss or damage to "Electronic Data", our loss payment to you will be reduced by the amount of such recovery.

## C. LIMIT OF INSURANCE

**1.** Regardless of the number of coverages applicable, the most we will pay for all loss or all damage caused by or resulting from Electronic Vandalism in any one occurrence is the applicable Limit of Insurance for Electronic Vandalism as stated in the Property Choice Schedule of Premises and Coverages, except as provided in **2.** below.

**2.** The Limits of Insurance applicable to Web Site and Internet Services - Business Income, Rental Income or Extra Expense, Good Faith Advertising Expense and Electronic Extortion Demand are in addition to the limit of insurance applicable to Electronic Vandalism Limit of Insurance.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FOOD CONTAMINATION COSTS

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE SPECIAL BUISNESS INCOME COVERAGE FORM**

The following Additional Coverage is added:

**A. Food Contamination Costs**

We will pay the actual loss of Business Income you sustain and Extra Expenses, as defined and limited below, if your business operations are ordered by a governmental authority to be suspended due to the discovery of or the suspicion of food contamination at a "scheduled premises" during the policy period.

1. Business Income Coverage begins at the time you were notified by the governmental authority to suspend your business operations at a "scheduled premises" and ends when the notification to resume your business operations at that same "scheduled premises" is given from the same governmental authority.

2. Food contamination as used in this endorsement means an incidence of food poisoning to one or more of your patrons that is caused by or results from:

    **a.** Tainted food you purchased, improperly stored, handled or prepared; or

    **b.** A communicable disease that was transmitted by you or one or more of your employees.

3. Governmental authority as used in this endorsement means the entity having jurisdiction over your operations relating to health and hygiene standards necessary to protect the general public.

4. Extra Expense coverage as provided in this endorsement means and is limited to the following costs:

    **a.** The cost to clean and sanitize your equipment as required by the governmental authority;

    **b.** The cost to replace food which is or is suspected of being contaminated; and

    **c.** The cost of necessary medical tests or inoculations for your employees to prevent the spread of identified or suspected communicable diseases to your patrons through the ingestion of your food product.

**B.** The most we will pay under this Additional Coverage for the actual loss of Business Income you sustain and Extra Expenses as defined and limited in this endorsement, regardless of the number of patrons or "scheduled premises" involved in any one order by a governmental authority, is $25,000.

We will not pay:

1. Any fines, penalties or any other costs, levied against you by any governmental authority as the result of the order of suspension due to the discovery of or the suspicion of food contamination at your "scheduled premises".

2. Any product recall costs or expenses.

**C.** We will pay up to $2,500 for advertising costs to regain customers following the notification to resume "operations" at that same "scheduled premises" by the governmental authority. Advertising cost coverage ends 30 days after the government authority provides you with the notification to resume your business operations at that same "scheduled premises" where the food contamination occurred. This advertising expense is an additional amount of insurance.

© 2008, The Hartford
H51C00102

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CLOUD COMPUTING COVERAGE

This Endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE PART

**A.** Property Choice - Specialized Property Insurance Coverages endorsement is revised as follows:

**1. LOSS OF OR DAMAGE TO ELECTRONIC DATA AT CLOUD COMPUTING FACILITY**

**a.** The following is added to Section A. Additional Coverages - Unnamed Premises:

We will pay for loss or damage to your "Electronic Data" caused by or resulting from a Covered Cause of Loss while at a Cloud Computing facility located anywhere in the world. A Cloud Computing facility means a facility operated by a Cloud Computing provider with whom you have a written contract.

**b.** With respect to the coverage provided under this Cloud Computing provision:

**(1)** Unnamed Premises includes the premises of a Web Site, Communications or Internet Services provider.

**(2)** The Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**(3)** This is the only insurance that applies to loss or damage to your "Electronic Data" at Cloud Computing facilities.

**2. LIMIT OF INSURANCE**

The most we will pay for loss or damage in any one occurrence regardless of the types or number of Cloud Computing facilities involved is the Limit of Insurance shown in the applicable Property Choice - Specialized Property Insurance Coverages endorsement: Additional Coverage: Unnamed Premises: At all Unnamed Premises: Business Personal Property. This is an additional amount of insurance.

This is the only Limit of Insurance that applies to loss or damage to your "Electronic Data" at Cloud Computing facilities.

**B.** If a Limit of Insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Income or Extra Expense Coverage then the following applies:

The Additional Coverage - Unnamed Premises found in the following endorsements:

Property Choice Special Business Income - Additional Coverages;

Property Choice Business Income - Additional Coverages;

Property Choice Professional Business Income - Additional Coverages;

Property Choice 12 Month Business Income - Additional Coverages;

Property Choice Rental Income - Additional Coverages; or

Property Choice Extra Expense - Additional Coverages;

is revised as follows:

**1. BUSINESS INCOME OR EXTRA EXPENSE DUE TO LOSS OF OR DAMAGE TO ELECTRONIC DATA AT CLOUD COMPUTING FACILITY**

**a.** The following is added to Additional Coverage - Unnamed Premises:

We will pay for the actual loss of Business Income or Extra Expense you incur, if applicable due to loss or damage to your "Electronic Data", caused by or resulting from a Covered Cause of Loss while at a Cloud Computing facility located anywhere in the world. A Cloud Computing facility means a facility operated by a Cloud Computing provider with whom you have a written contract.

Form PC 20 44 09 16

© 2016, The Hartford

Page 1 of 2

HF1 CP00103

**b.** With respect to the coverage provided under this Cloud Computing provision:

   **(1)** Unnamed Premises includes the premises of a Web Site, Communications or Internet Services provider.

   **(2)** The Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

   **(3)** This is the only insurance that applies to the actual loss of Business Income or Extra Expense, if applicable, due to loss or damage to your "Electronic Data" at Cloud Computing facilities.

**c.** We will not pay for any loss of Business Income until the necessary interruption of your business operations exceeds 12 hours (unless a different Waiting Period for this Coverage is indicated in the Property Choice Schedule of Premises or Coverages or by endorsement applicable to Unnamed Premises). We will not pay for any loss of Business Income you sustain in any one occurrence during such time period. This Waiting Period does not apply to Extra Expense.

**2. LIMIT OF INSURANCE**

The most we will pay for the actual loss of Business Income sustained or Extra Expense incurred in any one occurrence regardless of the types or number of Cloud Computing facilities involved is the Limit of Insurance shown in the applicable Property Choice Business Income or Extra Expense - Additional Coverage - Unnamed Premises. This is an additional amount of insurance.

This is the only Limit of Insurance that applies to the actual loss of Business Income, or if applicable Extra Expense you incur, due to loss or damage to your "Electronic Data" at Cloud Computing facilities.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLOOD - BUSINESS INCOME WAITING PERIOD

This endorsement modifies insurance under the following:

**PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM**
**PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM**
**PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM**
**PROPERTY CHOICE 12 MONTH BUSINESS INCOME COVERAGE FORM**
**CAUSES OF LOSS - FLOOD**

**Schedule Information if not stated below, is stated in the Property Choice Schedule of Premises and Coverages**

**Schedule**

| Scheduled Premises Number | Waiting Period: Number of Hours |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**A.** The following is added to **COVERAGE**:

**1.** Coverage for Business Income will begin after the number of hours as indicated in the above Schedule after the time of direct physical loss or direct physical damage caused by or resulting from Flood at the above Scheduled Premises where the loss or damage occurred.

**2.** The waiting periods as respects Additional Coverages: Civil Authority, Dependent Properties, Electronic Vandalism, Web Site and Communication Services, Utility Service Interruption are not changed.

HF | C00105

PROPERTY CHOICE



# QUICK REFERENCE
## BUSINESS CRIME

**Property Choice Common Crime Coverages Form**

**A.** Insuring Agreements

**B.** Additional Coverage – Claim Expense

**C.** Limit of Insurance

**D.** Deductible

**E.** Exclusions

**F.** Crime Common Conditions

    **1.** Conditions applicable to all Insuring Agreements

        **a.** Additional Premises or Employees

        **b.** Concealment, Misrepresentation or Fraud

        **c.** Consolidation – Merger or Acquisition

        **d.** Cooperation

        **e.** Duties in the Event of Loss

        **f.** Employee Benefit Plan(s)

        **g.** Extended Period to Discover Loss

        **h.** Joint Insured

        **i.** Legal Action Against Us

        **j.** Other Insurance

        **k.** Ownership of Property; Interests Covered

        **l.** Policy Bridge – Discovery Replacing Loss Sustained

        **m.** Records

        **n.** Recoveries

        **o.** Territory

        **p.** Transfer of Your Rights of Recovery Against Others to Us

        **q.** Valuation - Settlement

    **2.** Conditions Applicable to Insuring Agreement A.1. Employee Theft.

    **3.** Conditions Applicable to Insuring Agreement A.2. Forgery or Alteration.

    **4.** Condition Applicable To Insuring Agreement A.4. Outside the Premises – Theft of Money and Securities.

    **5.** Conditions Applicable To Insuring Agreement A.5. Computer Fraud.

**G.** Definitions



# PROPERTY CHOICE COMMON CRIME COVERAGES FORM
## (BUSINESS CRIME)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G. Definitions**.

**A. Insuring Agreements**

Coverage is provided under the following Insuring Agreements for which a corresponding Limit of Insurance is shown in the Property Choice Schedule of Premises and Coverages, or Endorsements and applies to loss that you sustain resulting directly from an "occurrence" taking place at any time which is "discovered" by you during the Policy Period shown in the Property Choice Declarations or during the period of time provided in the Extended Period To Discover Loss - CRIME COMMON CONDITION **F.1.g.**:

**1. Employee Theft**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

**2. Forgery or Alteration**

**a.** We will pay for loss resulting from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st. Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2. a.** above, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses you incur and pay in that defense. The amount that we will pay is in addition to the limit of Insurance applicable to this Insuring Agreement.

**3. Inside the Premises - Theft of Money and Securities**

**a.** We will pay for loss of "money" and "securities" inside the "premises" or "banking premise" resulting from "theft", disappearance or destruction.

**b.** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

**4. Outside the Premises – Theft of Money and Securities**

We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

©2009, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

HFIC00107

**5. Computer Fraud**

We will pay for loss of or damage to "money", "securities", and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

**a.** To a person (other than a "messenger") outside those "premises"; or

**b.** To a place outside those "premises".

**6. Money Orders and Counterfeit Paper Currency**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit" paper currency that is acquired during the regular course of business.

**B. Additional Coverage - Claim Expense**

**1.** In the event of covered loss or damage we will pay for reasonable expenses incurred by you at our specific request to assist us in:

**a.** The investigation of a claim or suit; or

**b.** The determination of the amount of loss, such as taking inventory or auditing business records.

**2.** The most we will pay in any one occurrence is $10,000. This is an additional amount of insurance.

**C. Limit of Insurance**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations, Schedules or Endorsements.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

**D. Deductible**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the applicable Deductible Amount shown in the Declarations, Schedules or Endorsements. We will then pay for the amount of loss in excess of the Deductible amount, up to the Limit of Insurance. In the event that more than one Deductible Amount could apply to the same loss, only the highest Deductible Amount will be applied.

**E. Exclusions**

**1.** This insurance does not apply to:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Of Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Of Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1. Employee Theft.**

**d. Confidential Information**

Loss resulting from:

**(1)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(2)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

**e. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

HFIC00108

**f.  Indirect Loss**

Loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

**(1)** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Property.

**(2)** Payment of damages of any type for which you are legally liable.  But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**(3)** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**g.  Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action except when covered under insuring Agreement **A. 2. Forgery or Alteration.**

**h.  Nuclear Hazard**

Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

**i.  Pollutants and Contaminants**

We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the discharge, dispersal, seepage, migration, release or escape of Pollutants and Contaminants.

Pollutants and Contaminants as used in this exclusion means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare.  Waste includes materials to be recycled, reconditioned or reclaimed.

**j.  War and Similar Actions**

Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

**2.** Insuring agreement **A.1. Employee Theft** does not apply to:

**a.  Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit or loss computation.

However, were you to establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount claimed.

**b.  Trading**

Loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

**c.  Warehouse Receipts**

Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

**3.** Insuring Agreements **A.3. Inside the Premises - Theft of Money and Securities -** and **A.4. Outside the Premises – Theft of Money and Securities,** do not apply to:

**a.  Accounting Or Arithmetic Errors Or Omissions**

Loss resulting from accounting or accounting or arithmetical errors or omissions.

**b.  Exchanges or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c.  Fire**

Loss or damage resulting from fire, however caused, except:

**(1)** Loss of or damage to "money" and "securities"; and

**(2)** Loss from damage to a safe or vault.

**d.  Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e.  Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f.  Transfer or Surrender Of Property**

**(1)**  Loss of or damage to property that has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(a)**  On the basis of unauthorized instructions;

**(b)**  As a result of a threat to do bodily harm to any person; or

**(c)**  As a result of a threat to do damage to any property.

**(d)**  As a result of a threat to introduce a denial of service attack into your computer system;

**(e)**  As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

**(f)**  As a result of a threat to contaminate, pollute or render substandard your products or goods; or

**(g)**  As a result of a threat to disseminate, divulge or utilize:

**(i)**  Your confidential information; or

**(ii)**  Weaknesses in the source code within your computer system.

**(2)**  But, this Exclusion does not apply under Insuring Agreement **A.4. Outside the Premises – Theft of Money and Securities** to loss of "money", or "securities" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)**  Had no knowledge of any threat at the time the conveyance began; or

**(b)**  Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g.  Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h.  Voluntary Parting of Title to or Possession of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act voluntarily part with title to or possession of any property.

**4.**  Insuring Agreement **A.5. Computer Fraud** does not apply to:

**a.  Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b.  Funds Transfer Fraud**

Loss resulting from a "fraudulent instruction" directing a financial institution to transfer pay or deliver "funds" from your "transfer account".

**c.  Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)**  An inventory computation; or

**(2)**  A profit or loss computation.

**F.  CRIME COMMON CONDITIONS**

The following Conditions apply in addition to the Common Policy Conditions:

**1.  Conditions applicable to all Insuring Agreements**

**a.  Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Property Choice Declarations.

**b.  Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**(1)** This insurance;

**(2)** The property covered under this insurance;

**(3)** Your interest in the property covered under this insurance; or

**(4)** A claim under this insurance.

**c. Consolidation – Merger or Acquisition**

If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity, any additional persons who become "Employees" or you acquire the use and control of any additional premises:

**(1)** You must give us written notice and obtain our written consent to extend this insurance to such additional "employees" or "premises". We may condition our consent upon payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e. Duties in the Event of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreements **A.1. Employee Theft** or **A.2. Forgery or Alteration**) involves a violation of a law you must also notify the local law enforcement authorities.

**(2)** Submit to examination under oath at our request and give us a signed statement of your answers.

**(3)** Produce for our examination all pertinent records.

**(4)** Give us a detailed, sworn proof of loss within 120 days.

**(5)** Cooperate with us in the investigation and settlement of any claim.

**f. Employee Benefit Plan(s)**

**(1)** The "employee benefit plan(s)" shown in the Declarations, Schedules or endorsements are included as Insureds under Insuring agreement **A.1. Employee Theft.**

**(2)** If any "employee benefit plan(s)" is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement **A.1. Employee Theft** that is sufficient to provide a limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

**(3)** With respect to losses sustained or "discovered" by any such Plan, Insuring Agreement **A.1. Employee Theft** is replaced by the following:

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(4)** If the first Named Insured is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

**(5)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** of commingled "funds" or "other property" of two or more Plans;

that arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limits of Insurance of all plans sustaining loss.

**(6)** The Deductible Amount applicable to Insuring agreement **A.1. Employee**

**Theft** does not apply to loss sustained by any "employee benefit plan(s)".

**g. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than 60 days from the date of that cancellation or expiration. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**h. Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "Employee" of any Insured is considered to be an "Employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than 60 days from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**i. Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within 2 years from the date you "discovered" the loss.

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1)** Primary Insurance

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations, Schedules or Endorsements bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations, Schedules or Endorsements;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2)** Excess Insurance

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations, Schedules or Endorsements, by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**k. Ownership of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That you hold for others; or

**(3)** For which you are legally liable, except for property inside a premises of a "client" of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**l. Policy Bridge – Discovery Replacing Loss Sustained**

**(1)** If this insurance replaces insurance that provided you with an extended period of time after cancellation in which to discover loss and which did not terminate at the time this insurance became effective:

**(a)** We will not pay for any loss that occurred during the Policy Period of that prior insurance which is "discovered" by you during the

extended period to "discover" loss, unless the amount of loss exceeds the Limit of Insurance and Deductible Amount of that prior insurance. In that case, we will pay for the excess loss subject to the terms and conditions of this policy.

**(b)** However, any payment we make for the excess loss will not be greater than the difference between the Limit of Insurance and Deductible Amount of that prior insurance and the Limit of Insurance shown in the Declarations, Schedules or Endorsements.

We will not apply the Deductible Amount shown in the Declarations, Schedules or Endorsements to this excess loss.

**(2)** The Other Insurance Condition **E.1.k**. does not apply to this Condition.

**m. Records**

You must keep records of all Covered Property so we can verify the amount of any loss.

**n. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this insurance.

**(2)** Recoveries do not include any recovery:

**(a)** From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

**(b)** Of original "securities" after duplicates of them have been issued.

**o. Territory**

This insurance covers acts committed or events occurring within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**p. Transfer of Your Rights of Recovery Against Others to Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**q. Valuation - Settlement**

**(1)** Subject to Section **B. Limit of Insurance**, we will pay for:

**(a)** Loss of "Money" but only up to and including its face value. We may, at our option; pay for loss of "Money" issued by any country other than the United States of America:

**(i)** At face value of the "Money" issued by that country; or

**(ii)** In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was discovered.

**(b)** Loss of "Securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

**(i)** Pay the value of such "Securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "Securities"; or

**(ii)** Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "Securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

**(i)** Value of the "Securities" at the close of business on the day the loss was discovered; or

**(ii)** Limit of Insurance.

**(c)** Loss of or damage to "other property" for the replacement cost of the property without deduction for depreciation as of the time of loss. However, we will not pay more than the least of the following:

**(i)** The Limit of Insurance applicable to the lost or damaged property;

**(ii)** The cost to replace the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

**(iii)** The amount you actually spent that is necessary to repair or replace the lost or damaged property.

We will not pay on a replacement cost basis for any loss:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

**(2)** We may, at our option, pay for loss of, or loss from damage to, property other than "Money":

**(a)** In the "Money" of the country in which the loss occurred; or

**(b)** In the United States of America dollar equivalent of the "Money" of the country in which the loss occurred determined by the rate of exchange published in the Wall Street Journal on the day the loss was discovered.

**(3)** Any property that we pay for or replace becomes our property.

2. **Conditions Applicable to Insuring Agreement A.1. Employee Theft**

   a. **Termination As To Any Employee**

      This Insuring Agreement terminates as to any "employee":

      **(1)** As soon as:

         **(a)** You; or

         **(b)** Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

      learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

      **(2)** On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

      We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

   b. **Territory**

      We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.n.** for a period of not more than 90 days.

3. **Conditions Applicable to Insuring Agreement A.2. Forgery or Alteration:**

   a. **Deductible Amount**

      The Deductible amount does not apply to legal expenses paid under Insuring Agreement **A.2. Forgery or Alteration.**

   b. **Electronic and Mechanical Signatures**

      We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

   c. **Proof of Loss**

      You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

   d. **Territory**

      We will cover loss you sustain anywhere in the world. The Territory Condition **E.1.n.** does not apply to Insuring Agreement **A.2. Forgery or Alteration.**

4. **Condition Applicable to Insuring Agreement A.4. Outside the Premises – Theft of Money and Securities**

   **Special Limit Of Insurance For Specified Property**

   We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

   **(1)** Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

   **(2)** Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

5. **Conditions Applicable To Insuring Agreement A.5. Computer Fraud**

   a. **Special Limit Of Insurance For Specified Property**

      We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

   b. **Territory**

      We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. COMMON CRIME CONDITION - Territory - **F.1.o.** does not apply to Insuring Agreement **A.6.**

G. **Definitions**

1. "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Client" means any entity for whom you perform services under a written agreement.

3. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

4. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance

has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Employee":

a. "Employee" means:

**(1)** Any natural person:

**(a)** While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other dishonest act committed by the "employee";

**(b)** Who you compensate directly by salary, wages or commissions; and

**(c)** Who you have the right to direct and control while performing services for you;

**(2)** Any natural person who is furnished temporarily to you:

**(a)** To substitute for a permanent "employee" as defined in Paragraph **(1)** above, who is on leave; or

**(b)** To meet seasonal or short-term workload conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

**(3)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **(2)** above;

**(4)** Any Natural person who is:

**(a)** A trustee, officer, employee, administrator or manager who is an independent contractor, of any "employee benefit plan"; and

**(b)** A director or trustee of yours while that person is engaged in

handling "funds" or "other property" of any "employee benefit plan";

**(5)** Any natural person who is a former "employee", director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you;

**(6)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises";

**(7)** Any "employee" of an entity merged or consolidated with you prior to the effective date of this insurance; or

**(8)** Any of your "managers", directors or trustees while:

**(a)** Performing acts within the scope of the usual duties of an "employee"; or

**(b)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

b. "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **5.a.**

7. "Employee benefit plan(s)" means any welfare or pension benefit plan shown in the Declarations, Schedules or endorsements, that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

8. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

9. "Fraudulent instruction" means:

a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

b. A written instruction (other than those described in Insuring Agreement **A.2.**

**Forgery or Alteration**) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**10.** "Funds" means "money" and "securities".

**11.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**12.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**13.** "Messenger" means you, or a relative of yours, or any partners or "members", or any "employee" while having care custody of property outside the "premises".

**14.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, registered checks and money orders held for sale to the public.

**15.** "Occurrence" means:

**a.** Under Insuring Agreement **A.1. Money and Securities**:

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the declarations, before such Policy Period or both.

**b.** Under Insuring Agreement **A.2. Forgery or Alteration**:

**(1)** An individual act;

**(2)** The combined total of all separate acts whether or not related; or

**(3)** A series of acts whether or not related; committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, before such Policy Period or both.

**c.** Under All Other Insuring Agreements:

**(1)** An individual act or event;

**(2)** The combined total of all separate acts or events whether or not related; or

**(3)** A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the policy Period shown in the Declarations, before such Policy Period or both.

**16.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property excluded under this insurance.

**17.** "Premises" means the interior of that portion of any building you occupy in conducting your business.

**18.** "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

**19.** "Theft" means the unlawful taking of "money", "securities', or "other property" to the deprivation of the Insured.

**20.** "Transfer Account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

**a.** By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

**b.** By means of written instructions (other than those described in Insuring Agreement **A.2. Forgery or Alteration**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

**21.** "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

### PROPERTY CHOICE COVERAGE PART

**A.** Paragraph **1.** of the CANCELLATION Common Policy Conditions is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

Paragraphs **2., 3.** and **5.** of the CANCELLATION Common Policy Conditions, and Paragraphs **15.e.** and **f.** of the MORTGAGEHOLDERS AND LENDER LOSS PAYEES Property Choice Conditions are replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured and Mortgagees and/or Lender Loss Payees, written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.b.** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the reasons included in paragraph A.2.b.below.

**b. For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any reasons listed below, provided

we mail the first Named Insured written notice at least 15 days before the effective date of cancellation:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(3)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(4)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

**(5)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the polkcy, which results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(6)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

© 2014, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

HFIC00118

**(7)** A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(8)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds.  If we cancel for this reason, you may make a written request to the Department of Financial Services, within 10 days of receipt of this notice, to review our cancellation decision.  Also, we will simultaneously send a copy of this cancellation notice to the Department of Financial Services.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the policy and the authorized agent or broker.

**5.** If this policy is canceled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, which ever is greater.  The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Conditions:

**7.** If one of the reasons for cancellation in Paragraphs **A.2.b.** or **D.2.b.** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

**C.** The following Conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** below.

**2. Conditional Renewal**

If we conditionally renew this policy subject to:

**a.** A change of limits;

**b.** A change in type of coverage;

**c.** A reduction of coverage;

**d.** An increased deductible;

**e.** An addition of exclusion; or

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

**3. Notices Of Nonrenewal And Conditional Renewal**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations and the Mortgagees and/or Lender Loss Payees at least 60 but not more than 120 days before:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continuous policy.

**b.** Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or broker.  If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraphs **C.3.a.,b.,** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** And if coverage is provided prior to the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60-day period, has replaced the coverage or elects to cancel.

**(2)** And if the notice is provided on or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**(3)** Any annual aggregate Limit of Insurance included in this policy shall be increased in proportion to the policy extension period, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

If the insured elects to accept the terms, conditions and rates of the renewal policy, the new annual aggregate limitation shall become effective as of the inception date of the renewal policy.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(1)** Upon expiration of the 60-day period, unless Subparagraph **(2)** below applies; or

**(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2)**, as of the renewal date of the policy if the conditional renewal notice was sent at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D. 1.** Paragraphs **D.2.** and **3.** apply if this policy meets the following conditions:

**a.** The policy is issued for delivery in New York State covering property located in this state; and

**b.** The policy insures:

**(1)** For loss of or damage to structures other than hotels or motels, used predominantly for residential purposes, and consisting of no more than four dwelling units; or

**(2)** For loss of or damage to personal property other than farm personal property or business property; or

**(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

**c.** The portion of the annual premium attributable to the property and contingencies described in **D.1.b.** above exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Conditions is replaced by the following:

**2. Procedure and Reasons for Cancellation**

**a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the risk of loss;

**(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

**(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(5)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

**(a)** Issued the policy; or

**(b)** Last voluntarily renewed the policy;

**(6)** The Superintendent of Financial Services' determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Financial Services that the continuation of our present premium volume would be

hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

**a. Conditional Continuation**

Instead of cancelling this policy, we may continue it on the condition that:

**(1)** The policy limits be changed; or

**(2)** Any coverage not required by law be eliminated.

If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**b. NONRENEWAL**

If, as allowed by the laws of New York State, we do not renew this policy, or condition policy renewal upon change of limits or elimination of coverage, we will mail or deliver written notice of nonrenewal or conditional renewal:

**(1)** At least 45 days; but

**(2)** Not more than 60 days;

before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** When the property is subject to the Anti-arson Application in accordance with New York Department of Financial Services' Insurance Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in **E.1.** or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following are added to Paragraphs **15.e.** and **f.** of the Mortgageholders and Lender Loss Payees Property Choice Condition:

**e. Cancellation**

If you cancel this policy, we will give written notice to the mortgageholder or lender. With respect to the mortgageholders or lenders interest only, cancellation will become effective on the later of:

**(1)** The effective date of cancellation of the insured's coverage; or

**(2)** 10 days after we give notice to the mortgageholder.

**f. Nonrenewal**

If you elect not to renew this policy, we will give written notice to the mortgageholder or lender. With respect to the mortgageholders or lenders interest only, nonrenewal will become effective on the later of:

**(1)** The expiration date of the policy; or

**(2)** 10 days after we give notice to the mortgageholder.

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NEW YORK CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** If this policy covers the interest of the owner of any of the following types of buildings or structures:

  **1.** Residential, (except owner-occupied single-family or owner-occupied two-family buildings or structures);

  **2.** Commercial; or

  **3.** Industrial;

the following provision is added:

Before payment to you for loss or damage to the above buildings or structures caused by or resulting from fire, we will:

  **a.** Deduct from your payment the claim of any tax district that issues a certificate of lien in accordance with the Insurance Law; and

  **b.** Pay directly to the tax district the amount of the claim.

When we pay that claim, we will have no obligation to pay the amount of that claim to you.  Our payment of that claim within 30 days of our receipt of the certificate of lien will be a conclusive presumption that the claim was valid and properly paid.

**B.** The **Examination Of Your Books And Records** Common Policy Condition is replaced by the following:

Under the Monthly Reporting Endorsement, the audit may be waived if:

  **1.** The total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $1,500; or

  **2.** The policy requires notification to the insurer with the specific identification of any additional exposure units (e.g. buildings) for which coverage is requested.

If the audit is not waived, it must be completed within 180 days after:

  **1.** The expiration date of the policy; or

  **2.** The anniversary date, if this is a continuous policy or a policy written for a term longer than one year.

**C.** The **Concealment, Misrepresentation or Fraud** Condition is replaced by the following:

  **Fraud**

  We do not provide coverage for any insured who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss or damage for which coverage is sought under this policy.

**D.** The following applies to the Innkeepers Coverage Form:

  **1.** The following sentence of Paragraph **A. Guests' Property - Premises Coverage** is deleted:

  We have the right and duty to defend any "suit" brought against you seeking damages that are payable under this insurance.

  The following sentence is substituted:

  We will have the right and duty to defend any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent.

  **2.** The following is added to Paragraphs **a.** and **b.** in the **Duties In The Event of Loss, Claim, or Suit** Condition in the Innkeepers Coverage Form:

  **a.** Notice given by or on behalf of the insured, or written notice by or on behalf of the insured person or any other claimant, to any agent of ours in New York State, with particulars sufficient to identify the insured, shall be considered to be notice to us.

  **b.** The failure to give us prompt written notice of any loss, claim or "suit" or to send us copies of any demand, notice, summons or other legal papers received will not invalidate any claim made by you or free us from any responsibility in any "suit" if it can be shown not to have been reasonably possible to give the notice or forward the documents promptly, and that notice was given or the documents were sent as soon as reasonably possible.

© 2017, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

HFIC00122

**E.** The following is added with respect to any Condition of this Coverage Part which requires you to notify us of loss or to notify us of an accident, claim or "suit":

1. Notice given by or on your behalf; or

2. Written notice by or on behalf of any claimant;

to any of our agents in New York State, which adequately identifies you, will be the same as notice to us.

**F.** The following apply to both the Legal Liability - Building and the Mortgage Errors and Omissions Coverage Forms:

1. The following changes are made to the **Duties In The Event Of Accident, Claim, Or Suit** Condition **E.1.** of the Legal Liability - Building Coverage Form; and to **Duties In The Event Of Loss** Condition **G.3.** of the Mortgageholders Errors and Omissions Coverage Form:

   The requirements for prompt notification of claim, suit or loss in Paragraphs **E.1.a.** and **E.1.b.** of the Legal Liability - Building Coverage Form and in Paragraph **G.3.a.(1)(b)** of the Mortgageholders Errors and Omissions Coverage Form, are replaced by requirements for notification to us **as soon as reasonably possible**.

2. The following change applies to the last paragraph of the **Legal Action Against Us** Condition **E.2** of the Legal Liability - Building Coverage Form and **G.5.** of the Mortgageholders Errors and Omissions Coverage Form.

   The first sentence of this paragraph as it appears in each form is replaced by the following:

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against you, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance.

3. The following sentence is deleted from Paragraph **A.** of the Legal Liability - Building Coverage Form; and from Paragraph **A.3.** of the Mortgageholders Errors and Omissions Coverage Form:

   We will have the right and duty to defend any "suit" seeking those damages.

   In its place, the following sentence applies in both forms:

   We will have the right and duty to defend any "suit" seeking those damages even if any of the allegations of the "suit" are groundless, false or fraudulent.

**G.** The following Condition is added to the Money and Securities Coverage, and to the Innkeepers, Legal Liability - Building, and Mortgageholders Errors and Omissions Coverage Forms:

**Transfer Of Duties When A Limit Of Insurance Is Used Up**

1. If we conclude that, based on claims or "suits" which have been reported to us and to which this insurance may apply, the Limit of Insurance shown in the Declarations is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

2. When a Limit of Insurance described in Paragraph **1.** above has actually been used up in the payment of judgments or settlements;

   **a.** We will notify the first Named Insured, in writing, as soon as practicable, that such a limit has actually been used up and our duty to defend "suits" seeking damages subject to that limit has also ended.

   **b.** We will initiate and cooperate in the transfer of control to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

   We agree to take such steps as we deem appropriate to avoid a default in, or continue the defense of such "suits", until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

   We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that Limit of Insurance has been used up.

   **c.** The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

3. The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with Paragraph **G.2.b.** above.

The duty of the first Named Insured to reimburse us will begin on:

**a.** The date on which the applicable Limit of Insurance is used up, if we sent notice in accordance with Paragraph **G.1.** above; or

**b.** The date on which we sent notice in accordance with Paragraph **G.2.a.** above, if we did not send notice in accordance with Paragraph **G.1.** above.

**4.** The exhaustion of any Limit of Insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.

**H.** The **Appraisal** Condition is replaced by the following:

**Appraisal**

**1.** If we and you disagree on the value of the property, the extent of the loss or damage or the amount of the loss or damage, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand.

**2.** If we or you fail to proceed with the appraisal of the covered loss after a written demand is made by either party, then either party may apply to a court having jurisdiction for an order directing the party that failed to proceed with the appraisal to comply with the demand for the appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such notice.

**3.** The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the extent of the loss or damage and the amount of the loss or damage. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

**4.** Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**I.** The following provision is added to the **Property Choice Coverage Part**:

Upon request, we will furnish you, or your representative, with a written estimate of damages

to real property, specifying all deductions, provided such an estimate has been prepared by us or has been prepared on our behalf for our own purposes. This estimate will be provided within thirty days after your request or its preparation, whichever is later.

**J.** The following provision is added to the **Legal Liability - Building Coverage Form** and supersedes any provision to the contrary:

Failure to give prompt notice to us, as required under this Coverage Form, shall not invalidate any claim made by you or any other claimant, unless the failure to provide such timely notice has prejudiced us. However, no claim made by you or any other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

**K.** If the **Property Choice Common Crime Coverage Form** is attached to this Coverage Part then the following applies:

**1.** However Paragraph **E.1.b** does not apply to an "employee" who was convicted of one or more criminal offenses in this state or any other jurisdiction prior to becoming employed by you if, after learning about the "employee's" past criminal conviction or convictions, you made a determination to hire or retain the "employee" utilitzing the factors set out in New York Correction Law Article 23-A.

**2.** However Paragraph **F.2.a.(1)** does not apply to an "employee" whose "theft" or other dishonest act was committed prior to becoming employed by you and which resulted in the "employee" being convicted of one or more criminal offenses in this state or any other jurisdiction if, after learning about the "employee's" past criminal conviction or convictions, you made a determination to hire or retain the "employee" utilizing the factor set out in New York Correction Law Article 23-A; or

**3.** Paragraph **F.1.r Estimation of Claims** is added

Upon request, we will furnish you, or your representative, with a written estimate of damage to real property, specifying all deductions, provided such an estimate has been prepared by us or has been prepared on our behalf for our own purposes. This estimate will be provided within 30 days after your request or its preparation, whichever is later.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - REWARDS COVERAGE DELETED

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**
**PROPERTY CHOICE POLICY**

The REWARDS Coverage provided in the Property Coverage Form is **deleted** and **does not apply** as respects risks located in the state of New York.

© 1999, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

HFIC00125

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES - CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> **PROPERTY CHOICE COVERAGE PART**
> **PROPERTY CHOICE POLICY**

**A.** For policies with fixed terms in excess of one year, or policies with no stated expiration date, except as provided in Paragraph **B.** below, the following applies:

The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued.  On each renewal or continuation of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**B.** For policies with fixed terms in excess of one year, where premium is computed and paid annually, the following applies:

**1.** The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued.  Such rates and rules will be used to calculate the premium at each anniversary, for the entire term of the policy, unless the specific reasons described in Paragraph **2.** or **3.** apply.

**2.** The premium will be computed based on the rates and rules in effect on the anniversary date of the policy only when, subsequent to the inception of the current policy period, one or more of the following occurs:

**a.** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period.

**b.** A material physical change in the property insured, occurring after issuance or last anniversary renewal date of the policy, causes the property to become uninsurable in accordance with underwriting standards in effect at the time the policy was issued or last renewed; or

**c.** A material change in the nature or extent of the risk, occurring after issuance or last anniversary renewal date of the policy, which causes the risk of "loss" to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed.

**3.** If, subsequent to the inception of the current policy period, the Limit of Insurance is increased, or Additional Coverages or Causes of Loss are insured, the rate and rules in effect at the time of the change will be applied to calculate the premium and will continue to apply to the change at subsequent anniversary dates.

©1999, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

HFIC00126

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SYSTEMS - FIRE

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**1. Condition**

As a condition of this insurance, you are required to maintain the protective systems stated for the "Scheduled Premises" as stated in the Property Choice - Schedule of Premises and Coverages.

If any change in the system is made, report the change to us immediately.

The following descriptions **1.a.** through **1.d.** apply to the protective systems referenced in the Property Choice - Schedule of Premises and Coverages.

**a. Automatic Fire Extinguishing System** means:

**(1)** Any automatic fire protective or extinguishing system, including connected:

**(a)** Sprinklers and discharge nozzles;

**(b)** Ducts, pipes, valves and fittings;

**(c)** Tanks, their component parts and supports; and

**(d)** Pumps and private fire protective mains.

**(2)** Non-automatic fire protective systems, hydrants, standpipes and outlets, all when supplied from an automatic fire protective system.

Including any related supervisory services.

**b. Automatic Fire Alarm** is a system protecting the entire building, that is:

**(1)** Connected to a central station; or

**(2)** Reporting to a public or private fire alarm station.

**c. Security Service** is a system having recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**d. Service Contract** is a contract with a privately owned fire department providing fire protection service to the "Scheduled Premises".

**2. Exclusion**

We will not pay for loss or damage caused by or resulting from fire, if, prior to the fire, you:

**a.** Knew of any suspension or impairment of any protective system so described in the Property Choice - Schedule of Premises and Coverages and failed to notify us of that fact; or

**b.** Failed to maintain any protective safeguard so described in the Property Choice - Schedule of Premises and Coverages, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

© 2009, The Hartford
HFIC00127

**POLICY NUMBER:** PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# VACANCY EXCLUSIONS AND LIMITATIONS
### (PROPERTY)

This endorsement modifies insurance under the following:
**PROPERTY CHOICE CONDITIONS AND DEFINITIONS**

**A.** The following is added to **GENERAL CONDITIONS** and only applies to those "Scheduled Premises" where VACANCY EXCLUSIONS AND LIMITATIONS APPLY is stated in the Property Choice Schedule of Premises and Coverages:

**22. Vacancy**

  **a. Description Of Terms**

    As used in this General Condition, the term building and the term vacant have the meanings set forth in **(1)** and **(2)** below:

    **(1)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

    **(2)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

      **(a)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

      **(b)** Used by the building owner to conduct customary operations.

  **b. Vacancy Loss Provisions**

    If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      **(a)** Vandalism;

      **(b)** Sprinkler leakage, unless you have protected the system against freezing;

      **(c)** Building glass breakage;

      **(d)** Water damage;

      **(e)** Theft; or

      **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**Form PC 10 81 01 09** **Page 1 of 1**

© 2009, The Hartford

(Includes copyrighted material of Insurance Services Office with its permission.)

**POLICY NUMBER:** 13 UUN BL4042                                      **PROPERTY CHOICE**



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY CHOICE - ADDITIONAL COVERAGES - REVISED LIMITS OF INSURANCE

This Endorsement modifies insurance provided under the following:

**PROPERTY CHOICE – SPECIALIZED PROPERTY INSURANCE COVERAGE ENDORSEMENT(S)**

**Schedule**

The following Revised Limit of Insurance is the most we will pay for that particular Additional Coverage:

| Additional Coverage | Revised Limit of Insurance |
|---|---|
| FINE ARTS | $ 500,000. |
| CHANGE IN TEMPERATURE | $ 500,000. |
| LEASEHOLD IMPROVEMENTS | $ 500,000. |
| LEGAL LIABILITY | $ 500,000. |

**Form  PC 20 24 01 09**                                               **Page  1  of  1**

© 2009, The Hartford

**POLICY NUMBER:** 13 UUN BL4042



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

| TERRORISM PREMIUM | |
|---|---|
| **Coverage:** | **Premium (if Covered):** |
| PROPERTY | $           4,037.00 |
| GENERAL LIABILITY | $           1,259.00 |
|  | $ |
|  | $ |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended (TRIA), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for "certified acts of terrorism" under TRIA. The portion of your premium attributable to such coverage is shown above in this endorsement.

**B. The following definition is added with respect to the provisions of this endorsement:**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of TRIA, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

**1.** The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

**2.** The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission; and

**3.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C. Disclosure Of Federal Share Of Terrorism Losses Under TRIA**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 or later | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**Form IH 09 85 01 15**                                                                 **Page 1 of 2**

© 2015 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

HEIG00180

**D. Cap On Insurer Liability for Terrorism Losses Under TRIA**

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, Coverage Part or Policy.

**F. All other terms and conditions remain the same.**

\* Although terrorism is excluded, this policy includes a charge of $_____ for Fire resulting from terrorism in states that have a Standard Fire Policy Statute requiring such coverage as stated in the terrorism exclusion on your policy.