UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SA HOSPITALITY GROUP, LLC, 1000 MADISON AVENUE LLC, ASTORIA CAKES LLC, CAFÉ FOCACCIA, INC., REALTEK LLC, SA MIDTOWN LLC, BAILEY'S RESTAURANT LLC, SA SPECIAL EVENTS, INC., SASE LLC, EIGHTY THIRD AND FIRST LLC, 265 LAFAYETTE RISTORANTE LLC, FELICE GOLD STREET LLC, SA 61ST MANAGEMENT LLC, SA YORK AVE LLC, SA THIRD AVE CAFÉ LLC, SABF LLC, FELICE CHAMBERS LLC, and FELICE WATER STREET LLC on behalf of themselves and all others similarly situated, | : : : : : : : : : : : : : : : : : | NO. 3:20-cv-1033-VLB |
| v. | : : | |
| HARTFORD FIRE INSURANCE COMPANY | : : | |

## **JUDGMENT**

This action having come before the Court on defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law and having issued a Memorandum of Decision granting defendant's motion on all counts and dismissing the case with prejudice; it is hereby

EOD: 6-4-2021

**ORDERED, ADJUDGED and DECREED** that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 4th day of June, 2021.

ROBIN D. TABORA, Clerk

By   /s/ Jeremy J. Shafer
     Jeremy Shafer
     Deputy Clerk